# United States District Court
# For the Middle District of Louisiana

| | |
|---|---|
| **JOHN EARL SQUARE** | CIVIL ACTION |
| **VERSUS** | NO. 17-266-BAJ-EWD |
| **KEITH DEVILLE** | |

### ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS FILED ON BEHALF OF THE DISTRICT ATTORNEY, 19th JUDICIAL DISTRICT

NOW INTO COURT, through the undersigned Assistant District Attorney, comes the District Attorney for the Nineteenth Judicial District for the Parish of East Baton Rouge, respectfully answering petitioner's Application for Writ of Habeas Corpus as follows:

1.

Petitioner John Earl Square (#102098) has filed with this Honorable Court a petition for federal habeas corpus relief. He appears to challenge his "good time" eligibility as determined by the Louisiana Department of Public Safety and Corrections.

2.

The instant petition was presumably forwarded to the Nineteenth Judicial District Attorney, because Petitioner was convicted in East Baton Rouge Parish

and because East Baton Rouge Parish retains jurisdiction in administrative proceedings against the Louisiana Department of Public Safety and Corrections. *See* La. R.S. 15:1172. However, the District Attorney for the Nineteenth Judicial District is not the proper party to respond to administrative claims against the Department of Corrections.

4.

For the reasons presented in paragraphs 1-3, the District Attorney's Office for the Nineteenth Judicial District submits that it is not a proper party to this action.

WHEREFORE, the District Attorney's Office prays that this answer be deemed good and sufficient and that it be relieved from further obligation with regard to this matter.

        RESPECTFULLY SUBMITTED,

        HILLAR C. MOORE, III
        DISTRICT ATTORNEY

/s/    Dylan C. Alge, #27938
        Assistant District Attorney
        Nineteenth Judicial District Court
        Parish of East Baton Rouge
        State of Louisiana
        222 St. Louis Street
        Baton Rouge, Louisiana 70802
        Telephone: (225) 389-3453

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to John Earl Square, #102098, Winn Correctional Center, P.O. Box 1435, Winnfield, Louisiana 71483-1435.

Baton Rouge, Louisiana, this ~25th~ day of July, 2019.

/s/   Dylan C. Alge
Assistant District Attorney