JOHN EARL SQUARE                    : NUMBER 2015-KH-1409, 17-CO-0313
DOC #102098
                                    : UNITED STATES DISTRICT COURT
**VERSUS**
                                    : WESTERN DISTRICT
KEITH DEVILLE, WARDEN               : STATE OF LOUISIANA
(Defendant)

TO: LOUISIANA PAROLE BOARD
PAROLE BOARD CHAIRMAN
504 MAYFLOWER STREET
BATON ROUGE, LA 70802

## AFFIDAVIT

BEFORE ME, the undersigned Notary, personally came and appeared

Elizabeth Traylor

Who after first being duly sworn, did depose and say that:

She is Records Custodian for the Louisiana Board of Pardons and Parole,

Corrections Services, Louisiana Department of Public Safety and Corrections.

The attached pages are a true and exact copy of every document, as maintained by

the Louisiana Parole Board, relating to **John Earl Square,** in connection with the above-

captioned matter.

The above is true and correct to the best of her information, knowledge and belief.

_Elizabeth Traylor_
Elizabeth Traylor

**SWORN TO AND SUBSCRIBED** before me, Notary, this 7th day of October,

2020 at Baton Rouge, Louisiana.

NOTARY PUBLIC
JONATHAN R. VINING
NOTARY PUBLIC
State of Louisiana
LA Bar #30781
My Commission Expires at Death

# Interstate Commission for Adult Offender Supervision

# TRANSFER REQUEST

| To: California | Date: 03/27/2018 | Type of supervision:<br>[X] Parole<br>[ ] Probation | Is this case:<br>[ ] Registered Sex Offender<br>[ ] Victim sensitive |
|---|---|---|---|
| From: Louisiana | Phone #: 225-342-6609 | Fax #: | 225-342-1615 |

## OFFENDER INFORMATION

| Offender's full name (last, first, MI): Square, John | ICOTS Offender Number: 153299<br>Sending state #: 102098<br>Receiving state #: | ICOTS Case Number: 1192259 |
|---|---|---|

AKA:

| SS #: | FBI #: (if available) 179834AA5 | Sex: M | Race: Black | DOB: 07/01/1958 |
|---|---|---|---|---|

## INTENDED DEPARTURE DATE

Intended Departure Date:

## OFFENSE INFORMATION

| County of Conviction: East Baton Rouge | Case Number: | EBR#1-83-1045 |
|---|---|---|

Instant Offense: (1) Felony 1299 Robbery: Robbery (Armed Robbery)

| County of Conviction: Jefferson Davis | Case Number: | JFD#19010 |
|---|---|---|

Instant Offense: (1) Felony 3562 Dangerous Drugs: Marijuana-Possess

| County of Conviction: East Baton Rouge | Case Number: | EBR#1-83-1044 |
|---|---|---|

Instant Offense: (1) Felony 1299 Robbery: Robbery (Armed Robbery)

| County of Conviction: East Baton Rouge | Case Number: | EBR#8-82-129 |
|---|---|---|

Instant Offense: (1) Felony 1299 Robbery: Robbery (Armed Robbery)

| Date sentenced: 08/01/2011<br>Beginning supervision date: 12/12/2017<br>Termination of supervision date: 01/12/2027 | Proposed/Actual Institutional release date:<br>Offender institution number:<br>Supervision period: 9 years and 1 month |
|---|---|

Condition of Supervision:
Other: Court Minutes 8-82-129, 1-83-1044, 1-83-1045

Condition of Supervision:
Other: Bill of Information EBR#1-83-1044

Condition of Supervision:
Other: EBR- Armed Robbery Report

Condition of Supervision:
Other: Bill of Information EBR#1-83-1045

Condition of Supervision:
Other: EBR- File 81-15882 Part A

Condition of Supervision:
Other: EBR- File# 79-19956 Part A

Condition of Supervision:
Other: EBR - File#3811-Part C

Condition of Supervision:
Louisiana Standard Conditions: Diminution of Sentence

Condition of Supervision:
Other: EBR - File 81-15882 Part B

LBPP.0002

| Condition of Supervision: |
| Other: EBR File#79-19956 Part B |

| Condition of Supervision: |
| Other: EBR- File #3811 Part A |

| Condition of Supervision: |
| Other: Bill of Information EBR#8-82-129 |

| Condition of Supervision: |
| Other: JFD#19010 Bill, Minutes & Arrest Report |

| Condition of Supervision: |
| Other: EBR - File#3811 Part B |

## REASONS FOR TRANSFER

### MANDATORY

| ☐ 1. Resident of receiving state* within the meaning of the Compact. How long? | ☐ Verified by:<br>Date: |
| ☒ 2. Resident family AND Employment or Means of Support.<br>Family member name:   Carlita Square<br>Relationship:            spouse<br>Address:                   6545 Seine Court Highland, CA 92346<br>Phone number:         909-936-2530 | ☒ Verified by: Patrice Fontenot<br>Date:          04/03/2018 |
| ☐ 3. Military member. | ☐ Verified by:<br>Date: |
| ☐ 4. Transfer of military veteran for medical or mental health services | ☐ Verified by:<br>Date: |
| ☐ 5. Live with family who are military members | ☐ Verified by:<br>Date: |
| ☐ 6. Employment transfer of family member to another state. | ☐ Verified by:<br>Date: |
| ☐ 7. Employment transfer of the offender to another state. | ☐ Verified by:<br>Date: |

### DISCRETIONARY

| ☐ 8. Explain: | ☐ Verified by:<br>Date: |

## JUSTIFICATION FOR TRANSFER (MANDATORY)

John Square wish to transfer his parole case to the State of California. The subject will reside with Carlita Square (Wife), 6545 Seine Court, Highland, CA 92346; (909) 936-2530.

## CURRENT RESIDENCE / LOCATION

Which State is the offender currently in:     Louisiana
☒ Sending State /  ☐ Receiving State

If in the Sending State, is offender's current location prison or other institution?
☐ Yes / ☒ No

If in the Receiving State, is the offender in the Receiving State with approved Reporting Instructions?
☐ Yes / ☒ No



## RECEIVING STATE RESIDENCE (MUST BE VERIFIED)

| Offender will reside - name and relationship:<br>Carlita Square, spouse | | Phone #:<br>909-936-2530 | | |
|---|---|---|---|---|
| Address:<br>6545 Seine Court | City:<br>Highland | State:<br>CA | | Zip:<br>92346 |
| Verified by:<br>Patrice Fontenot | | Date:<br>04/03/2018 | | |

## EMPLOYMENT (MUST BE VERIFIED)

Offender's Employment:

| Employer's street address: | City: | | State: | Zip: | Telephone# |
|---|---|---|---|---|---|
| Offender's Employment Supervisor: | | | Offender's job title: | | |
| Verified by:<br>Patrice Fontenot | | | Date:<br>04/03/2018 | | |

Offender's Means of Support:
Carlita Square (Wife) will be the subjects means of support until he gains employment.

| Verified by:<br>Patrice Fontenot | Date:<br>04/03/2018 |
|---|---|

## ATTACHMENTS

Check all information that is attached to this form:

**MANDATORY**

- [ ] Offender's criminal history
- [ ] Notice, if applicable, indicating supervision of offender is a victim sensitive matter
- [ ] Signed *Consent to Random Drug or Alcohol Testing and to Searches Based on Reasonable Suspicion* form

- [ ] Signed *Authorization for Release of Medical and Psychological Information* form
- [X] Signed *Ofender's Application for Interstate Compact Transfer* form
- [X] Photograph of offender
- [X] Conditions of supervision
- [ ] Any orders restricting offender's contact with victim

- [ ] Any known orders protectecting offender from contact with any other person
- [ ] Information about whether offender is subject to sex offender registry requirements in sending state with supporting document
- [X] Instant offense details including type and severity of crime

- [ ] Judgement and commitment records
- [X] Information relating to court-ordered financial obligations

**IF AVAILABLE**

- [X] Pre-sentence investigation report
- [ ] Psychological evaluation
- [ ] Medical information
- [ ] Supervision history

| Supervising Officer/Location:<br>Patrice Fontenot | Date:<br>04/03/2018 | Compact Administrator / Designee:<br>Gregg Smith | Date:<br>03/27/2018 |
|---|---|---|---|

\* Resident of receiving state - a person who (1) has continuously inhabited a state for at least one year prior to the commission of the offense for which the offender is under (2) with the intent that such state shall be the person's principal place of residence and (3) who has not, unless incarcerated, relocated to another state or states for a continuous period of six months or more with the intent to establish a new principal place of residence.
\*\* Resident family - a parent, grandparent, aunt, uncle, adult child, adult sibling, spouse, legal guardian, or step-parent who-1) has resided in the receiving state for 180 days or longer; and 2) indicates willingness and ability to assist the offender as specified in the plan of supervision.

LBPP.0004

Filed _March 30_, 20 _10_

_Koena L. Erxhay_ Clerk

To the bar personally comes _John Square_ w _atty Charles L Bull_ and being formally arraigned on this _3_ day of _May_, 20 _10_, pleads not guilty to the charge herein contained, and prays for trial by jury.

_Koena L. Erxhay_
Clerk, District Court, Jefferson Davis Parish

**STATE OF LOUISIANA**

VS. NO. CR _– 190 –10_

**JOHN EARL SQUARE**

**CHARGE:**
**POSSESSION OF MARIJUANA OVER 60 POUNDS BUT LESS THAN 2000 POUNDS**

CR-190-10

FILED: MARCH 30, 2010



I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING FINGERPRINTS ON THIS BILL ARE THE FINGERPRINTS OF THE DEFENDANT AND THAT THEY WERE PLACED THEREON BY SAID DEFENDANT ON THIS _11_ DAY OF _____ 20__

DEPUTY SHERIFF, JEFFERSON DAVIS PARISH LOUISIANA

 

Monday, August 1, 2011

MINUTES OF COURT
THIRTY-FIRST JUDICIAL DISTRICT COURT
JEFFERSON DAVIS PARISH, LOUISIANA

The Court met with Hon. Steve Gunnell, Judge presiding, Bennett R. Lapoint, Asst. District Attorney, Lynette Latiolais-Emfinger, Court Reporter, Carl Deshotel, Deputy Sheriff, Linda F. Stringer, Deputy Sheriff, Rebecca Freeland, Deputy Clerk of Court and Roena L. Esthay, Deputy Clerk of Court in attendance.

The Court dispensed with the reading of the minutes of the previous session and approved the same as written.

CR-190-10          STATE OF LOUISIANA
                   VS
                   JOHN EARL SQUARE
CHARGES:POSS MARIJUANA OVER 60 LBS LESS THAN 200 FELONY

Case called for sentencing. The defendant is present with his attorney, CHARLES BULL, JR. Whereupon, the Court sentenced the defendant to serve five (5) years at hard labor with the Department of Corrections. This sentence to be served without the benefit of probation, parole or suspension of sentence. The defendant is given credit for time previously served. The State moved to recall the bench warrant and set aside the bond forfeiture. The Court grants this motion.

A TRUE COPY OF THE MINUTE ENTRY

Jennings, Louisiana _____

Deputy Clerk of Court

                              APPROVED BY
                              31ST JUDICIAL DISTRICT JUDGE



**STATE OF LOUISIANA**

**PARISH OF JEFFERSON DAVIS**

In the Thirty-First Judicial District Court on 03/29/10, State of Louisiana v. JOHN EARL SQUARE, MICHAEL C. CASSIDY, District Attorney for the Parish of Jefferson Davis Parish, charges that JOHN EARL SQUARE, in the Parish of Jefferson Davis on or about 02/28/2010, committed the offense of POSSESSION OF MARIJUANA OVER 60 POUNDS BUT LESS THAN 2000 POUNDS in that JOHN EARL SQUARE

DID KNOWINGLY OR INTENTIOALLY POSSESS A CONTROLLED DANGEROUS SUBSTANCE CLASSIFIED IN SCHEDULE I, TO-WIT: MARIJUANA WEIGHING IN EXCESS OF 60 POUNDS, WITHOUT HAVING THE LEGAL AUTHORITY TO POSSESS (A FELONY) IN VIOLATION OF LSA R.S. 40:966 C & F (1)

contrary to the law of the State of Louisiana, in contempt of the authority of said State, and against the peace and dignity of the same.

Assistant District Attorney, Thirty-First Judicial District of Louisiana

Linda says yes

Sentence 1:30

Monday, March 21, 2011

MINUTES OF COURT
THIRTY-FIRST JUDICIAL DISTRICT COURT
JEFFERSON DAVIS PARISH, LOUISIANA

The Court met with Hon. Steve Gunnell, Judge presiding, Bennett R. Lapoint, Asst.
District Attorney, Kevin D. Millican, Asst. District Attorney, Stacey C. Naquin, Asst.
District Attorney, Lynette Latiolais-Emfinger, Court Reporter, Mayo Landry, Deputy
Sheriff, Linda F. Stringer, Deputy Sheriff, Rebecca Freeland, Deputy Clerk of Court and
Roena L. Esthay, Deputy Clerk of Court in attendance.

The Court dispensed with the reading of the minutes of the previous session and approved
the same as written.

CR-190-10        STATE OF LOUISIANA
                 VS
                 JOHN EARL SQUARE
CHARGES:POSS MARIJUANA OVER 60 LBS LESS THAN 200 FELONY

To the bar comes the defendant with his attorney CHARLES L BULL, JR. The State is
present and represented by Kevin D. Millican, Asst. District Attorney. The defendant
enters a plea of Guilty to "Possession of marijuana, over 60 pounds, but less than 2000
pounds", a felony. The defendant is sworn.  This plea is based on a plea agreement by
and between the defendant, his attorney, the State and approved by the Court. The plea
agreement is stated for the record by Mr. Bull.  The Court found the defendant to be born
on July 1, 1958 and completed the 12th grade and some community college. The
defendant's social security number is XXX-XX-6648; drivers license number is CA
D7081484.  Offense occurred on February 28, 2010.  The defendant's address is 6545
SEINE COURT, HIGHLAND, CA 92346.  The Court asked the defendant what
medication, drugs or alcohol he had in the last three days. The defendant stated he had
none. Prior to accepting the guilty plea, the Court informed the defendant of the nature of
the charge, the consequences of pleading guilty and the maximum possible penalty
provided by law. The Court informed the defendant that by pleading guilty he was giving
up his constitutional rights. The Court inquired from the defendant if the signature
appearing on the plea of guilty and waiver of rights form was his signature, if he had read
the questions on the plea of guilty and waiver of rights form, if he understood the
questions. The defendant answered in the affirmative. The Court informed the defendant
of his right to a jury trial, the right to confront and cross examine the witnesses against
him and the right against self incrimination. The defendant waived these rights. Mr.
Millican stated the factual basis for the record. The State offered into evidence as State's
exhibit S-1, the lab report showing positive for marijuana. No objection by Mr. Bull.
The Court orders the offering filed into the record. The State offered into evidence as
State's exhibit S-2, the criminal arrest report prepared by Louisiana State Police. No
objection by Mr. Bull. The Court orders the offering filed into the record. Evidence was
adduced and closed. For a complete colloquy between the Court and the defendant, see
the Court Reporter's transcript. The Court finds that the defendant is competent, alert and
intelligent; that the defendant understands the nature of the charge against him and
appreciates the consequences of pleading guilty; that he understands by pleading guilty he
is waiving each of his constitutional rights that have been mentioned to him and that his
decision to plead guilty is made freely and voluntarily. The Court finds that there is a
factual basis for the plea and the Court accepts the plea. Whereupon, the Court will defer
the sentencing and order the defendant back into Court on June 1, 2011, at 1:30 P.M. for
the purpose of sentencing. The Court advised the defendant that he has two (2) years
from the date this conviction becomes final to file any applications for post conviction
relief.




(PLEA AGREEMENT: SERVE FIVE (5) YEARS AT HARD LABOR WITH THE DEPARTMENT OF CORRECTIONS.

THIS SENTENCE IS TO BE SERVED WITHOUT THE BENEFIT OF PROBATION, PAROLE OR SUSPENSION OF SENTENCE

CREDIT FOR TIME PREVIOUSLY SERVED)

A TRUE COPY OF THE MINUTE ENTRY

Jennings, Louisiana

Deputy Clerk of Court

APPROVED BY
31ST JUDICIAL DISTRICT JUDGE



**Louisiana Department of Public Safety & Corrections**
**Office of State Police**
**Initial Complaint**



Bobby Jindal
Governor

Michael D. Edmonson, Colonel
Superintendent

## CASE HISTORY

| | |
|---|---|
| **Case Number:** | 10-1255 |
| **Case Date:** | February 28, 2010 |
| **Offense:** | Criminal Patrol Follow-up |
| **Offense Date:** | February 28, 2010 |
| **Offense Time:** | 12:00 AM |
| **Investigation Officer:** | Trooper Chris Gray |



## SYNOPSIS

On February 8, 2010, Trooper Jimmy Rogers , with the Louisiana State Police, Troop D, was conducting routine patrol on Interstate 10, within Jefferson Davis Parish. At approximately 1030 hrs., Trooper Rogers observed the driver of a 2005 Kia sports utility vehicle, bearing North Carolina temporary license plate number 17274937, driving east bound near milepost 50. Trooper Rogers noticed the driver operate the vehicle in violation of Louisiana Revised statute 32:81, following too close. Trooper Rogers initiated a traffic stop on the vehicle near milepost 50.5 east bound.

Trooper Rogers met with the driver, Mr. John Square, B/M, D.O.B. 07/01/1958, of 6627 Wickville Dr., Charlotte, NC. who was the sole occupant of the vehicle. After conversing with the driver, Trooper Rogers became suspicious of his travel and requested permission to search the vehicle. Trooper Rogers presented the driver with a permission to search form for the vehicle. Mr. Square reviewed the form, however refused to sign the form and grant officers permission to search the vehicle. Trooper Rogers requested the assistance of LSP canine handler, TPR Chance Thomas. Trooper Thomas exposed his certified drug detection canine to Mr. Square's vehicle, which gave a positive indication to the presence of a narcotic odor emitting from within the vehicle. The subsequent search of the vehicle revealed seven large packages wrapped in green cellophane wrap concealed within the rear cargo area of the vehicle. Mr. Square was arrested and transported to the Jefferson Davis parish.

Louisiana State Police investigators responded to the traffic stop and attempted to interview Mr. Square. Although Mr. Square would not sign a waiver of rights form, he made several unsolicited statements about his involvement in the marijuana and the individuals he was working for.

## INVESTIGATION OFFICER

Trooper Chris Gray

## INVESTIGATION SUPERVISOR

LBPP.0010

| | | | |
|---|---|---|---|
| Case Number: | 10-1255 | Offense: | Criminal Patrol Follow-up |
| Case Date: | February 28, 2010 | Offense Date: | February 28, 2010 |
| Investigation Officer: | Trooper Chris Gray | Offense Time: | 12:00 AM |

Martin Zaunbrecher

LBPP.0011



 **Louisiana Department of Public Safety & Corrections**
**Office of State Police**
**Case Report** 

Bobby Jindal
Governor

Michael D. Edmonson, Colonel
Superintendent

## CASE HISTORY

**Case Number:** 10-1255
**Case Date:** February 28, 2010
**Offense:** Criminal Patrol Follow-up
**Offense Date:** February 28, 2010
**Offense Time:** 12:00 AM
**Investigation Officer:** Trooper Chris Gray

## LOCATION

**Address:** Interstate 10
Roanoke, Louisiana
**Parish:** Jefferson Davis Parish
**Country:** United States
**Mile Marker:** 59

## VEHICLE

**Type:** Vehicle - Automobile
**Year:** 2005
**Make:** Kia
**Model:** Sportage
**Color:** Silver
**Registration:** 17274937
**State:** North Carolina
**In Custody:** No

## PROPERTY

**Description:** Seven bundles containing marijuana
**Type:** Drug
**Category:** Evidence
**Quantity:** 117 pounds
**Seized Date:** Feb 28 2010 12:00AM
**Seized Parish:** Jefferson Davis
**In Custody:** No

## CASE DETAILS

**Crime:** Felony
**Source:** Law Enforcement

LBPP.0012

| Case Number: | 10-1255 | Offense: | Criminal Patrol Follow-up |
|---|---|---|---|
| Case Date: | February 28, 2010 | Offense Date: | February 28, 2010 |
| Investigation Officer: | Trooper Chris Gray | Offense Time: | 12:00 AM |

Validity:     Confirmed by other sources
Reliability: Completely Reliable
Assist:     No
Significant: No

## SYNOPSIS

On February 8, 2010, Trooper Jimmy Rogers , with the Louisiana State Police, Troop D, was conducting routine patrol on Interstate 10, within Jefferson Davis Parish. At approximately 1030 hrs., Trooper Rogers observed the driver of a 2005 Kia sports utility vehicle, bearing North Carolina temporary license plate number 17274937, driving east bound near milepost 50. Trooper Rogers noticed the driver operate the vehicle in violation of Louisiana Revised statute 32:81, following too close. Trooper Rogers initiated a traffic stop on the vehicle near milepost 50.5 east bound.

Trooper Rogers met with the driver, Mr. John Square, B/M, D.O.B. 07/01/1958, of 6627 Wickville Dr., Charlotte, NC. who was the sole occupant of the vehicle. After conversing with the driver, Trooper Rogers became suspicious of his travel and requested permission to search the vehicle. Trooper Rogers presented the driver with a permission to search form for the vehicle. Mr. Square reviewed the form, however refused to sign the form and grant officers permission to search the vehicle. Trooper Rogers requested the assistance of LSP canine handler, TPR Chance Thomas. Trooper Thomas exposed his certified drug detection canine to Mr. Square's vehicle, which gave a positive indication to the presence of a narcotic odor emitting from within the vehicle. The subsequent search of the vehicle revealed seven large packages wrapped in green cellophane wrap concealed within the rear cargo area of the vehicle. Mr. Square was arrested and transported to the Jefferson Davis parish.

Louisiana State Police investigators responded to the traffic stop and attempted to interview Mr. Square. Although Mr. Square would not sign a waiver of rights form, he made several unsolicited statements about his involvement in the marijuana and the individuals he was working for.

## NARRATIVE

On February 28, 2010, Trooper Jimmy Rogers , with the Louisiana State Police, Troop D, was conducting routine patrol on Interstate 10, within Jefferson Davis Parish. At approximately 1050 hrs., Trooper Rogers observed the driver of a 2005 Kia sports utility vehicle, bearing North Carolina temporary license plate number 17274937, driving east bound near milepost 59. Trooper Rogers noticed the driver operate the vehicle in violation of Louisiana Revised statute 32:81, following too close. Trooper Rogers initiated a traffic stop on the vehicle near milepost 60.5 east bound.

Trooper Rogers met with the driver, Mr. John Square, who was the sole occupant of the vehicle. After conversing with the driver, Trooper Rogers became suspicious of his travel and requested permission to search the vehicle. Trooper Rogers presented the driver with a permission to search form for the vehicle. Mr. Square reviewed the form, however refused to sign the form and grant officers permission to search the vehicle. Trooper Rogers requested the assistance of LSP canine handler, TPR Chance Thomas. Trooper

LBPP.0013

| Case Number: | 10-1255 | Offense: | Criminal Patrol Follow-up |
|---|---|---|---|
| Case Date: | February 28, 2010 | Offense Date: | February 28, 2010 |
| Investigation Officer: | Trooper Chris Gray | Offense Time: | 12:00 AM |

Thomas exposed his certified drug detection canine to Mr. Square's vehicle, which gave a positive indication to the presence of a narcotic odor emitting from within the vehicle. The subsequent search of the vehicle revealed seven large packages of suspected marijuana wrapped in green cellophane wrap, concealed within the rear cargo area of the vehicle. Mr. Square was arrested and transported to the Jefferson Davis parish investigative office for interviews and booking preparation. (Refer to Trooper Roger's report for details of the traffic stop and events leading to the arrest of Mr. Square.

At approximately 1300 hrs., Trooper Courtney Mabou and I, Trooper Christopher Gray, with the Louisiana State Police, Criminal Investigative Division, met with Trooper Rogers at the Jefferson Davis Investigative office. Trooper Rogers gave me a brief synopsis of the traffic stop and events leading to the arrest of John Square. Trooper Mabou assisted me by photographing the suspects, vehicle, and all evidence. I secured the drug evidence in my unit until a later time when it could be processed for submittal to the crime lab. Trooper Mabou conducted a secondary search of the suspects' vehicle to assure that no other contraband items were concealed within.

At approximately 1410 hrs., I began interviewing Mr. Square by first reviewing a Miranda Rights form. Mr. Square refused to sign the waiver of rights on the form. Mr. Square stated that he would not sign the rights form because "they" could find out that he talked to the police and kill his family. I told Mr. Square that if he did not sign the rights form I could not ask him any questions and he would be the only person held accountable for the drugs found in the vehicle.

Mr. Square stated that he understood but could not cooperate with the Police because they could kill his family for something that he did. I did not ask Mr. Square any questions. I proceeded to complete other paperwork, however Mr. Square continued telling me information about his involvement with the owners of the drugs. I began taking notes. According to Mr. Square, he was running a custodial service in California. Square acquired 40K of gambling debt with some Mexicans and was unable to pay them. Square stated that he was later approached and told that if he made three drug runs for the organization that his gambling debt would be erased. Square stated that "they" gave him a phone and money to put down on the vehicle that he was driving. Although I noted Mr. Square's statements, I did not ask any questions.

Upon completion of the booking paperwork, Mr. Square was transported to the Jefferson Davis Parish Jail by Trooper Rogers and booked on various traffic and narcotics related charges. The suspect vehicle was left in custody of Miller's wrecker service.

On 03/03/2010, at 0830 hrs., I weighed the seven packages of marijuana, which had a total approximate combine weight of 117 pounds. I packaged the narcotics for submittal to the Southwest Louisiana Crime Lab. On the same date, at 0924 hrs., I submitted the narcotics evidence to Deputy Margo Luckie of the Southwest Louisiana Crime lab for analysis and official weight.

**INVESTIGATION OFFICER**

Trooper Chris Gray

LBPP.0014

| Case Number: | 10-1255 | Offense: | Criminal Patrol Follow-up |
|---|---|---|---|
| Case Date: | February 28, 2010 | Offense Date: | February 28, 2010 |
| Investigation Officer: | Trooper Chris Gray | Offense Time: | 12:00 AM |

**INVESTIGATION SUPERVISOR**

Martin Zaunbrecher

LBPP.0015

# JEFFERSON DAVIS PARISH SHERIFF'S OFFICE
## SHERIFF RICHARD "RICKY" EDWARDS, JR.
### ARREST REPORT

| CASE NO. A965 6347 E | ARREST DATE: 2-28-2010 | TIME: 1114 (AM.) PM. |
|---|---|---|

| NAME OF PERSON ARRESTED: | ALIAS OR NICKNAME: | OCCUPATION: |
|---|---|---|
| John Earl Square | | Business Owner |

| ADDRESS: | CITY: | STATE: |
|---|---|---|
| 6545 Sine CT | Highland | CA |

| SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. | STATE: | TYPE: | EXPIRES: |
|---|---|---|---|---|
| | D7091494 | CA | Class C | 7-1-2012 |

| RACE | SEX | EYES | HAIR | WEIGHT | HEIGHT | D.O.B. | AGE: | P.O.B. | TATTOOS OR ID MARKS: |
|---|---|---|---|---|---|---|---|---|---|
| B | M | Bn | Blck | 6-02 | 277 | 7-1-59 | 50 | New Orleans | Nonis |

| WHERE ARRESTED: | HOW ARRESTED: ( ) WARRANT ( ) CALL (✓) ON VIEW | WARRANT NO. |
|---|---|---|
| I.10 EB Mp 60.5 | | |

| LA.R.S.# | OFFENSE(S) | WARRANT DATE: |
|---|---|---|
| 32:914 40:966 | Following too close, Poss of Marijuana WITD | |

| DATE OFFENSE COMMITTED: | TIME: | (AM.) PM. | COURT: |
|---|---|---|---|
| 2-28-2010 | 1090 | | Jeff Davis |

| WHERE OFFENSE COMMITTED: | TYPE PREMISES: |
|---|---|
| I.10 EB Mp 57 | Travel Route |

| ARMED: ( ) YES (✓) NO    TYPE WEAPON: | ( ) DRUNK ( ) DRINKING ( ) CURSED ( ) RESISTED |
|---|---|

| PREVIOUS ARRESTS: | OTHER PERSONS ARRESTED FOR SAME OFFENSE |
|---|---|
| Theft, Armed Robbery 1982 | |

| VEHICLE INVOLVED: | YEAR | MAKE | MODEL | STYLE | COLOR | LICENSE # | STATE | EXP. |
|---|---|---|---|---|---|---|---|---|
| | 2005 | Kia | Sportage | Suv | Silver | 17274937 | NC | 2010 |

| VEHICLE IMPOUNDED: (✓) YES  ( ) NO | DISPOSITION OF VEHICLE |
|---|---|
| | Millers Towing |

| PROPERTY PLACED IN PROPERTY ROOM: | VALUE: |
|---|---|

| NAME OF COMPLAINANT: | RELATION OF COMPLAINANT & SUSPECT IF ANY |
|---|---|

| ADDRESS OF COMPLAINANT: | PHONE: | OTHER PHONE: |
|---|---|---|

| WITNESS NAME: | ADDRESS: | AGE: | PHONE: |
|---|---|---|---|

| WITNESS NAME: | ADDRESS: | AGE: | PHONE: |
|---|---|---|---|

NOTE FACTS OF ARREST NOT INCLUDED ABOVE:

Vehicle was stopped for following too close. The subject was very nervous and his story did not add up. Consent to search was denied K-9 Hugo alerted to the presence of narcotics. Three bags with approximately 118 lbs of Marijuana was located in the rear. Subject was arrested.

| MIRANDA WARNING'S ADVISED BY: | DATE: | TIME: | PLACE: |
|---|---|---|---|
| TFC Batiseaux | 2-28-2010 | 1120 AM | I-10 EB MP 60.5 |

| RESULTS OF INVESTIGATION: | NCIC # |
|---|---|

| ARRESTING OFFICERS: | REPORT MADE BY: | FINAL DISPOSITION: |
|---|---|---|
| Tpr J.Rogers 2427 | Tpr J.Rogers 2427 | |

LBPP.0016

## STATE OF LOUISIANA
## DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## OFFICE OF STATE POLICE

K-9 SEARCH REPORT

| | | | |
|---|---|---|---|
| Date of Search: | 02/28/2010 | Notification Time: | 1105 |
| Arrival Time: | 1113 | Time of Search: | 1117 |
| Requesting Officer: | TPR. JIMMY ROGERS | Agency: | LSP-D |
| Location of Search: | I-10 E/B MP 60.5 | Parish: | Jefferson Davis |
| Handler: | Chance Thomas | K-9: | Hugo |
| | | Certification Date: | 1/12/2010 |

### Weather Conditions

Temp: 67 F       Wind: SE at 3 mph       Clear     Rain     Sleet/Snow

### Occupant/Suspect Information

**Search Condition**

Warrant:
Refusal:
Consent:

Name:JOHN E. SQUARE    Race Sex/DOB:    Black / M / 07/01/1958

Name:   Not Entered    Race/Sex/DOB:    / /

### Search Info

| | Year | Make | Model | License | State |
|---|---|---|---|---|---|
| Vehicle 1 | 2005 | KIA | SUV | 17274937 | NC |
| Vehicle 2: | ---- | ---- | ---- | ---- | -- |
| Address: | | | Not Entered | | |

### Search Info

| Alert Information | Time | Evidence Located | Amount |
|---|---|---|---|
| Location 1 | 11:17 | MARIJUANA | Apprx 60 lbs |
| Location 2 | --:-- | ---- | ---- |
| Location 3 | --:-- | ---- | ---- |

Location 4

Comments:

K-9 Hugo performed a free air sniff around the vehicle. Hugo alerted and indicated on the vehicle for the presents of an odor he was trained to detect.

| Chance Thomas | 2081 | 02/28/2010 |
|---|---|---|
| *Trooper* | *Data #* | *Date* |

LBPP.0018

Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
EBRFile79-19956PartB.pdf

**Description:**
Other: EBR File#79-19956 Part B

page 4

Date 9/13/79                    File No. 79-19956

copy of the list of "bait money" by Karen Penabler. This list
was explained to contain a list of fifty (50) serial numbers of
ten (10) dollar bills, along with the series year and issuing
bank of each bill. The issuing bank is the city and state location
of the bank that issued the particular ten (10) dollar bill.

At approx. 1630 hrs. this detective along with Dy. Monachello,
Narcotic Division, left the bank with the victim following, to
proceed to the Detective Office for the purpose of obtaining a
composite of the BM suspect from the victim, Mary Denicola.
While proceeding to the courthouse this detective observed a
vehicle being a Chrysler Cordoba which fit the description of the
vehicle driven by the BM suspect. This vehicle was parked in the
four hundres (400) block of St. Charles St.

This detective asked the victim, Mary Denicola, to observe
this vehicle at which time the victim stated this vehicle looked
similar to the one that was driven by the BM suspect.

At approx. 1645 hrs. this detective took several photographs
of the vehicle, which will be placed in EE# 17295.

At approx. 2115 hrs. this detective responded to 10074 Ave.
M. to assist Sgt. Geralds who had spotted the suspect and
the vehicle shortly thereafter this detective was in the process
of preparing a waiver of search warrant for the suspect's
vehicle, a 1970 Chrysler Cordoba, when the suspect, John Earl
Square, changed his mind about signing the waiver.

At this time the suspect was advised by Lt. Jarreau that

Investigating Officer(s) _____ Code _____

Approved _____ Date _____
(COMMANDING OFFICER)

 

page 5

Date 9/13/79                           File No. 79-19956

he would br brought downtown for questioning in reference to an
Armed Robbery.

This detective proceeded to his unit and followed Sgt. Maranto
downtown, who was driving the suspect's vehicle. After arriving
at the courthouse, this detective was advised by Lt. Jarreau to
exaimine a stack of money which he had seized from the suspect.

This money consisted of U. S. currency in the following
denominations; fifties, twenties, tens, fives, twos and ones.

Between the hrs. of 2205 and 2240 this detective and officer
R. Rucker , BRCPD, identified forty seven (47) ten (10) dollar
bills as being listed on the bank's list of "bait" money. The
fourty seven (47) ten (10) dollar bills were all from the stack
of currency supplied by Lt. Jarreau. The order, time and initials
"JMW" or "RLR" were noted on the "bait" money list at the time
the ten (10) dollar bills were identified as being in fact,
"bait" money.
(Note: the aforementioned list will be placed in EE# 17295.)

The suspect, John Earl Square, was later placed in the down-
town jail charged with Armed Robbery.

For further details see offense report by Sgt. Maranto and
additions by Lt. Jarreau, Sgt. Geralds and Cpl. Monachello along
with the arrest report. To be further investigated.
JMW

nvestigating Officer(s)____Marcus Wright_____Code_____

\pproved___/s/Major Bonanno_____Date____9/18/79
ROTHER PRINTING                    •COMMANDING OFFICER•

Date  9/12/79                                    File No.  79-19956

Additional information to offense report of Armed Robbery of the
Fidelity National Bank, 8031 Airline Hwy. comp: Mary Denicola
9/12/79.

Upon arriving this dy. interviewed two (2) customers, Mr.
Terry Towers, WM, 25 and wife, Terri. They advised that they were
at a desk with their backs to the counter when the robbery took
place. Neither saw anything when the robbery was in progress.
Mr. Towers heard someone running across the lobby and turned around
just in time to see the lower legs of someone running towards
the door. He could not give any description of the subject
or clothing. His wife didn't notice anything.

This deputy then interviewed an employee, Lynn Filding,
WF, 19, 13213 Todd St. 275-9753. She was working in the cage
next to the victim, Mary Denicola. She saw a BM subject at
Mary's window and saw an expression on Mary's face which got her
attention. She then saw the subject run across the lobby and out
the door. She described him as a BM about 25 yrs. old, 6'2" and
having a thin build. He had a medium bush and a visor cap. No
clothing description was given. She did not see a weapon.

This deputy then obtained three (3) rolls of film
obtained from the bank camera by a Mosler film representative,
Phillip O. Sadaway, who lives at 511 Maple St. Denham Springs, La.
This deputy then transported the film to the LSP Photo Lab where
it was developed. The rolls were marked A for Hall, B for behind
the teller and C for front camera by the door. Each was initialed
CJJ and dated.

Investigating Officer(s) _____ Code _____

pproved _____ Date _____

OTHER PRINTING          (COMMANDING OFFICER)

LBPP.0022

Date 9/12/79 File No. 79-19956

Upon some of the film being developed and printed it was learned that the subject was wearing or carrying the following:

1) a light colored tennis style cap
2) a long sleeve dark colored shirt
3) long pants light colored with bell bottoms
4) dark tennis shoes with a white strip
5) glasses or light shades
6) some type of tote bag with shoulder strap
7) paper bag in right hand
8) some type of wrist band on his left wrist
9) medium bush hair style

See photographs numbered 1 through 8 .

It was learned from Sgt. V. Breaux of the Baton Rouge City Police that they had an Armed Robbery on Wednesday 9/5/79 of an individual making a night deposit at American Bank on College Dr.

The suspect fit the description of the bank robber. Also the vehicle description was the same which was a late model Chrysler Cordoba, yellow or cream colored. However, the City obtained a partial license plate no. The first two (2) numbers were 75, it had a B plate (La.) and the last three (3) were possibly 407. At about 2110 hrs. the local was again broadcast. Shortly after Sgt. Silas Geralds spotted the suspect's vehicle which had La. license # 754B907. This vehicle was stopped in the driveway at 10074 Ave M. the residence of Henry Stevenson, Scotlandville, La.

Investigating Officer(s)__________ Code______

Approved__________ Date______
(COMMANDING OFFICER)

 

page 3

Date  9/12/79                                        File No.  79-19956

Lt. Jarreau arrived shortly thereafter and the driver of the
vehicle  was identified by his driver's license as John E. Square,
BM DOB 7/1/58.  It described him as 6'1," 150 lbs. He had  a
medium bush and a metal bracelet 1" wide on his left wrist.
He was wearing a short sleeve shirt and pants and leather sandals.
His passenger was a BF, Maynell Smith, 19, 7153 Caprice Dr. 356-7321.

The vehicle was a 1979 Chrysler Cordoba, cream colored, two
(2) door with a vinyl top.

Lt. Jarreau advised Square that he would be taken for questioning
downtown.  He was told he was a suspect in an armed robbery and
requested to search his vehicle by signing a waiver.  He was
advised orally of his rights by Lt. Jarreau.  John agreed to sign
a waiver but while in the process he changed his mind.  He then
requested to get some personnel papers from the vehicle.  This
deputy accompanied him to the vehicle and because of the dangerous
circumstances in that a weapon could be in the vehicle this dy.
stayed as close as possible to him.  He, John, reached under
the front seat of the vehicle on the driver's side. Lt. Jarreau
grabbed his arm and John was holding a brown leather wallet.
In plain view a large amount of US currency (paper money) could
be  seen protruding from the wallet. John Square was then placed
under arrest and the wallet seized. Also a fifty (50) dollar
bill could be seen in plain view on the floor board of the vehicle
in the front.

During this time about 15 to 20 persons had gathered around

nvestigating Officer(s) _____    Code_____

Approved _____    Date_____
ROTHER PRINTING                    ( COMMANDING OFFICER )

LBPP.0024

Date  9/12/79                                    File No.  79-19956

Also in the front was a purple paper bag with a bottle of hydrogen peroxide and a pack of 10-1cc syringes brand name B-D.

One leather case containing a silver spoon, a small glass container, straight razor blade, a piece of plastic straw and a Hertz membership card. In a paper bag on the back seat was a new pair of brown men's pants size 31x36 brand name EBE, a new pair of brown nylon socks, a brown nylon handkerchief and a man's brown long sleeved shirt size 15½, brand name J. Riggins. A ticket from J. Riggins which is located at 7180 Fla. Blvd. was found in the bag. It was dated 9/12/79 and it was for the total amt. of $57.20. Also a ticket was attached to the purple bag containing the needles and peroxide which was purchased from K&B Drugs, dated 9/12/79, for a total of $1.92. Change was given to him for a fifty (50) dollar bill. Also on the back floorboard of the vehicle was a bag containing a shoe box which contained a brown pair of men's shoses size 11D, brand name Florsheim and a pair of sunglasses Renould # 1205, total value about $56.00. Florsheim is located in Cortana Mall.

Square's wallet was searched at the courthouse prior to the search of the vehicle. It contained a total of $4,138.00 mostly in fifty (50) dollar bills. A total of $470.00 was identified by serial numbers as the "bait" money. It also contained receipts for John Square, American Express Card, Harley Davidson, warranty card and a Hertz Credit Card all in the name of John E. Square.

Dys. also removed from the left arm of John Square a silver

vestigating Officer(s)_____Code____

pproved_____Date____

Other printing        (COMMANDING OFFICER)

LBPP.0026

page 6

Date 9/12/79    File No. 79-19956

metal bracelet about a 1" band. It will be held as evidence.
Square was interviewed by Sgt. Geralds and Sgt. V. Breaux (city)
however, he denied participating or having any knowledge of the
robbery.

The license plate, 754B907 was removed from the vehicle and
will be held as evidence.

On 9/13/79, at 10:10 AM. Lt. Jarreau contacted Mr. George
Square, father of John, at his residence. A waiver of search was
obtained which was signed by Mr Square and witnessed by his daughter,
Mrs. Gwendolyn S. Williams. Mrs. Williams told this dy. that she and
her sister came home at 3:05 PM 9/12/79 and John was at home. She
didn't know how long he had been home. The search was confined
to John's room. Located in the closet was a pair of Converse
tennis whoes, blue with a white stripe, size 11½. Also a brown
leather camera case with a shoulder strap which was on a hanger
in the closet. It contained a Polaroid camera which was left at
the house. It also contained an ABBY Credit Card in the name
of John Square and a white handled Frontier pocket knife. This
case was similar to what the suspect in the robbery was carrying
and what was seen in the bank photographs. As the search of the
room was almost completed Mr. Square received a telephone call
from his attorney, Jack Dompf. Mr. Dompf advised Square to tell
me to stop the search. At the request of Mr. Dompf and Mr. Square
the search was concluded however, the two (2) items found earlier
were siezed. A receipt was given to Mr. Square.

vestigating Officer(s)_____Code_____

pproved_____Date_____

OFFICE PRINTING                    COMMANDING OFFICER

page 7

Date 9/12/79                                   File No.   79-19956

All of the items recovered from the vehicle, the residence, the barcelet and the wallet, will be placed or attached to evidence envelope # 17295, including the photographs.  All of the money was placed in EE# 17294 and was given to Lt. Harry Phillips to place in the vault.

The vehicle was stored at Dealer's Wrecker and Avis Rent A Car was advised.

no further at this time

CJJ/nw

Lt. Cecil Jarreau

estigating Officer(s)_____  Code_____

proved_____ /s/ Major Bonanno_____  Date__9/18/79_____

                          COMMANDING OFFICER

LBPP.0028

See arrest of John E. Square 9/12/79

| Date | 11/7/79 | | File No. | 79-19956 |
|------|---------|--|----------|----------|

Additional information to file number 79-19956 in reference to
Armed Robbery (bank) which occured on 9/12/79, at approx. 1425
hrs. at the Fidelity National Bank, located at 8031 Ariline Hwy.
Baton Rouge, La.

On Thursday, 9/13/79 Sgt. Paul Maranto and Dy. Marcus Wright
of the ARAB Division proceeded to the East Baton Rouge Parish
Prison to conduct a physical line-up with the accused, John Earl
Square, BM, 21, DOB 7/1/58, in regards to the above mentioned
offense.

Upon arrival at approx. 1700 hrs. at the East Baton Rouge
Parish Prison, above mentioned detectives contacted the prison
personnel and advised their purpose and requested that they remove
John Earl Square from his cell.

At approx. 1730 hrs 9/13/79, John Earl Square read a
"your rights and consent to questioning form" in the East
Baton Rouge Parish Prison interview room, in the presence of
his attorney, Myron Walker, Jr., Sgt. Paul Maranto and Dy. Marcus
Wright.

After reading the aforementioned form John Earl Square refused
to sign the form, but verbally stated he would stand in the physical
line-up. These detectives, along with John Earl Square, and his
attorney, Myron Walker, Jr., then proceeded through the BM wings
in the Parish Prison and allowed Square to pick individuals in
which he wanted to stand along with him in the physical line-up.

At approx. 1750 hrs. 9/13/79, Sgt. Paul Maranto and Dy.
Marcus Wright began conducting a physical line-up.

The line-up was conducted in the East Baton Rouge Parish

Investigating Officer(s)_____ con'td _____ Code____

Approved_____ Date____

THEN PRINTING                    (COMMANDING OFFICER)

Page 2

Date  11/7/79                                    File No.  79-19956

Prison chapel.

The following subjects were participants in the line-up:

#1) Albert Manuel, BM, age 17, 5'10" 157 lbs.

#2) John Nelson, BM, age 19, 5'11", 159 lbs.

#3) Silas Wyatt, BM, age 18, 6'1", 160 lbs.

#4) John Square, BM, age 21, 5'1", 160 lbs.

#5) Earl Green, BM, age 24, 5'11", 155 lbs.

#6) Alphonse Knighten, BM, age 21, 6'11", 120 lbs.

All of the subjects participating in the line-up were wearing
Parish Prison, orange shirt and pants, black colored jail shoes and
white colored wrist bands. The subjects participating in the line-
up  made the following  movements, one step forward, turn left,
face the front, turn right ,  face the front and speak.

The statements made by the participants of line-up, "Put
all the money in the bag, and  give me your money."

At approx. 1815 hrs. 9/13/79, Mary Denicola, WF, who resides
at 10447 Nelwyn Dr. Baton Rouge, La. viewed  the line-up from the
interior of the chapel and her remarks were as follows:   She
was almost positive that subject #3, being Silas Wyatt was the
subject who had committed the armed robbery.

At approx. 1815 hrs. 9/13/79, Lynn Fielding, WF, who
resides at 13213 Todd Dr. Baton Rouge, La. viewed the line-up
from the interior of the chapel and her remarks were as follows:
Subject # 3 being Silas Wyatt, none of the rest compare.

cont'd

vestigating Officer(s)_____Code_____

proved_____Date_____

OTHER PRINTING                        (COMMANDING OFFICER)

Date  11/7/79                    page 3                    File No.  79-19956

    The  line-up was concluded at approx. 1838 hrs. 9/13/79.

    The above mentioned line-up was photographed by Sgt. Charles Babin of the  East Baton Rouge Parish Sheriff's Office, photograph Lab.

    For further details see EBRSO line-up log and line-up for identification forms.

    A copy of the East Baton Rouge Parish line-up log and line up for identification forms will be attached to this report and the original forms will be placed into EE# 17294. The "your rights and consent to questioning form" will be placed into same evidence envelope.

PM/nw

estigating Officer(s)_____Code_____

roved_____Date_____

ER PRINTING                    (COMMANDING OFFICER)

# EAST BATON ROUGE PARISH SHERIFF'S OFFICE LINE-UP LOG

Date _SEPTEMBER 13, 1979_    File No. _79-19956_

Time _1750 hrs._

Place _EAST BATON ROUGE PARISH PRISON_

The State Vs _JOHN EARL SQUARE B/m    AGE 22_
(Subject's Name, Color, Sex, & Age)

Subject's Address _354    LAKE CREST AVE_

Did Subject Sign Waiver of Line-Up Rights?  _____  _X_
                                            Yes    No

Was Attorney Present?  _X_  _____    If Yes, Who? _MURON ANEE WALKER, JR._
                       Yes    No

When Was Attorney Contacted? _SEPTEMBER 13, 1979    1:00 AM._
                                (Date and Time)

Attorney's Reply and Comments _WILL TRY TO BE THERE._
_ATTORNEY    JACK DAMPF_

Investigating Officer Who Contacted Attorney _LT. C. J. JARREAU_

Participants In Line-Up (Position, Name, Age, Height, and Weight).

1. _Albert Manuel    B/M-17    5'10"    157 lbs._
2. _John Nelson    B/M-19    5'11"    159 lbs._
3. _Silas Wyatt    B/M-18    6'1"    160 lbs._
4. _John Square    B/M-21    6'1"    160 lbs._
5. _Earl Green    B/M-24    5'11"    155 lbs._
6. _Alphonse Knighten    B/M-21    6'1"    120 lbs._
7. _____
8. _____

How Was Line-Up Conducted?

A) Statements made by participants of line-up. _"PUT ALL THE MONEY IN THE BAG", + "GIVE ME YOUR MONEY"_

LBPP.0032

B) What was worn by participants (jail clothes, civilian clothes, hats, sunglasses, paper bags, stockings, and other unusual characteristics such as bushy hair, beards, teeth, and amputations). _SHIRT AND PANTS PARISH PRISON ORANGE, BLACK COLORED JAIL SHOES, WHITE COLORED WRIST BANDS._

C) What movements did participants make _ONE STEP FORWARD, TURN LEFT, FACE THE FRONT, TURN RIGHT, FACE THE FRONT AND SPEAK_

D) Order in which witnesses viewed line-up (name, address, time, and date).

1. _Mary Denicola, 10447 Nelwyn,_
2. _Lynn Fielding, 13213 Todd,_
3.
4.
5.
6.
7.
8.
9.
10.

Time Line-Up Was Concluded _1838_     _9-13-79_

Investigating Deputy _MARANTO - WRIGHT_
(Deputy)

Approved By_____
(Division Commander)

 

# EAST BATON ROUGE PARISH SHERIFF'S OFFICE
## LINE-UP FOR IDENTIFICATION

FILE NO. _79-19956_ DATE _9/13/79_ TIME _1815_

SUBJECT(s) _3_

REMARKS _onene of the list compare_

NAME _Lloyd X Fieldss_

ADDRESS _13915 Trail_ PHONE _275-9753_

DEPUTIES _____

BATON ROUGE PRINTING CO., INC

---

# EAST BATON ROUGE PARISH SHERIFF'S OFFICE
## LINE-UP FOR IDENTIFICATION

FILE NO. _79-19956_ DATE _9/13/79_ TIME _1815_

SUBJECT(s) _3_

REMARKS _____

NAME _____

ADDRESS _____ PHONE _____

DEPUTIES _____

BATON ROUGE PRINTING CO., INC



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
EBR-File79-19956PartA.pdf

**Description:**
Other: EBR- File# 79-19956 Part A



## OFFENSE ( X )   COMPLAINT (  ) REPORT
### SHERIFF'S OFFICE
EAST BATON ROUGE PARISH, LOUISIANA

**(Information)**

File No. 79-19956

**(For Office Use Only)**

Tran. 001____ 008____ 005 ✓

'EMPT    Yes____ No __X__    O

ME(s) OR   Specify: Armed Robbery    O   3   0 5   0 1
1PLAINT

TE & TIME   Day of Week __Wednesday__
INCIDENT   Month ____Sept.____
   Day ____12____
   Year ____79____
   Hour ____1425____    02-2

CATION   Street Number 8031    8031
   Street Name Airline Hwy    0028
   Zone _____    V

CTIM OR   First Initial or Name __Mary__
MPLAINANT   Second Initial or Name __Denicola__
   Last Name _____
   Suffix _____
   Color W   Sex F   Age 20
   Residence Phone Number 272-8148
   Street Number 10447
   Street Name Nelwyn

   Business where incident occurred:
   Fidelity National Bank
   Business Phone Number 927-7950

COPY ISSUED
TO: Amy Anthony
Fidelity National Bank
J.H. Mitchell
E. Sipe
J. Hollingsworth
M. Bickham
K. Penalber
M. Smith
G.S. Williams

EARED   Unfounded_____ Adult Arrest 1
   Juvenile Arrest_____ Complaint Withdrawn____

**ROPERTY STOLEN: ITEM NO. (____ )** For stolen property filed in NCIC.

| ype | | | Description | Serial No.(s) | Value |
|---|---|---|---|---|---|
| A | Currency, Notes, Etc. | X | | A ✓ | $4,618.00 |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

LBPP.0036

OFFICE USE ONLY 

PROPERTY, RECOVERED: Date Item Cancelled in NCIC _____ _ _____ _____

| Type | | Description | Serial No.(s) | Value |
|------|------|-------------|---------------|-------|
| A | Currency, Notes, Etc. | | | |
| B | Jewelry & Precious Metals | | | |
| C | Clothing and Furs | | A - $4,138 | |
| E | Office Equipment | | | |
| F | Televisions, Radios, Stereos, Etc. | | | |
| G | Firearms | | | |
| H | Household Goods | | | |
| I | Consumable Goods | | | |
| J | Livestock | | | |
| K | Miscellaneous | | | |

INVESTIGATING
OFFICER(s)

1. Sgt. Paul Maranto #2488
Division_____ Arab
2. Dy Steve Monachello #2240
Division_____ Narcotics

Detailed Report:

SEE CONTINUTATIONS SHEETS ATTACHED.

Date of Report___ 9-24-79 ___ Approved by_____

(Commanding Officer)

LBPP.0037

 

# ARREST REPORT
## SHERIFF'S OFFICE
### EAST BATON ROUGE PARISH, LOUISIANA

| (Information) | (For Office Use Only) |
|---|---|

File No. 79-19956          Tran. 002_____ 004_____

                                            O

**EMPT**      Yes_____ No __x__

**RGE(s)**    Specify: ARMED ROBBERY          03    05    01

**E & TIME**  Day of Week  Wednesday
              Month  09
              Day  79
              Year
              Hour  2120                      09-2

**ATION**     Street Number 10074             1074
              Street Name  Ave M              0156
              Zone                            O

**CUSED**     First Initial or Name  John
              Second Initial or Name  Earl
              Last Name  Square
              Suffix
              First Name

**IAS**       First Initial or Name
              Second Initial or Name
              Last Name
              Suffix
              First Name

**SIDENCE**   Number & Street  354 Lakecrest Ave.
              City & State  Scotlandville, La.

**CKET NO.**  (To be filled in by R. & I. Division)

**TE OF BIRTH** Month  07
              Day  01
              Year  58

**ACE OF BIRTH** City & State

**SCRIPTION** Age 21   Race B   Sex  Male     21    2    1

**P.C.**      (To be filled in by R. & I. Division)                1

rLIED PRESS 83474

LBPP.0038

| JMERICAL ENTIFIERS | Social Secu__y No._____ |
|---|---|
| | Driver's License No._4220216_ |
| | Selective Service No._____ |
| | Other, Specify:_____ |

| 'PE OF ARREST | (To be filled in by R. & I. Division) |
|---|---|

| VESTIGATING 'FICER(s) | 1.___ Sgt. S. Geralds  3107 |
|---|---|
| | Division_____ ARAB |
| | 2.___ Lt. C. Jarreau  1449 |
| | Division_____ ARAB |

**:tailed Report:**

The accused was charged with the Armed Robbery of the Fidelity

National Bank at 8031 Airline Hwy. on 9/12/79.

Approx. $4,618.00 was taken.

$500.00 of the money was "Bait" money.
$470.00 of this money was recovered.

CJJ/nw

ate of Report____9/13/79____ Approved by____ /s/ Major Bonanno

(Commanding Officer)

## FOR OFFICE USE ONLY

| Received by_____ | Typed by_____ |
|---|---|
| Stamped by_____ | Corrected by_____ |
| Checked by_____ | Distributed by _____ |
| Coded by_____ | Filed by_____ |

| Type_____ F.P. Jacket_____ Juv. Div_____ |
|---|
| Det. Div._____ D. A.'s Office_____ |
| Auto Theft_____ Coroner_____ |
| City Court_____ Other_____, Specify:_____ |



late    . 9-12-79                                        File No.        79-19956

On Wednesday, Sept. 12, 1979, at approximately 1437 hours, while on
routine patrol and traveling westbound on Florida Blvd. near its' intersection
with Lobdell, this detective Sgt. Paul Maranto and Dy Steve Monachello over-
heard Communications Division broadcast information concerning a hold up alarm
at the Wooddale branch of Fidelity National Bank located at 8031 Airline Hwy.

Upon overhearing the aforementioned information being broadcast
investigating dys began to respond to the vicinity of the bank.  While enroute
to the aforementioned location investigating dys overheard Communications
Division confirmed that an Armed Robbery had in fact occurred at the Fidelity
National Bank located at 8031 Airline Hwy., Baton Rouge, La.

While continuing to proceed to the vicinity of the Fidelity National
Bank investigating  dys overheard Sgt. Curvey P. Landry of the Communications
Division broadcast a local on the suspect and vehicle involved in the afore-
mentioned Armed Robbery.  The broadcast was as follows:  Vehicle described
as a 1978 or 1979, Chrysler Cordoba, 2-door, yellow in color, with a yellow
vinyl top, bearing possible a Louisiana license plate, which was placed in
such a manner as to intentionally obstruct the view.

Subject was described as a black male approximately 25 to 26 years of
age, 5'9" to 6'2" in height, wearing a light colored tennis style cap, glasses
and medium style bush and was apparently armed with a chrome plated .38 caliber
or .357 caliber revolver.

Sgt. Curvey P. Landry further broadcast that upon leaving the Fidelity
National Bank, located at 8031 Airline Hwy. at its' intersection with Tom Drive
the aforementioned suspect occupying the above described vehicle proceeded
eastbound on Tom Drive towards Airway Drive.

estigating Officer(s)        Sgt. Paul Maranto/Dy Steve Monachello        Code

proved                                                                    Date

                        ·COMMANDING OFFICER·

HEA PRINTING

LBPP.0040

| | | | page 2 |
|---|---|---|---|
| Date | 9-12-79 | File No. | 79-19956 |

Upon arrival in the general vicinity of the Fidelity National Bank
investigating dys began riding the area in search of the aforementioned vehicl
and suspect. After conducting a through search of the general vicinity for a
short period of time for the above described vehicle and suspect, but to no
avail, investigating dys proceeded to the Fidelity National Bank located at
8031 Airline Hwy to conduct the initial investigation.

While enroute, investigating dys overheard Sgt. Kermit Smith and Dy.
Patricia Adams of the Narcotics Division, arriving at the Fidelity National
Bank. Upon arrival at the scene at approximately 1445 hours, investigating
dys contacted Sgt. Kermit Smith. Smith informed investigating dys that the
suspect involved in the above offense was described as a black male approxi-
mately 25 to 26 years of age, 5'9" to 6'2" in height, wearing a light colored
tennis style cap, glasses and medium style bush and was apparently armed with
a chrome plated .38 caliber or .357 caliber revolver. Smith further informed
investigating dys that the vehicle involved in the offense was described as a
1978 or 1979 Chrysler Cordoba, 2 door, yellow in color, with a yellow vinyl
top, bearing possibly a Louisiana license plate, which was placed in such a
manner as to intentionally obstruct the view.

Smith then informed investigating dys that Dy. Patricia Adams was
speaking to the victim, Mary Denicola in an enclosed office. Investigating
dys after learning that the suspect had possibly touched the teller and
service counter during the course of the Armed Robbery, Sgt. Maranto telephon
Criminalist, Pat Lane with the La. State Police Crime Lab, to assist in a
crime scene search. This detective, Sgt. Maranto, then spoke briefly with th
Bank Vice-President, James H. Mitchell, and requested that he phone the Mosle
Safe Company, located at 439 North 6th Street, telephone 355-1440, to retriev

Investigating Officer(s)_____ Sgt. Paul Maranto 2488 _____ Code_____

proved_____ Date_____

COMMANDING OFFICER

LBPP.0041

 

page 3

| )ate | 9-12-79 | File No. | 79-19956 |
|------|---------|----------|----------|

the film from the bank surveillance cameras. Also, during the conversation with Mr. Mitchell, this detective requested that he obtain a copy of the recorded bait money which was located in the teller's cash drawer.

At 1452 hours, this detective, along with Dy Steve Monachello, interviewed the victim, Mary Denicola, white female, age 20, dob 10-16-58, who resides at 10447 Nelwyn, phone 272-8148, teller at the aforementioned bank. Ms. Denicloa advised this detective that at approximately 1420 hours, 9-12-79 a black male described as being 25 to 26 years of age, 5'10" - 6', medium complexion, medium bush, no facial hair, with possibly a gold tooth, medium sized lips, very broad nose, wearing a light colored tennis visor and dark colored clothing, entered the bank and after stopping, briefly at the service counter located against the last wall, the suspect apparently retrieved a Mast Charge application and after doing so, approached her teller window and asked if he could turn in the application to her. She advised the suspect that he could either turn the application in to her or that he could mail it in. He then advised that he would proceed back to the service counter to complete the application. A short itme later, he returned back to her teller window and retrieved an American Express application which was located on the teller counter just left of her window. The suspect then produced a .38 caliber or .357 caliber mag. chrome plated pistol which was partially covered by a paper bag, stating, "This is a stick-up, baby!! The suspect then slid the folded paper bag on the counter top in her direction and stated, "Put all the money in the bag." The suspect, upon viewing a stack of $50.00 dollar bills located on her teller counter, stated, "Put the $50's in there, too." After handing the suspect the paper bag, he advised her too, "Turn slowly around and walk out of your teller window." Ms. Denicola then stated that she then complied

estigating Officer(s) _____ Sgt. Paul Maranto 2488 _____ Code_____

proved_____                                           Date_____

LBPP.0042

| Date | | File No. | page 4 |
|---|---|---|---|
| 9-12-79 | | | 79-19956 |

with the suspect's order.

Ms. Denicola further stated when retrieving the US Currency from her teller drawer, she started from left to right, beginning with the $1 bills and ending with the 20's and when she removed the $5's from her drawer, this automatically activated the surveillance cameras, Ms. Denicola, then described the get-a-way car as being a 1978 or 1979 Chrysler Cardoba, yellow in color.

At approximately 1452 hours, while interviewing the victim, Mary Denicola, this detective was contacted by Dy. Marcus Wright, who advised that he along with Criminalist, Pat Lane and Jim Churchman of the La. State Police Crime Lab had just arrived on the scene.

This detective then requested that Dy Marcus Wright interview other witnesses to the incident and to assist the Criminalist in conducting a crime scene search. This detective then directed Dy Marcus Wright and the afore-mentioned Criminalist to the crime scene area which consisted of the teller and service counter. At approximately 1520 hours, this detective concluded the interview with the victim, Mary Denicola.

At approximately 1530 hours, a representative from Mosler Safe Compan Phillip O. Sadauay, white male, age 44 dob 5-23-35, who resides at 511 Maple Denham Springs, La. telephone 664-4735, arrived on the scene to retrieve the film from the bank surveillance cameras. After the films were retrieved from the surveillance cameras they were immediately turned over to Lt. C J Jarreau to be transported to the La. State Police Photography Lab to be processed.

At approximately 1545 hours, this detective interview Ellen Sipe, white female, age 54, dob 10-5-24, Rt 1 Bx 309 MM Denham Springs, La. 665-374? also a teller with the bank. She stated that during the time of the robbery she had began counting the money in her teller drawer and overheard someone

estigating Officer(s) Sgt. Paul Maranto 2488                          Code

proved                                                               Date

(COMMANDING OFFICER)

LBPP.0043

page 5

ate | 9-12-79 | File No. | 79-19956

unning across the lobby.  Upon looking up, she observed what appeared to be a

lack male exiting the front door and running down the sidewalk toward the

arking lot located on the west side of the bank.  She then observed the

lack male enter a yellow colored vehicle.

Note:  See additions filed by Lt. C J Jarreau, Dy Marcus Wright and

y Steve Monachello.

PM/plw

estigating Officer(s)  Sgt. Paul Maranto 2488 | Code
/s/ Maj P Bonanno | 9-24-79
)roved | Date

·COMMANDING OFFICER·



| Date | 9/12/79 | | File No. | 79-19956 |

Follow-up investigation report same file no. Comp: Fidelity National
Bank, 8031 Airline Hwy. Armed Robbery.

At approx. 2105 hrs. 9/12/79, I, Sgt. Geralds was headed south
on Scenic Hwy. where Lt. Jarreau gave me a partial plage lic #,
75B407 which was being displayed on a yellow Chrysler Cordoba.
This vehicle had been described as being the vehicle in the above
mentioned Armed Robbery.

At approx. 2114 hrs. I, Sgt. Geralds, spotted what appeared
to be the above mentioned vehicle in the 8500 blk of Scenic Hwy.
this vehicle was headed north on Scenic Hwy. I made a U-turn and
headed north on Scenic behind the vehicle.

When I got close enough to read the license plate it was
754B907. The car was a 1979 Chrysler Cordoba, yellow in color.
I then called for assistance. I followed the vehicle   up Scenic
Hwy to Scaup St. The vehicle turned west on Scaup St. and went
across the railroad tracks. It then turned north on Merganzer St.
It then turned west on Woodcock Ave. I followed the vehicle down
Woodcock Ave to Ave M  He turned south on Ave M. The vehicle   stopped
at the address of 10074 Ave M.

I then ordered the subjects out of the car. When the male
stepped  out of the car I recognized him to be John Earl Square of 354
Lakecrest. I told Mr. Square that he and his vehicle was under
investigation. Shortly thereafter Lt. Jarreau arrived. I turned
the subject over to Lt. Jarreau in that he was heading the invesigation.
Note; I, Sgt. Geralds did not question Mr. Square about the investigation
in question.

Investigating Officer(s)_____Code_____

Approved_____Date_____

COMMANDING OFFICER

page 2

Date 9/12/79

File No. 79-19956

See Lt. Jarreau's report for information after he arrived at the
location of apprehension.  Mr. Square  was stopped at 10074 Ave M
at 2120 hrs. 9/12/79.

It may be noted that the second subject in the vehicle was
his girlfriend, Maynell Smith, BF,   address 7153 Caprice Dr.
phone 356-7321.  I, Sgt. Geralds, transported her to the EBRSO.
She was interviewed by Lt. Jarreau.

SG/nw

estigating Officer(s)_____ Silas Geralds _____ Code_____

proved /s/ Major Bonanno _____ Date__ 9/14/79
                                   (COMMANDING OFFICER)
HPB PRINTING

LBPP.0046

 

| Date | 9/13/79 | File No. | 79-19956 |



Additional information to file number above, in reference to
the Armed  Robbery of the Fidelity National Bank, 8031 Airline
Hwy.  927-7950, victim being Mary Denicola, WF, 20 10447 Nelwyn
Dr., phone 272-8148.  The offense occured at approx. 1425 hrs.
9/12/79.

At 1437 hrs.9/12/79, this detective responded to the robbery
alarm at the Fidelity National Bank, arriving at approximately
1452 hrs.

Upon entering the bank this detective contacted Sgt. Paul
Maranto, who was interviewing the victim.

Sgt. Maranto at this time advised this detective to interview
other witnesses to the incident.

At 1455 hrs. this detective interviewed Joyce Hollingsworth,
WF, 36, who resides at 4110 Greenwell St. phone 356-6089, and is
the note clerk at the bank. Hollingsworth stated that she observed
a BM approx. 25 yrs. being approx. 5'9"-5'10", weighing approx.
140-150 lbs. being dark complected, having a medium sized neat
bush afro, crouched over the victim's teller window. Hollingsworth
stated that the BM in question was wearing blue jeans, a dark
brown T-shirt and a beige visor with a band.

Hollingsworth  stated she looked away  momentarily and the next
time she observed the BM in question he was spinning to his right
and running towards the front door of the bank carrying what
appeared to be a light colored cloth bag. Hollingworth further
stated as the BM in question was running she observed the victim,
Mary Denicola, running from her teller window to the rear of the
bank.  Hollingsworth stated at this time she felt that a robbery

Investigating Officer(s)_____Code____

Approved_____Date____

(COMMANDING OFFICER)

LBPP.0047

page 2

ate  9/13/79

File No.   79-19956

had occured and that she activated the alarm system by pushing
a button behind her teller window. Hollingsworth stated shortly
thereafter she heard a fellow employee, Mary Bickham, state that
the BM in question was in a yellow Cordoba.

At this time Hollingsworth stated she proceeded to the
rear of her booth to a window which faces east. Hollingsworth
further stated at this time she observed a yellow Cordoba, being
driven by the BM in question, proceeding  east on Airway Dr.
and observed  the vehicle until it proceeded east out of her view.
Hollingworth described the vehicle  as being a  Chrysler Cordoba,
yellow in color with a vinyl top, being a new model, possibly
a 1978 model.

Hollingsworth  stated the license plate was displayed in such
a manner that only the bottom edge could be  viewed. This detective
advised  Hollingsworth to contact this detective if she recalled
any other pertinent details.

At 1520 hrs. 9/12/79, this detective interviewed Karen Penalber,
WF, 20 who resides at Rt 4 Box 1042, Praireville, La. phone 622-2455,
and is a secretary at the bank. Penalber stated that she observed
a BM approx. 24 yrs. of age, being approx. 5'9", weighing approx.
140 lbs., being dark complected, having a medium afro, standing
at the Service Counter, directly across the bank from her desk,
where she was sitting. Penalber further stated the BM in question
was wearing blue jeans, a dark colored T-shirt and a medium brown
leather visor with a strap. Penalber also advised the BM in
question was carrying what appeared to be a brown box radio

estigating Officer(s)_____   Code____

proved_____   Date____

(COMMANDING OFFICER)

LBPP.0048

Date 9/13/79

page 3
File No. 79-19956

with a starp which was over his left shoulder. Penalber further advised she next observed the BM crouched over the head teller's window, where Mary Denicola was stationed. Penalber stated momentarily thereafter, she heard noises which she believed was someone running in the bank.

Penalber stated at this time she looked up and observed the BM in quesion, running towards the front door of the bank. Penalber further stated that she observed the BM in question exit the front door and turn left, at which time she arose form her desk and ran to a window which faces west and overlooks Airline Hwy. Penalber stated that she observed the BM in question enter a yellow Cordoba, which was parked in the parking lot of the bank.

The parking space was further described as being even with the northwest corner of the bank on the nearest parking lane which faces east. Penalber stated that the BM entered the vehicle, backed out, exited the parking lot and proceeded east on Airway Dr. at which time she lost sight of the vehicle. Penalber also stated the BM backed out in such a hasty manner that she believed the vehicle had been left running while the BM was in the bank. Penalber described the vehicle as being a late model Chrysler Cordoba, cream colored with the license plate turned up so that only the top or bottom edge could be viewed. This detective advised Penalber to contact this detective if she recalled any other pertinent details.

At approx. 1600 hrs. 9/13/79, this detective was given a

estigating Officer(s)_____ Code_____

proved_____ Date_____

COMMANDING OFFICER

NEW PRINTING

LBPP.0049

 

| Interstate Commission for Adult Offender Supervision | | **NOTICE OF ARRIVAL** |
|---|---|---|
| To: Louisiana | Date: 05/22/2018 | Type of supervision: [X] Parole [ ] Probation | Is this case: [ ] Registered Sex Offender [ ] Victim sensitive |
| From: California | Phone #: 916-255-2781 | Fax #: 916-255-2757 | |

**OFFENDER INFORMATION**

| Offender's full name (last, first, MI): Square, John | ICOTS Offender Number: 153299 Sending state #: 102098 Receiving state #: | ICOTS Case Number: 1192259 |
|---|---|---|

| AKA: | | | | | |
|---|---|---|---|---|---|
| SS #: ▓▓▓▓ | FBI #: (if available) 179834AA5 | Sex: M | Race: Black | DOB: 07/01/1958 |

**ARRIVAL**

| Arrival date: 05/21/2018 | Mode of Travel: Plane | [ ] Failed to report |
|---|---|---|

| Address: 303 West 5th Street, | | | |
|---|---|---|---|

| City: San Bernardino | State: CA | Zip: 92401 | Telephone: 909-806-3516 |
|---|---|---|---|

Comments:

| Supervising Officer/Location: Erik Rodacker | Date: 05/22/2018 | Compact Administrator / Designee: Anthony Pennella | Date: 05/22/2018 |
|---|---|---|---|

Icots ✓
RIC ✓
ISCF ✓
PF ✓
SF VI ✓
Cajun ✓
CMS ✓

LA INTERSTATE

COMPACT HQD

IS CMS
DATE 5/23/18
ENTERED BY Cy

 

# Interstate Commission for Adult Offender Supervision

# NOTICE OF DEPARTURE

| To: California | Date: 05/21/2018 | Type of supervision:<br>[X] Parole<br>[ ] Probation | Is this case:<br>[ ] Registered Sex Offender<br>[ ] Victim sensitive |
|---|---|---|---|
| From: Louisiana | Phone #: 225-342-6609 | Fax #: 225-342-1615 | |

## OFFENDER INFORMATION

| Offender's full name (last, first, MI):<br>Square, John | ICOTS Offender Number 153299<br>Sending state #: 102098<br>Receiving state #: | ICOTS Case Number: 1192259 |
|---|---|---|

AKA:

| SS #: | FBI #: (if available)<br>179834AA5 | Sex:<br>M | Race:<br>Black | DOB:<br>07/01/1958 |
|---|---|---|---|---|

## DEPARTURE

| Departure date: 05/18/2018 | Mode of Travel: Plane |
|---|---|

| Must arrive by (date): 05/16/2018 | Offender to report by:<br>[ ] phone<br>[X] in person | [X] within 24 hours of arrival | [ ] immediately upon arrival |
|---|---|---|---|

| Report to address: 303 West 5th Street | City: San Bernardino | State: CA | Zip: 92401 |
|---|---|---|---|

| Report to:<br>[ ] Officer of the Day<br>[X] Other    Agent Houston or Officer of the Day | Phone #: 909-806-3516 |
|---|---|

Comments:

| Supervising Officer/Location: Patrice Fontenot | Date: 05/21/2018 | Compact Administrator / Designee: Gregg Smith | Date: 05/21/2018 |
|---|---|---|---|

BRD

| Interstate Commission for Adult Offender Supervision | REPLY TO TRANSFER REQUEST |
|---|---|

| To: Louisiana | Date: 05/11/2018 | Type of supervision: [X] Parole [ ] Probation | Is this case: [ ] Registered Sex Offender [ ] Victim sensitive |
|---|---|---|---|
| From: California | Phone #: 916-255-2781 | Fax #: 916-255-2757 | |

## OFFENDER INFORMATION

| Offender's full name (last, first, MI): Square, John | ICOTS Offender Number: 153299 Sending state #: 102098 Receiving state #: | ICOTS Case Number: 1192259 |
|---|---|---|

| AKA: | | | | | |
|---|---|---|---|---|---|
| SS #: ▮▮▮▮ | FBI #: (if available) 179834AA5 | Sex: M | Race: Black | DOB: 07/01/1958 | |

## RECEIVING STATE INFORMATION

Address of offender:: 6545 Seine Court

| City: Highland | State: CA | Zip: 92346 | Phone: |
|---|---|---|---|

## CRITERIA

- [ ] Resident of the receiving state* within the meaning of the Compact
- [X] Resident Family** AND Employment or Means of Support
- [ ] Military member
- [ ] Transfer of military veteran for medical or mental health services
- [ ] Lives with Family who are Military members
- [ ] Employment Transfer of a Family member to another state
- [ ] Employment Transfer of the Offender to another state
- [ ] Discretionary Plan

## EMPLOYMENT OR MEANS OF SUPPORT

[X] Means of support: (explain)

Carlita Square (Wife) will be the subjects means of support until he gains employment.

## NAMES AND RELATIONSHIP OF OTHERS RESIDING IN HOME

| Name | Relationship |
|---|---|
| Carlita Square | spouse |

LA INTERSTATE

COMPACT HQD

 

* Resident of receiving state - a person who (1) has continuously inhabited a state for at least one year prior to the commission of the offense for which the offender is under (2) with the intent that such state shall be the person's principal place of residence and (3) who has not, unless incarcerated, relocated to another state or states for a continuous period of six months or more with the intent to establish a new principal place of residence.
** Resident family - a parent, grandparent, aunt, uncle, adult child, adult sibling, spouse, legal guardian, or step-parent who-1) has resided in the receiving state for 180 days or longer; and 2) indicates willingness and ability to assist the offender as specified in the plan of supervision.



| CONDITIONS BEING IMPOSED BY RECEIVING STATE |
|---|
| CONDITIONS STATE CANNOT COMPLY WITH |
| **GROUNDS FOR REJECTION** |
| Review Offender Information |
| |
| Review Offender Address |
| |
| Review Transfer Reason |
| |
| Review Transfer Justification |
| |
| Review Employment / Means of Support |
| |

## DECISION OF INVESTIGATION

[X] Approved                    [ ] Denied

| Reason for denial: | | |
|---|---|---|

| [ ] Subject has reported pursuant to authorized Reporting Instructions | Date: |
|---|---|

[X] Reporting instructions:

| Date to report:                05/16/2018 | Offender to Report:<br>[ ] by phone<br>[X] in person<br>[X] within 24 hours of arrival<br>[ ] immediately upon arrival |
|---|---|

| Report to address:<br>303 West 5th Street | City:<br>San Bernardino | State:<br>CA | Zip:<br>92401 |
|---|---|---|---|

| Report to: | [ ] Officer of the Day<br>[X] Other    Agent Houston or Officer of the Day | Phone #:<br>909-806-3516 |
|---|---|---|

Comments/Special Instructions:

| Supervising Officer/Location:<br>Erik Rodacker | Date:<br>05/11/2018 | Compact Administrator / Designee:<br>Anthony Pennella | Date:<br>05/11/2018 |
|---|---|---|---|

\* Resident of receiving state - a person who (1) has continuously inhabited a state for at least one year prior to the commission of the offense for which the offender is under (2) with the intent that such state shall be the person's principal place of residence and (3) who has not, unless incarcerated, relocated to another state or states for a continuous period of six months or more with the intent to establish a new principal place of residence.
\*\* Resident family - a parent, grandparent, aunt, uncle, adult child, adult sibling, spouse, legal guardian, or step-parent who-1) has resided in the receiving state for 180 days or longer; and 2) indicates willingness and ability to assist the offender as specified in the plan of supervision.



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
EBR-File81-15882PartA.pdf

**Description:**
Other: EBR- File 81-15882 Part A



# OFFENSE ( )    COMPLAINT ( ) REPORT
## SHERIFF'S OFFICE
### EAST BATON ROUGE PARISH, LOUISIANA

**(Information)**

File No. _81 - 15882_

**EMPT**    Yes_____ No. _X_

**ME(s) OR**
**IPLAINT**    Specify: _Armed Robbery_

**'E & TIME**
**INCIDENT**
Day of Week _Thursday_
Month_____ 2
Day_____ 9
Year_____ 1981
Hour_____ 11:25

**:ATION**    Street Number _8831_
Street Name _Airline Hwy_
Zone_____

**TIM OR**
**MPLAINANT**
First Initial or Name_____
Second Initial or Name_____
Last Name_____
Suffix_____
Color_____ Sex_____ Age_____
Residence Phone Number_____
Street Number_____
Street Name_____

Business where incident occurred:
_Fidelity Nat Bank_

Business Phone Number_____

**EARED**    Unfounded_____ Adult Arrest_____
Juvenile Arrest_____ Complaint Withdrawn_____

**(For Office Use Only)**

Tran. 001_____ 003_____ 005_____

O

0 3    0 5    0 1

11 - 1

8031
0028

COPY ISSUED
TO: _Jimmy Mathey_

1. Lawson
M. Odom
S. D. Avy
A. Miranda
M. Conban

_Fidelity Nat. Bank_
J. L. Mayer.
J. Templeton

2

**OPERTY STOLEN: ITEM NO. (      )** For stolen property filed in NCIC.

| e | Description | Serial No.(s) | Value |
|---|---|---|---|
| )1 | Currency, Notes, etc. | | A-4, 0513.00 |
| )2 | Jewelry & Precious Metals | | |
| 03 | Furs | | |
| 04 | Clothing | | |
| 06 | Miscellaneous | | |

LBPP.0057

OFFICE USE ONLY

PROPERTY RECOVERED: Date Item Cancelled in NCIC

| Type | | Description | Serial No.(s) | Value |
|---|---|---|---|---|
| 001 | Currency, Notes, etc. | | | |
| 002 | Jewelry & Precious Metals | | | |
| 003 | Furs | N/A | | |
| 004 | Clothing | | | |
| 006 | Miscellaneous | | | |

INVESTIGATING
OFFICER(s)

1. R. O____ J. 2801
Division U.P.D.
2. ____
Division A____

Detailed Report:

On 7-9-81 approximately 11:25 time Dy
was advised of a hold up alarm at the Fidelity
Nat. Bank located 8031 Airline Hwy. Dy
arrived & find that the band had indeed
been held up. by one B/m wearing "dark pants,"
a light colored shirt, approximately "6 foot"; 180 165;
approximately 25 years old. The B/m left the area
in a new Red and yellow (Trans Am) vehit.
Upon Dys. arrival it was also found that an
undetermined amount of cash had been taken, also
the drop pack had gone off and was dropped in the
parking lot. Dy secured the area

Pg 1 of 2

Date of Report  7-9-81 _____  Approved by_____
                                    (Commanding Officer)

 

CONTINUATION SHEET

ATE  7-9-81                          FILE No.  81-15882

Pg 2 of 2.

and seperated the witnesses until the
arrival of Det. Lt. Taricone.

For additional information see
File # 81-15882, Det Lt. Taricone.

Forward to Det. Division

No Further

R. Q. Hotop.

2801

VESTIGATING OFFICER(S) _____                CODE _____

PPROVED _____                                DATE _____

LBPP.0059

Date _____ July 9, 1981 _____          File No. _____ 81-15882 _____

ADDITIONAL INFORMATION TO OFFENSE REPORT FILE #81-15882 IN REFERENCE TO ARMED ROBBERY AND AUTO THEFT.

At approximately 1145 hours this date, being Thursday, July 9, 1981, Lt. C. J. Jarreau was dispatched to the Fidelity National Bank located at 8031 Airline Highway to supervise an armed robbery, which had just occurred.

Upon arrival at the above bank, Lt. Jarreau contacted Sgt. Russell Foti, Uniform Patrol at Kleinpeter Substation, who had already been at the scene. It was learned that the armed robbery had occurred at 1130 hours this date and the suspect was a black male described as being 5'10", medium build, leaving the bank parking lot in a Maroon or Red Pontiac Trans Am having personalized plates with the first two (2) letters being M and T.

Prior to arriving at the above bank, it was learned through the Louisiana State Police Department, Troop A, that there was a 1981 Maroon Trans Am having personalized plates of MTO belonging to Mark Odom, Route #3, Box 559, Denham Springs, Louisiana.

While at the above bank, Lt. Jarreau learned from Captain Robert Tycer that he had contacted the father of Mark Odom and learned that the above described vehicle had been brought to Woodin-Smith Pontiac located on Wooddale Boulevard for servicing.

At approximately 1200 hours this date Sgt. Paul Maranto and City Police Officer Marcus Wright arrived at the above bank and proceeded to attempt to locate latent fingerprints. Upon learning of the Pontiac supposedly being at Woodin-Smith Pontiac, Sgt. Maranto and City Police Officer Wright left enroute to contact the

estigating Officer(s) _____ Lt. C. J. Jarreau, Jr. _____          Code _____

proved _____ _____          Date 7-14-81
(COMMANDING OFFICER)

LBPP.0060

PAGE TWO

| Date | File No. | |
|---|---|---|
| July 9, 1981 | | 81-15882 |

Service Manager.  While enroute, the vehicle was spotted on Wooddale Boulevard parked on the parking lot at the Colonial Terrace Apartments located at 675 Wooddale Boulevard.  (For further details, See Sgt. Maranto's additional report regarding this recovery).

Lt. Jarreau along with Sgt. Foti at this time proceeded to interview the witnesses at the above bank and the first witness interviewed was a Sandy D-Avy, white female, who resides at 8765 Corlett Drive, Telephone 355-3764.

Sandy D-Avy advised Lt. Jarreau and Sgt. Foti that she had observed the above described subject when he had first come into the above bank; however, she had not paid that much attention to him.  Sandy further stated that when the subject had started walking toward the tellers, he had been looking around and that she had asked him if she could help him.  Sandy further stated that the subject had then jumped over the chain, which had been across in front of the tellers' cages, and he had a bag in his hand; however, she could not describe the bag.  Sandy further stated that the subject had then pointed a pistol at her and that he had been holding the pistol in his right hand at which time he had told her, "Give me your money".  Sandy further stated that she had then gasped for breath and that the subject had then told her, "Be quiet and give me your money".  Sandy further stated that the subject had also mentioned something about opening up the top drawer at which time the subject had placed the money in the bag himself.  Sandy further stated that as soon as the subject had jumped over the chain, he had pulled a stocking over his face.  Sandy then described the pistol as black in color, large and having cream colored handles.  Sandy then described the subject as being approximately 6'0", slim to medium build, short hair, medium complexion, approximately 25 years old, and was wearing dark pants, a light colored short sleeve

Investigating Officer(s)_____Lt. C. J. Jarreau, Jr._____Code_____

Approved_____Date_____

(COMMANDING OFFICER)

LBPP.0061

| | | | PAGE THREE |
|---|---|---|---|
| Date | July 9, 1981 | File No. | 81-15882 |

shirt.  Sandy further stated that after the subject had placed the money in the bag, the subject had run to the front door and she had then set off the alarm.

Lt. Jarreau and Sgt. Foti then interviewed Andrea Miranda, white female, who resides at 4563 Fleet Drive, Telephone 926-1162.  Andrea Miranda stated that she had observed the above subject when the subject had been at Sandy's window and the subject had gotten her attention inasmuch as the subject had been hollering.  Andrea further stated that she had looked toward the subject and he had looked back and said, "Don't anybody move".  Andrea further stated that she had then heard the subject telling Sandy to open up the top drawer.  Andrea then described the subject as being 6'0", having an average build and she described his complexion as being mud color.  Andrea further stated that the subject's eyes were set back in his head and that the subject had very wide lips.  Andrea further stated that she had also noticed that the subject had acne on his face.  Andrea further stated that she had not seen the pistol; however, she described the subject's clothing as faded blue jeans, a wide black belt, a light colored baseball cap and a t-shirt with some kind of dark design on the front.  Andrea further stated that she had turned on the alarm while the subject had still been standin at Sandy's window.

Lt. Jarreau and Sgt. Foti at this time interviewed Melony Corban, white female, who resides at 11776 Glen Haven Drive, Telephone 275-3270.  Melony stated that she had first noticed the above described subject standing at Sandy's window when she had heard Sandy gasping for breath.  Melony further stated that the subject had then looked at her and had said, "Don't move" at which time the subject had told Sandy to hurry up and open the drawer.  Melony then described the subject as being 6'0", slim build, dark complexion, approximately 22 years old, and he was wearing blue jeans, a

estigating Officer(s) _____ Lt. C. L. Jarreau, Jr. _____ Code_____

proved_____ Date_____

| Date | July 9, 1981 | File No. | 81-15882 |
|------|--------------|----------|----------|

light colored t-shirt and some kind of fishing hat. Andrea further stated that he had a black stocking over his face and that his face was blemished. Andrea further stated that he had a fat nose and big lips. Andrea then described the pistol as a black revolver having a short barrel and the subject had been holding the revolver in his right hand. Andrea further stated that she had observed that the subject had a bag in his hand; however, she could not describe this bag. Andrea further stated that the subject also had a deep voice and that when the subject had run from Sandy's window, the subject had jumped over the ropes along with a couch, which had been in the lobby, before running out of the door.

It was learned from Sgt. Foti that he had interviewed a Lynn Lawson, white male 18, who resides at 355 Flannery Road, Apartment #225, and learned that he had been outside the above bank during the armed robbery; the subject had gained his attention when the subject had backed out of the bank's parking lot driving a Maroon Trans Am at a very high rate of speed. Lawson had also observed that the subject had almost struck a vehicle on Tom Drive as he had been turning onto Tom Drive.

Lt. Jarreau and Sgt. Foti then interviewed the only customer, who had been inside the above bank at the time of the robbery, being a Mr. Joe L. Meyer, white male, who resides at 822 Trammell Drive, Telephone 275-9777. Mr. Meyer stated that his back had been turned from the teller windows during the robbery; however, Mr. Meyer further stated that he had been talking to the Bank Manager, Jon Templeton, at which time Mr. Templeton stated, "We've being held up". Mr. Meyer further stated that he had then looked around and had caught a glimpse of the subject running out of the door. Mr. Meyer further stated that he along with Mr. Templeton had then run out of the door behind the subject and had observed the subject getting into a vehicle. Mr.

Investigating Officer(s)_____ Lt. C. J. Jarreau, Jr. _____ Code_____

Approved_____ Date_____

(COMMANDING OFFICER)

LBPP.0063

PAGE FIVE

Date | July 9, 1981 | File No. | 81-15882

Meyer then described the vehicle as a Maroon Firebird and having personalized plates of MTO or MTD. Mr. Meyer further stated that the vehicle had turned west onto Tom Drive and had then crossed the Airline Highway still heading West on Tom Drive. Mr. Meyer further stated that he could not describe this subject and that he would not recognize the subject if he would see him again; however, the subject was of average height in build. Mr. Meyer further stated that he thought perhaps the subject might have had sidburns or a small beard.

Lt. Jarreau and Sgt. Foti at this time talked to the Bank Manager, Mr. Jon Templeton, and he stated that he had observed the above subject as the subject had been running across the lobby and running out of the door. Mr. Templeton further stated that all he could see that the subject was wearing were blue jeans and a cap. Mr. Templeton further stated that as the subject had run toward his vehicle, which had been parked in the bank's parking lot on the west side of the building, he had observed the paper bag exploding at which time some of the money had fallen from the bottom of the paper bag and he could see the smoke coming from the bag as the subject had gotten into the vehicle; however, he had not observed the license plate on the vehicle. Mr. Templeton then described the vehicle as Maroon with a gold stripe and having a fin shaped rear end. Mr. Templeton could only describe the subject as a young slim tall black male. Mr. Templeton further stated that he had picked up the money from the ground in the parking lot, which had fallen from the paper bag, and this was the phoney stack of $10.00 dollar bills, which had exploded, along with a stack of $5.00 dollar bills.

The Bank personnel then contacted a Mr. Dalton Kurth of Moslar Photography to unload the bank cameras and Mr. Kurth resides at 4029 Hyacinth Drive, Telephone

estigating Officer(s) _____ Lt. C. J. Jarreau, Jr. _____ Code_____

proved_____ Date_____

·COMMANDING OFFICER·

LBPP.0064

Date    July 9, 1981    File No.    81-15882

344-0666. Lt. Jarreau witnessed Mr. Kurth unloading two (2) bank cameras with the first one to be unloaded being near the front door at which time it was properly initialed and marked by Mr. Kurth and this Detective. Mr. Kurth then unloaded the second camera, which was located behind the teller cages, at which time this was also properly initialed and marked and both rolls of film were released to this Detective.

The amount of money determined to have been taken in the above armed robbery was $4,051.00, which had all been in one (1) dollar bills and five (5) dollar bills. The money was wrapped with a Fidelity National Bank wrapper and each wrapper contained fifty (50) one dollar bills and fifty (50) five dollar bills.

Lt. Jarreau at this time proceeded to the Louisiana State Police Department, Photo Lab, and released both of the above rolls of film to Trooper James Waimire.

Lt. Jarreau then proceeded to the Colonial Terrace Apartments located on Wooddale Boulevard where the above described vehicle had been abandoned; however, the vehicle had also been moved to the Louisiana State Police Crime Laboratory to be processed for latent fingerprints.

Lt. Jarreau at this time spoke to several persons in the above area including the Manager of the above apartments. The Manager had already spoken to numerous employees and other persons; however, she had been unable to come up with any information. She later telephoned this Detective and advised that she had some additional information. Upon proceeding back to the apartments, this Detective spoke to a James Hilson, black male, who is the yard man for the apartment complex. James stated that at approximately 1030 hours this date or 1100 hours this date he had observed a black male subject driving a vehicle from the back of the apartments toward the office. James

Investigating Officer(s)_____Lt. C. J. Jarreau, Jr._____Code_____

Approved_____Date_____

(COMMANDING OFFICER)



PAGE SEVEN

Date      July 9, 1981      File No.    81-15882

further stated that the subject had gotten his attention inasmuch as black subjects are usually not seen in the area. James further stated that this subject had been driving a large vehicle, possibly a Pontiac or an Oldsmobile, brown with a beige top. James further stated that he had observed this subject parking the vehicle near the office and the subject had gotten out of the vehicle. James further stated that he had been quite a distance away from the subject and could not describe him; however, he remembered that the subject had been carrying a brown paper bag. James further stated that he had not seen this subject getting into another vehicle nor had he seen the subject again.

It was later learned that the above described vehicle had been processed at the Louisiana State Police Crime Laboratory by Criminalist Jim Churchman, who had obtained numerous latent fingerprints and palm prints.

For additional information, see additions made by Sgt. Paul Maranto and Cpl. Dale Dicharry, who had interviewed persons at Woodin-Smith Pontiac.

No further action at this time.

CJJ/bcc

estigating Officer(s)    Lt. C. J. Jarreau, Jr.      Code

proved             (COMMANDING OFFICER)      Date

LBPP.0066

 

Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
EBR-File81-15882PartB.pdf

**Description:**
Other: EBR - File 81-15882 Part B

| ate | July 9, 1981 | File No. | 81-15882 |
|---|---|---|---|

## ADDITIONAL INFORMATION

The following information was obtained at Woodfin Smith Pontiac
100 Wooddale Blvd. Baton Rouge, Louisiana.

At approximately 12:15 p.m. on July 9, 1981, Dy. Dale Dicharry of
the East Baton Rouge Parish Sheriff's Office, Narcotics Division and
Colonel Fred Sliman, Jr. proceeded to the above location to interview
employees in reference to the stolen vehicle used in the bank robbery.
Present at the service department was Mark T. Odom, 4H Club Road, Denham
Springs, La. owner of the vehicle. Mr. Odom stated that he brought his
car to get repairs at approximately 8:15 a.m. and contacted Mr. Allan LaBelle,
819 Brenwood, phone 272-6335, Assistance Service Manager. Mr. LaBelle
instructed a mechanic, Sal Tarantino, of 1251 N. Ardenwood, phone 926-0863,
to ride with Odom and check for a noise his car was making. When they
returned to the dealer ship Mr. Odom dropped the mechanic off and parked his
car on the south side of the service department in the parking lot.

Mr. LaBelle stated that two black males in a 1976 white Grand Prix had
approached him around 10:30 a.m. and asked for some work to be done on his
car. Mr. LaBelle stated that he could not finish the work today so the two
black males then left. Subject number 1 is described as follows black male,
thin build, 6'0", approximately 165 pounds, wearing blue jeans and a T-shirt.
Subject #2 a black male, medium build, 5'8", approximately 140 pounds, wearing
dark pants and dark shirt.

Agent then talked to Trey Higginbotham, white male, P.O. Box 90, Watson,
Louisiana, phone 664-0404, who stated be had seen a black male approximately

| estigating Officer(s) | Deputy Dale Dicharry | Code (continued) |
|---|---|---|
| | | page 1 |
| roved | | Date |

(COMMANDING OFFICER)

LBPP.0068

| ate | July 9, 1981 | | File No. | 81-15882 |

0 years of age dark complexion no height, wearing blue jeans and a T-shirt
p at the service area at approximately 9:30 or 10:00 a.m.

Agent then checked with management to see if any black male employees
ad left for lunch and had not returned. All black male employees were
ccounted for.

We then interviewed Ronnie N. Williams, black male, of 1055 N. 45th
treet, Baton Rouge, La. phone 927-2088 DOB 8/19/62 he stated that at
pproximately 10:30 a.m. he had seen the car in question drive off the
ack lot by a black male with a light t-shirt and light baseball cap.
No ther description could be obtained.

Another black male employee Anthony Martin, 2326 Fairchild, DOB 4/23/58
stated he had seen nothing unusual that morning.

The following black male employees were checked but had no information
or did not fit the description of the robber.
Curtis Solomon, 6820 Cezanne apt. 417, 3/7/58, 928-0838.
Sie Jackson, 1122 N. 45th, 4/27/63, 927-8890.

Mr. Phillip Traham, white male, Rt. 9 box 338, Denham Springs, La. Lot #3
664-2171 stated that he had seen a black male, slim build riding a white
10 speed bike in the side lot when the Odom car was parked at approximately
9:30 a.m.

Mr. LaBelle then stated to agents that a black male, Scott Thomas of
6635 Buddenwood Dr. had his car serviced, a 1979 blue Bonneville, that morning
and waited for his car and left at about 10:00 a.m., doing nothing unusual.

Agent then checked with all employees who had been in the area of the
service department and none stated that they had seen the car in question or

estigating Officer(s) __Deputy Dale Dicharry__              Code __(continued)__
                                                                      page 2
proved____                                                   Date____
                        COMMANDING OFFICER

| Date | July 9, 1981 | File No. | 81-15882 |
|------|------|------|------|

anyone suspicious loitering.

Investigating Officer(s) _____ Deputy Dale Dicharry _____ Code_____ page 3

Approved _____ Date_____
                    ·COMMANDING OFFICER·

LBPP.0070

 

CONTINUATION SHEET

DATE: 7/15/81                                    FILE No. 81-15882

additional information to offenses report of armed
robbery

Compl: Sandy D'arcy - Fidelity National Bank
date: 7/9/81

On July 10th and through the weekend of July 11th,
the two reels of film were developed by Marvin
Comacho of the State Police Photo Lab.
From the original film it was possible to
determine that the subject clothing & appearance
was the following.

He was wearing a dark colored cap with scrambled
eggs design on the bill and some type of emblem on the
top. There was a long chin around his neck.
He had a long sleeve type light colored shirt that
had about two buttons undone from the top. He had
a dark colored jacket. A wrist watch on his left
wrist. I gave considerable opinion upon studying the
film carefully that the subject had a bridge
on his top teeth. She also determined that his
hair was a sports type tennis shoes. He was not
wearing gloves. His face was clear shaven but was
noticeably partially with what appeared to be a stocking.

IVESTIGATING OFFICER(S) _____ CODE _____

PPROVED _____ Capt. X. Lyn _____ DATE 7-24-81

                    (COMMANDING OFFICER)

LBPP.0071

 

**CONTINUATION SHEET**

ATE [ 7/15/81 ]                    FILE No. [ 81- 15882 ]

He was holding what appeared to be a brown
paper bag in his left hand. In his right hand,
appeared a blue steel revolver with about a 4"
barrel.

About 13 photos from each item will will be
so as evidence and placed in envelope # 19262
along with the two rolls of film.

No further at this time

VESTIGATING OFFICER(S) _Lt. C. Jarreau - 1449_ ____ CODE ____

PROVED ____                                                        DATE ____
(COMMANDING OFFICER)

LBPP.0072

  

**CONTINUATION SHEET**

ATE. 1-18-82     FILE No. 81-15882

Upon checking I.S.P. crime lab it was learned the auto 81 Pont. was
moved to the sewer 7-10-81 and Sgt. Jones.

'ESTIGATING OFFICER(S) Lt. C.E. Mandell   1821   CODE

PROVED _____  DATE

# ARREST REPORT
## SHERIFF'S OFFICE
### EAST BATON ROUGE PARISH, LOUISIANA



**(Information)**

**(For Office Use Only)**

File No. 81-15882 , 81-25731

Tran. 002_____ 004_____

0

TEMPT

Yes_____ No X_____

ARGE(s)

Specify: 2 Ct.'s Armed Robbery

03    05    01

TE & TIME

Day of Week_____Wednesday_____
Month_____July_____
Day_____14_____
Year_____1982_____
Hour_____0930_____

09-1
354
2357
A1

CATION

Street Number___354___
Street Name_____Lake Crest_____
Zone_____

CUSED

First Initial or Name___John___
Second Initial or Name___Earl___
Last Name___Square___
Suffix_____
First Name_____

IAS

First Initial or Name_____
Second Initial or Name_____
Last Name_____
Suffix_____
First Name_____

SIDENCE

Number & Street___354 Lake Crest___
City & State___Baton Rouge, La.___

CKET NO.

(To be filled in by R. & I. Division)

ATE OF BIRTH

Month_July_____
Day___1___
Year___1958___

LACE OF BIRTH

City & State_New Orleans, La._

ESCRIPTION

Age_24___ Race_Black_ Sex_Male_

24    2    1

1

P.C.

(To be filled in by R. & I. Division)

TLIED PRESS 52478

LBPP.0074

| | | |
|---|---|---|
| MERICAL NTIFIERS | Social Security No. ▓▓▓▓▓ | |
| | Driver's License No. | |
| | Selective Service No. | |
| | Other, Specify: | |

'E OF ARREST    (To be filled in by R. & I. Division)

'ESTIGATING    1. Sgt. Bobby Callendar #4596    Jay Thompson
'ICER(s)    Division Burglary    State Police
    2. David Denicola    #8648    Dougherty, Pat
    Division BRCPD    City Police

niled Report: Above officers arrested John E. Square on a city warrant for

Armed Robbery, July 14, 1982 at his residence; Armed Robbery of the

Monarch Best Western, 10920 Mead Ave. located in E.B.R. Parish.

After John E. Square signed a Your Rights Wavier he (Square)

gave a taped statement in regards to the Armed Robbery of the

Monarch Best Western which was a City Police Offense- City file

#3811-82. Maybe noted, John E. Square gave statements to 20

other Armed Robberies and one Attempted Armed Robbery. Only two

of the 21 Armed Robbery Offenses were worked by the E.B.R. Sheriff's

Office, which were file numbers 81-15882 and 81-25731.

A taped statement was taken on file #81-15882, Armed Robbery

of Fidelity Bank, 8031 Airline Hwy. Also file # 81-25731 was cleared

by the arrest of John E. Square which was the Armed Robbery of an

individual in the parking lot of American Bank located at Airline

Hwy. and McClelland Dr.

For more information refer to City Offense and arrest report's

ate of Report_____ Approved by_____

(Commanding Officer)

## FOR OFFICE USE ONLY

| | | | |
|---|---|---|---|
| Received by_____ | Typed by_____ | Type_____ F.P. Jacket_____ | Juv. Div._____ |
| Stamped by_____ | Corrected by_____ | Det. Div._____ D. A.'s Office_____ | |
| Checked by_____ | Distributed by_____ | Auto Theft_____ Coroner_____ | |
| Coded by_____ | Filed by_____ | City Court_____ Other_____ , Specify:_____ | |

LBPP.0075

Date  7-14-82                                    File No.  81-15882,81-25731

on.John E. Square under city file #3811-82.

Taped statement from John E. Square will be placed in

evidence envelope #20296.

Sgt. Bobby Callendar/as

vestigating Officer(s)_____Code_____

pproved_____Date_____

(COMMANDING OFFICER)

LBPP.0076



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
EBR-File3811PartA.pdf

**Description:**
Other: EBR- File #3811 Part A

File No.      3811(Warrant)              DEPARTMENT OF POLICE
Revision:     Yes () No (x)              BATON ROUGE, LOUISIANA          1233-81    4949 & 2 Division
Date:         07/14/82

AR

## ARREST REPORT

For Office Use

ATTEMPT ()      ACTUAL (x)

CHARGE(S):    (19) Counts of Armed
              Robbery                    CIT #:         ST #: 14:64
              (1) Count of Attempt Armed
              Robbery                    CIT #:         ST #: 14:64

DATE/TIME     Day of Week: Wed  Month: 07  Day: 14
OF ARREST:    Year: 82  Hour: 0930

LOCATION      Street No: 354        Street Name: Lake Crest Ave
OF ARREST:    Apt. No:              Zone: Unknown

ACCUSED:      NAME (x)    ALIAS ()

Last Name: SQUARE    First Name: JOHN    MI: E    Suffix: EARL
DOB: 07/01/58    Age: 24    Race: B    Sex: M
Height: 6'1"    Weight: 180    Hair: Bl    Eyes: Brn

RESIDENCE:    Street No: 354    Street Name: Lakecrest Ave
              Apt. No:    City: Baton Rouge  State: LA

JACKET NO:
PLACE OF BIRTH:  City: Baton Rouge    State: LA

OFFICER(S) COURT DAY: Unknown
TRAFFIC CITATION COURT DATE: None

NUMERICAL      Social Security No:
IDENTIFIERS:   Driver's License No:    None
               Selective Service No:   None
               Other, Specify:

TYPE OF ARREST: On-View ( )  Warrant (X)  Summons ( )  Notice ( )

DETAILED REPORT:

On 07/14/82 at approximately 0930 a.m. hours Detective Denicola and below detectives placed black male John Earl Square 24 of 354 Lakecrest Street Baton Rouge, Louisiana under arrest for one (1) count of armed robbery under city file number 3811-82 which is the robbery of the Best Western Monarch Inn located at 10920 Mead Avenue Baton Rouge, Louisiana that occurred on 01/16/82. He was arrested at 354 Lakecrest Street Baton Rouge, Louisiana and given his rights orally by Detective Denicola. He was then transported to E.B.R. Narcotics Office where he was given his written rights of an arrestee on form number 08458 which Square stated he fully understood and signed waiving his rights. He was questioned relative to an armed robbery of the Monarch Best Western Inn (that occurred on 01/16/82 at 10902 Mead Avenue Baton Rouge, Louisiana at which time he stated he did rob it.

Detectives then talked to Square about robbing the Ray Rogers Auto Parts located at 5858



03811-82 Page 2

Greenwell Springs Road that occurred on 07/09/82. After talking to Square several minutes he advised detectives that he did rob it. He also told detectives he robbed several other businesses and wanted to tell detective about them. Note: detectives had learned from a reliable source that Square had robbed Ray Rogers Auto Parts on 07/09/82.

After finding out which robberies Square pulled he stated he would give detectives a taped statement to them. The statements are as follows!!!

At approximately 2:58 p.m. hours 07/14/82 detective obtained a taped statement from John Earl Square relative to the robbery of Ray Rogers Auto Parts that occurred on 07/09/82 under file 49496-82. Square stated that he and black male Lionel Reed of Port Hudson went into the establishment and robbed the victims. Square stated that black male Fredrick Knighten who lived at King Courts Apartments Baton Rouge, Louisiana was waiting outside for them in a 1971-72 blue and white chevy pick up truck that belonged to Knighten who is also called slim. Square stated they robbed the place ran to the truck which was parked behind in the apartments and left the scene where they split the money up. Square stated they each got approximately $1500.00 from the robbery. Square stated he was armed with a 410 Sawed Off Shotgun and Lionel Reed had a 44 Magnum Blue Steel Revolver that belonged to Fredrick Knighten. Square stated that while they were robbing the establishment Reed found a 357 Magnum Revolver Blue Steel and took it. Square stated Knighten got his gun back and Reed took the 410 Shotgun and the 357 with him. Square stated he had no idea where the guns were. Square also stated that the robbery was set up by Knighten because he worked there and was fired one day prior to the robbery. Square stated that was why they new about the set up to pull the robbery. (Be advised tape marked number 20 was taped first.) Tape ended at 3:03 p.m. on 07/14/82.

At approximately 3:35 p.m. hours 07/14/82 detective obtained a taped statement from Square relative to the robbery that occurred on 07/01/82 (Monarch Inn Best Western located at 10920 Mead Avenue file number 47101-82.) Square stated he and Knighten and Reed went to the Monarch Inn in Reeds blue Ford pick up truck. Square stated that Knighten got out the truck with a 44 Magnum Revolver Blue Steel and went up to the window but did not go in. Square stated he went in the business while armed with a Blue Steel Snub Nose .38 Caliber Revolver and robbed the white male inside of approximately $300.00. Square stated Knighten stayed outside and Reed was the driver of the truck. Square stated he ran back to the truck and all three (3) fled the area in the vehicle. They split the money three (3) ways. Tape ended at approximately 3:40 p.m. on 07/14/82. Taped statement marked number one (1).

At approximately 3:50 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the robbery that occurred on 07/1/82 (Roadway Inn Motel) located at 2445 South Acadian Thruway file number 47102-82. Square stated they were on the way to Scotlandville, Louisiana on the interstate and had just robbed Monarch Best Western Inn and decided to rob the Roadway Inn. Square stated they drove to the back parking lot and parked the truck where he got out with a .38 Caliber Blue Steel Revolver. Square stated Knighten and Reed stayed in the vehicle (Blue Ford Truck) and he went inside. Square stated he robbed the black female employee of approximately $250.00 but told Reed and Knighten he did not get any money. Square stated they then fled the area. Square stated that Knighten and Reed was armed while they sat in the truck waiting for him to return. Armed with a 44 Magnum Revolver Blue Steel Hand Gun. Tape ended at approximately 3:54 p.m. 07/14/82. Tape marked number two (2).

At approximately 4:02 p.m. hours on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 06/30/82 at the Travel Lodge Motor Hotel located at 427 Lafayette Street Baton Rouge, Louisiana file number 47031-82. Square stated he went inside and robbed the white male of approximately $200.00. Square stated Lionel Reed was waiting outside in his 1969-72 blue Ford pick up truck backed up to the building. Square stated

LBPP.0079

 

03811-82 Page 3

Reed was not armed but Square was armed with a .38 Caliber Blue Steel Revolver Snub Nose. Square stated they fled the scene and split the money. Tape ended at approximately 4:07 p.m. on 07/14/82. Tape was marked number three (3).

At approximately 4:14 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 03/04/82 at the Bellmont Motor Hotel located at 7370 Airline Highway file number 15511-82. Square stated that he went to the Bellmont Hotel and robbed the white male employee of an undetermine amount of money with a Sawed Off 410 Shotgun which had tape around the stock and butt. He stated he fled the area in an unknown vehicle. Square stated he was by himself. Square also stated detectives have the gun that was used which was taken at an earlier date from him. Tape statement ended at approximately 4:17 p.m on 07/14/82. Tape is marked as tape number four (4).

At approximately 4:26 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the attempted armed robbery that occurred on 03/03/82 at the Alamo Plaza Motel located at 4243 Florida Boulevard. File number 15517-82. Square stated he went to rob the place but the doors were locked and could not get in to rob it. He tried to rob it through the window but the foreigner employee fell to the floor and Square fled the area. Square stated he did not get any money and did not remember what type gun was used or get away car was used. "Be advised Square knew details about robberies that only the person that robbed it would know." Tape ended at approximately 4:29 p.m. on 07/14/82. This tape was marked number five (5).

At approximately 4:36 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 02/26/82 at the Stop-N-Go Store located at 5707 Ouita Mae Street Baton Rouge, Louisiana file number 14041-82. Square stated that he and Knighten went to the store in Knighten's 1972 blue Chevrolet truck and Knighten went in got something and told Square that the white female employee was counting a lot of money. Knighten then moved the truck to the side of the building and Square went in armed with a .22 Caliber Revolver Long Barrel Blue Steel and robbed the white female of the money and fled the store with Knighten. Square stated they left the area and split up approximately $500.00 to $600.00. Square stated the reason they decided to rob a place was they had been gambling and owed a gambling debth. This tape ended at approximately 4:44 p.m. Tape marked number six (6).

At approximately 4:55 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 01/08/82 at the Burger King Restaurant located at 2192 Sherwood Forest Boulevard. Square stated that he parked a 1978 LTD Ford white over green behind the restaurant and read the newpaper. Square stated he watched the porter haul garbage in and out the building and finally followed him in at one time armed with a 12 Gauge Sawed Off Shotgun. He stated he locked up everyone in the freezer except manager and after he got the money he put the manager in the freezer and fled the area. Square stated the manager was a white male. The car belonged to a "Bobo" Charles Brown. The tape ended at approximately 5:00 p.m on 07/14/82. The tape was marked number seven (7). Also Square stated he knew the layout of Burger King so well because he use to be a porter for Burger King a number of years. File number 2032-82.

At approximately 5:03 p.m on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 01/15/82 at the Oak Manor Motel located at 8181 Airline Highway. Square stated that he went to the Oak Manor and robbed the white male employee of $200.00 to $300.00. Square stated he was armed with a .38 Caliber Blue Steel Revolver and pulled the robbery by himself. Square stated he fled the area in an unknown vehicle. The tape ended at approximately 5:05 p.m. on 07/14/82. Tape marked number eight

LBPP.0080



03811-82 Page 4

(8). (File number 3550-82.)

At approximately 5:10 hours on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 01/16/82 at the Prince Murat Inn located at 1480 Nicholson Drive. Square stated that he went inside Prince Murat Inn armed with a Sawed Off 410 Shotgun and robbed the white male employee of approximately $250.00. Square stated he made the employee go in the back room and he then fled the area on foot. Square stated the shotgun had gray tape wrapped around the gun and that detective confiscated it from him at an earlier date. Tape ended at approximately 5:15 p.m. Tape is marked number nine (9). (File number 3806-82.)

At approximately 5:17 p.m. on 07/14/82 detective obtained a taped statement from John Earl Square relative to the armed robbery that occurred on 01/16/82 at the Best Western Inn Monarch located at 10920 Mead Avenue Baton Rouge, Louisiana. Square stated he went inside the Monarch Inn armed with a 410 Sawed Off Shotgun with gray tape wrapped around it and approached the employee who was a foreigner and demanded the money. Square stated the employee ran but he stopped him before he could get away. Square stated the employee then gave him the money approximately $200.00 to $240.00 and he fled the area in an unknown car. Tape ended at approximately 5:22 p.m. on 07/14/82. Tape marked number ten (10). (File number 3811-82.) Note: "On 04/27/82 Detective Bobby Calendar along with Detective Denicola received information from a reasonable source that John Earl Square was the subject that robbed the Best Western Inn located at 10920 Mead Avenue on 01/16/81 at approximately 0255 hours.

On 04/27/82 at approximately 1700 hours Detective Denicola contacted complainant white male Deepak Agarwall of 1840 Southland Drive Baton Rouge and showed him six (6) black male photos in a photo line up that resembled each other. After Agarwall viewed the line up he advised Detective Denicola that he was positive that photo number two (2) was the black male that robbed him at Best Western Inn on 01/16/82. Agarwall stated he was positive and would go to court and ID the subject to the Judge. Agarwall then signed his name on back of photo number two (2) known as John Earl Square. The line up was then tagged and placed into evidence. At approximately 5:25 p.m. on 07/14/82 detective obtained a taped statement from John Earl Square relative to the armed robbery that occurred on 12/09/81 at the Prince Murat Inn located 1480 Nicholson Drive. Square stated that he went inside Prince Murat armed with a Blue Steel .38 Caliber Revolver Snub Nose and robbed the white male employee of approximately $250.00 and made him go to the back room while he exited the building. Square stated he left the area in his 1971 LTD Ford brown vehicle. Tape ended at approximately 5:31 p.m. on 08/14/82. Tape marked number eleven (11) (file number 90862-82).

At approximately 5:36 p.m. on 07/14/82 detective obtained a taped statement from John Earl Square relative to the armed robbery that occurred on 11/30/82 at the Roadway Inn located at 2445 South Acadian Thurway. Square stated that he went in Roadway Inn by himself armed with a .38 Caliber Blue Steel Snub Nose Revolver and robbed the white male employee of approximately $500.00 to $600.00 and fled the scene. Square stated he made the employee go to the back office while he fled the scene. Tape ended at approximately 5:40 p.m. The tape was marked number twelve (12). (88568-81 file number.)

At approximately 5:43 p.m on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 10/30/82 at Rogers Auto Parts located at 3758 North Street. Square stated that Fridrick Knighten who was working at Rogers Auto Parts called him on 10/29/82 and told him there was going to be a lot of money in the office on 10/30/82 and if he was interested in robbing it. Knighten stated if they did he wanted his share after the robbery. Square stated he and Lionel Reed went there on 10/30/82 in Lionel's blue Ford pick up truck where Lionel parked on the back street behind the building. Square stated that



03811-82 **Page 5**

Reed stayed in the truck while he went in and robbed the white male employee of approximately $1000.00. He stated when he was robbing it he hollered at Knighten to come to the front but he would not. Square stated he and Reed fled the area in the truck and Knighten met them that evening and they split the money up three (3) ways. Square stated he was armed with a .38 Caliber Blue Steel Snub Nose Revolver. Tape ended at approximately 5:48 p.m. on 07/14/82. Tape was marked number thirteen (13). (File number 80391-81).

At approximately 5:51 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 08/03/81 at the Ten Flags Inn under file number 55710-81 located at 7682 Airline Highway. Square stated he went in the building armed with a .22 Caliber Blue Steel Revolver and robbed the black male of approximately $100.00. He stated he fled the scene in an unknown vehicle. Tape ended at approximately 5:55 p.m. on 07/14/82. Mark this tape number fourteen (14).

At approximately 6:07 p.m. on 07/14/82 detective obtained a taped statement relative to the armed robbery that occurred on 06/10/81 under file number 40582-81 at the Burger King Restaurant located at 3100 Highland Road. Square stated he was armed with a Blue Steel .38 Caliber Revolver. He was dressed in a pin striped suit he went in Burger King and robbed it and fled the scene in the managers vehicle which is a Fairmont and dropped it off at the Varsity Village Apartments at the end of State Street where his vehicle blue Ford pick up truck was parked. At the time of the robbery he also was carrying a black brief case. The truck belonged to his father who did not know Square had it. Square stated the white male employee gave him the money of approximately $1500.00 and he locked them up in the cooler. Tape ended at 6:13 p.m. on 07/14/82. Tape marked number fifteen (15).

At approximately 6:17 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 03/21/81 at the Burger King Restaurant located at 3100 Highland Road file number 19887-81. Square stated he went there dressed very neat in a suit armed with a Blue Steel .38 Caliber Revolver and went inside and waited for the manager to show up. When the manager showed up he robbed him of approximately $2000.00 and locked him and the other employees in the cooler. Square stated as he was robbing the place the milk or bread man knocked on the back door and he let him in. Square stated the man would not give his wallet up but did give the money out of his front pocket to him. Square stated he fled the scene in the managers car which was a Ford black Elite and dropped it at Varsity Village Apartments where he got into his 1971 Ford LTD and left the area. Tape ended at approximately 6:23 p.m. on 07/14/82. Tape marked number sixteen (16).

At approximately 6:28 p.m. on 07/14/82 detective obtained a taped statement from John Square relative to the armed robbery of the Ten Flags Inn that occurred at 7652 Airline Highway on 04/05/80. File number 23355-80. Square stated he entered the building with a long barrel Blue Steel .38 Caliber Revolver and demanded the money from the black male. Square stated he raised his hands in the air and he told the employee to put them down. Square then told the employee to go to the back office and wait. Square stated he robbed the place of approximately $180.00 and fled the scene in an unknown vehicle. Square stated he did not remember what type of vehicle he was in but he did remember that he parked the get away car in the east parking lot by some U-Haul Trailers. Tape ended at 6:32 p.m. on 07/14/82. Tape marked number seventeen (17).

At approximately 6:34 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 04/05/80 at the Day Motel located 7271 Airline Highway under file number 23340-80. Square stated he went inside the office armed with a long barrel Blue Steel Revolver and robbed the white male of approximately $130.00. Square stated he told employee to open the drawer and then go to the back room. He did so and Square·



03811-82 Page 6

fled the scene. Square stated the employee was on the heavy side. The tape ended at approximately 6:38 p.m on 07/14/82. Tape marked number eighteen (18).

At approximately 6:41 p.m. on 07/14/82 detective obtained a taped statement from Square relative to the armed robbery that occurred on 11/26/81 at the Jay Motel located at 7271 Airline Highway under file number 87333-81. Square stated that he went and robbed the white female employee of approximately $500.00 and made her go in the back room while he fled the scene in an unknown vehicle. Square stated he robbed the place with an unknown Caliber Revolver Hand gun. Tape ended at approximately 6:45 p.m. on 07/14/82. Tape marked number nineteen. The Rights Forms and tapes were all tagged and placed in evidence. Square was given his Rights before each tape which he stated he fully understood and waived his Rights. He also stated on tape he was not on drugs, medication, or alcohol when he gave statements. He also stated on tape he was not beaten threaten promised or coerced in anyway.

For further details see all Offenses under below file numbers, see tape statements and all other reports. File numbers are as follows: 47101-82, 47102-82, 47031-82, 15511-82, 15517-82, 14041-82, 2032-82, 3550-82, 3811-82, 3806-82, 90862-81, 88568-81, 80391-81, 55710-81, 40582-81, 19887-81, 23355-80, 23340-80, 87333-81, 49496-82.

1. W. D. Denicola, B.R.C.P.D. _____
   Investigating Officer        Number

2. J. Thompson, L.S.P.
   Investigating Officer        Number

3. Bobby Calendar, S. O.
   Investigating Officer        Number

4. Pat Doughty, B.R.C.P.D.
   Investigating Officer        Number

5. Dennis Kelly, B.R.C.P.D.
   Investigating Officer        Number        Commanding Officer

FOR OFFICE USE ONLY:

PHOTOSTAT    PROCESSED BY:mk    JACKET:    DA:    CC:
DET:    CORONER:    CATE:    ARSON:    BICYCLE:
OTHERS:    SPECIEY:

EVIDENCE CONTAINED IN REPORT SUFFICIENT TO WARRANT FOLLOW-UP   YES ( )  NO ( )

LBPP.0083




FILE NO

OFFENSE ( X )   SUPPLEMENTARY ( )   REPORT
Department of Police
Baton Rouge, Louisiana

| **INFORMATION** | **PLEASE PRINT** | FOR OFFICE USE |
|---|---|---|

'EMPT

FILE NO. _____ 2032 _____   YEAR _____ 1982 _____

Yes _____   No _____

ME(S)

Specify: _____ LRS 14:64 Armed Robbery _____

TE/TIME

Day of Week _Friday_   Month _January_

Date _____ 8 _____   Year _____ 1982 _____   Hour _____ 10:00 _____

CATION

Street No. _____ 2192 _____   Apt. No. _____

Street Name _Sherwood Forest_   Zone _____

Bus. Where Incident Occurred: _____ Burger King Restaurant _____

CK ONE:

:TIM       (X)

MPLAINANT ( )

Last Name | W H I T E |

First Name _DENNIS_   Initial _____

Race _W_   Sex _M_   Age _27_

Res. Phone _655-2554_   Bus. Phone _272-1270_

Residence Address: _Rt. 1 Box 56W_

_Walker, LA_

W REPORT

KEN

In Person _y_   Letter _____

By Phone _____   Other _____

SE CLEARED

No _X_   Yes _____   How? _____

OPERTY STOLEN   ( XX )   ADDITIONAL PROPERTY STOLEN   ( )   PROPERTY LOST OR STOLEN   ( )

| ype | | | Description | Ser. No. (s) | Value |
|---|---|---|---|---|---|
| A | Currency. Notes, Etc. | X | Assorted U.S. Currency | | unk. amt. |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions. Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

form no: 13

LBPP.0084

ROPERTY RECOVERED    (  )    PROPERTY FOUND    (  )

By Whom _____    Date _____

| Type | | | Description | Ser. No. (s) | Value |
|------|--|--|-------------|--------------|-------|
| A | Currency, Notes, Etc. | | | | |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

**ETAILED REPORT:**

On January 8, 1982, at approx. 10:10 hrs. Det. was dispatched to 2192 Sherwood Forest Blvd. (Burger King Rest.) in reference to a Armed Robbery. Upon arrival, Det. talked to Officer Cowart U/P 3rd Dist. who had the scene secured and had put out a brief description of a suspect over the Radio.
Det. then interviewed the victim Dennis White W/M, Manager of the Burger King Rest. who stated at approx. 10:00 hrs. a black male described as approx. 6'0", late 20's slender build, 170 lbs.,short crop hair, light mustash, wearing dark color ski cap, brown leather jacket,dark green army pants, red half top boots, and dark sunglasses entered the Restaurant through the back S/W corner door and pulled out a 12 gauge double barrel shotgun, blue finish, approx. 12-18 inches long and demanded the money from the safe. White stated the B/M had all the employees get into the cooler. The employees are as follows: Justine Bridges, B/F, 388 Fontainbleau Dr., 275-1946, Lynn Dupont, W/F, 13781 Basin Circle, 292-3188, Gloria Chenvert, B/F, 4747 Paige St., 357-2580, James Swanigan, 3628 Iroquois St., 355-2287. White furtherstated while the B/M forced the employees into the cooler he was opening the safe. White stated the B/M then took two brown Capital Bank Bags from the safe. One of the bags was the large lock type bag and the other a small zipper type bag. They both contained a undetermined amount of currency. White stated at that time, the B/M then forced him into the cooler and asked "where are the locks for the cooler"? White stated, "Don't lie to me", White stated the B/M then closed the door after he told him there were no locks. White stated they stayed in the cooler for several minutes until another employee arrived for work and found them in the cooler. Det. interviewed Bridges, Dupont, Chenvert, and Swanigan who gave the same physical descrip-

Roddy Cantu _____  1139 _____  Date of Report 1-8-82
**INVESTIGATING OFFICER**        **NUMBER**


**INVESTIGATING OFFICER**        **NUMBER**

Armed Robbery
_____
**DIVISION**                                    **COMMANDING OFFICER**

**FOR OFFICE USE ONLY**

Received by _____ Typed by ___PDP_____    Type _____ F. P. Jacket _____ Juv. Div. _____
Stamped by _____ Corrected by _____    Det. Div. _____ D.A.'s Office _____
Checked by _____ Distributed by _____    Auto Theft _____ Coroner _____
Coded by _____ Filed by _____    City Court _____ Other _____ Specify: _____

LBPP.0085

Date    1-8-82                                    File No.    2032-82

tion as above of the B/M. Det. interviewed James Swanigan through an interpreter. Det.
Rodriguez  because of James hearing and speech impediment. James Swanigan was outside
working before the Robbery and saw the B/M that robbed the Rest. sitting in a 1967-
1968 Ford 4 door Light green, with a white top parked in the rear of the Rest, ad-
jacent to the door  the robber gained entry through.
Det. also interviewed Scooter Stafford W/M, of 3488 Pertridge Lane, 292-5292, and
Paul Bishop, W/M, 12425 Parkvilla, 292-5292, who were parked in the back parking
lot of the Rest. and witnessed the B/M enter the Rest. Both Stafford and Bishop
gave the same description as above of the B/M.
Det. was contacted by Bill Bennett, 1933 Wooddale Blve. and advised that he had
found a small brown Capital Bank Bag at the intersection of Wooddale Blvd. and
Tom Dr. which he opened and found that it belonged  to Burger King Rest. Dets.
went to Bill Bennett's office and returned the bank bag. (See Supp. report).
Det. had James Swanigan come to the Armed Robbery office and view the photo books
which Swanigan was unable to find the B/M in the photo books. (Case open pending further
follow-up)

nvestigating Officer(s)____ Roddy Cantu            1139            Code

pproved                                                           Date    1-8-82
                         (COMMANDING OFFICER)





OFFENSE (xx)  SUPPLEMENTARY ( )  REPORT
Department of Police
Baton Rouge, Louisiana

| **INFORMATION** | **PLEASE PRINT** | FOR OFFICE USE |
|---|---|---|

FILE NO. ___3811___    YEAR _1982_

EMPT    Yes _____  No __X__

ME(S)    Specify: ___LRS. 14:64 ARMED ROBBERY___

E/TIME    Day of Week ___SATURDAY___    Month ___JAN.___
Date ___16___  Year _1982_   Hour ___0255___

ATION    Street No. __10920__    Apt. No. _____
Street Name ___MEAD___    Zone __:3C__
Bus. Where Incident Occurred: ___BEST WESTERN MONARCH INN___

CK ONE:
TIM        ( )    Last Name  |A|G|A|R|W|A|L| | | | | | | |
MPLAINANT ( )    First Name ___DEEPAK___    Initial _____
Race ___O___  Sex __M__    Age _42_
Res. Phone ___293=9538___    Bus. Phone ___293-9370___
Residence Address: ___1840 SOUTHLAND DR.___
___B.R., LA.___

W REPORT    In Person __X__    Letter _____
KEN    By Phone _____    Other _____

SE CLEARED    No __X__  Yes _____    How? _____

OPERTY STOLEN  (x )  ADDITIONAL PROPERTY STOLEN  ( )  PROPERTY LOST OR STOLEN  ( )

| ype | | | Description | Ser. No. (s) | Value |
|---|---|---|---|---|---|
| A | Currency, Notes, Etc. | A | U.S. CURRENCY | | $170.00 |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

form no. 13

LBPP.0087

)PERTY RECOVERED  (  )   PROPERTY FOUND   (  )

y Whom _____   Date _____

| ype | | | Description | Ser. No. (s) | Value |
|---|---|---|---|---|---|
| A | Currency, Notes, Etc. | | | | |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |
| | | | | | |

## TAILED REPORT:

At approx. 0310 hrs., 1-16-82, det. responded to a call of an armed robbery at the
Monarch Inn, 18920 Mead Rd. Upon arrival, det. contacted off. Bonfanti, who was first
to arrive on the scene. Det. then contacted listed compl., who advised that at approx.
0255 hrs. this date, a b/m described as 23-44 yoa. 5'11"-6' medium complexion, medium
build, with a very light mustache and a medium afro came in wearing a redish brown
jacket and advised that he wanted a room. Compl. further advised that the b/m had his
left arm on the counter and his rt. arm down by his side, so he (compl) requested the
b/m put his other hand on the counter, at which time the b/m pointed a strange looking
weapon at him and demanded the money. Compl. described the weapon as a homemade look=
ing device, such as a sawed off rifle or shotgun.

The barrell was approx. 12 " long and blue steel color, while the stock appeared cut off
and very crude. Compl. stated he ran into the office and the b/m ran around and caught
him and ordered him to ppen the register. Compl. stated he complied and placed the
cash tray on the counter. The b/m took only the bills, leaving the change. Compl.
stated that b/m exited the lobby and got into a late model unk. make vehicle which
was white over red. Det. instructed compl. to come look at the mug books on 1-18-82.
Further investigation to follow. Off. Sarrizan of SP-40 was unable to lift any prints
from the cash drawer. NOTE: This robbery had marked simulanities to f#3806(1-16-82)
f# 3550 (1-15-82).

DET. DEAN B. THOMPSON        4251                    Date of Report ___ 01-16-82

INVESTIGATING OFFICER                NUMBER

SGT. JAMES MITCHELL        4200

INVESTIGATING OFFICER                NUMBER

MAJOR OFFENSE _____        _____ LT. T. HYDE

              DIVISION                          COMMANDING OFFICER

### FOR OFFICE USE ONLY

Received by _____ Typed by _____        Type _____ F. P. Jacket _____ Juv. Div. _____
Stamped by _____ Corrected by _____        Det. Div. _____ D.A.'s Office _____
Checked by _____ Distributed by_____        Auto Theft _____ Coroner _____
Coded by _____ Filed by _____        City Court _____ Other _____ Specify: _____

LBPP.0088

 

Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
EBR-File3811PartB.pdf

**Description:**
Other: EBR - File#3811 Part B

LBPP.0089

 

FILE NO

OFFENSE ( X )   SUPPLEMENTARY ( )   REPORT
Department of Police
Baton Rouge, Louisiana

| **INFORMATION** | **PLEASE PRINT** | FOR OFFICE USE |
|---|---|---|

FILE NO. __3806__          YEAR __1982__

TEMPT        Yes _____ No __X__

:IME(S)       Specify: __LRS 14:64   ARMED ROBBERY__

ATE/TIME     Day of Week __SATURDAY__          Month __JANUARY__
             Date __16TH__        Year __1982__    Hour __0240__

OCATION      Street No. __1480__          Apt. No. _____
             Street Name __NICHOLSON__          Zone __2-D-1__
             Bus. Where Incident Occurred: __PRINCE MURAT__

HECK ONE:
ICTIM       ( )     Last Name | G | R | A | P | P | | | | | | | |
OMPLAINANT XX       First Name __DOUG__          Initial _____
             Race __W__    Sex __M__    Age __37__
             Res. Phone __387 1111__   Bus. Phone __387 1111__
             Residence Address: __1480 NICHOLSON   # 337__
                                 __CITY__

HOW REPORT   In Person __X__    Letter _____
TAKEN        By Phone _____ Other _____

CASE CLEARED   No __X__ Yes _____ How? _____

PROPERTY STOLEN ( x )  ADDITIONAL PROPERTY STOLEN ( )   PROPERTY LOST OR STOLEN ( )

| Type | | | Description | Ser. No. (s) | Value |
|---|---|---|---|---|---|
| A | Currency, Notes, Etc. | A | U.S CURRENCY | | $230.00 |
| B | Jewelry & Precious Metals | | | TOTAL | $ 230.00 |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

LBPP.0090




PROPERTY RECOVERED  (  )    PROPERTY FOUND  (  )

By Whom _____    Date _____

| Type | | | Description | Ser. No. (s) | Value |
|---|---|---|---|---|---|
| A | Currency, Notes, Etc. | | | | |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

**DETAILED REPORT:**

At approx 0255 hrs., 1-16-82, Det responded to a call of an armed robbery of the Prince Murat Inn, 1480 Nicholson Dr..

Upon arrival, Det contacted Offs Thompson & Ruiz who were the primary unit.

Det contacted listed compl. who advised that at approx 0240 hrs a b/m described as 25-26 Y.O.A. 6" thin build , medium complexion, medium afro and wearing a marrone coat and pants, came up to the desk and pointed a strange looking weapon at him and demanded the money.  Compl. described the weapon as a home made looking device such as a sawed off shot gun as the barrell appeared very large.

Compl. stated that the b.m told him not to give him the change, and then after getting the bills, ordered him into the backroom and to shut the door Compl stated he then called for the police.  Compl stated that he did not see any mode or direction of travel.

Further investigation to follow.

Note:  Marked similarities between this case and F# 3811(1-16-82) & 3550(1-15-82)

1. DET DEAN B THOMPSON _____ 4251 _____        Date of Report ___ 1-16-82 ___

    INVESTIGATING OFFICER                      NUMBER

2. SGT JAMES MITCHELL _____ 4200 _____

    INVESTIGATING OFFICER                      NUMBER
    MAJOR OFFENSE                                       LT L HYDE

    DIVISION                                        COMMANDING OFFICER

**FOR OFFICE USE ONLY**

Received by _____ Typed by _____          Type _____ F. P. Jacket _____ Juv. Div. _____
Stamped by _____ Corrected by _____       Det. Div. _____ D.A.'s Office _____
Checked by _____ Distributed by _____     Auto Theft _____ Coroner _____
Coded by _____ Filed by _____             City Court _____ Other _____ Specify: _____

LBPP.0091

47102    OFFENSE (x)  SUPPLEMENTARY ()  REPORT

For Office Use

ATTEMPT ()    ACTUAL (x)

CRIME(S):    Armed Robbery              Statute No: LRS14:64    03 020 /

DATE/TIME:   Day of Week: Thur    Month: 07    Day: 01
             Year: 82             Hour: 0415

LOCATION:    Street No: 2445      Street Name: South Acadian
             Apt. No:             Zone:  7

BUS. WHERE INCIDENT OCCURRED: The Rodeway Inn

VICTIM ()  ( COMPLAINANT (x)  WITNESS ()  ARRESTEE ()  OTHER ()

Last Name: Davis   First Name: Wanda   MI:   Suffix:
DOB:    Age: 30   Race: B   Sex: F   Res. Phone: 928-4380
Bus. Phone: 925-8141 or 293-6880   Residence Address: 356 Apartment Court Drive #19
City: Baton Rouge   State: LA   Zip:

REPORT TAKEN: In Person (x)  By Letter ()  By Phone ()  Other ()

CLEARED:   Yes ()  No (x)  How?

PROPERTY INVOLVED: Yes (x)  No ()

| Type | Description | Status | Serial # | Value |
|------|-------------|--------|----------|-------|
| A | $250.00 cash in denominations of $5.00 bills, $10.00 bills, $20.00 bills, $1.00 bills | · | | $250.00 |

RECOVERED/FOUND BY WHOM:    Date:

DETAILED REPORT:

On 07-01-82, approximately 0415 hours, Detective was dispatched to above location relative
to armed robbery. Upon arrival, Detective contacted complainant/victim who stated that
she had been robbed by a black male described as being 5'11", 175 to 180 pounds, medium complexion,
medium length hair, mustache, and a large scar or burn mark on the right side of his face.
The subject was wearing blue jeans with a light colored shirt (possibly white).

Ms. Davis conveyed the following details of the robbery: She was sitting at the front desk
doing some paperwork when she noticed above described subject come through the front door.
He walked-up to the counter and stated something to the effect, "This is going to be a holdup".
He then pulled a stocking over his face, pulled the gun (described as a blue steel snub-nosed .38)
from his waist, pointed it at her, and told her to open the register and give him the money.
She stated that the subject insisted that she take the money out and give it to him. The subject
appeared calm, as described by Davis. The subject then left in an unknown direction of travel
and she did not observe a vehicle.

, stated that she would rec gnize the subject if she saw him age because of the distinguishing c mark on the right side of h face, and also by voice. Detective vised her that the Armed Robbery Division would contact her on follow-up.

There was no evidence left at the scene, therefore, Detective took no further action. Forward a copy to Armed Robbery Division. No further information at this time.

1. Detective D. R. Evans      6890
   Investigating Officer      Number

2. _____
   Investigating Officer      Number      Commanding Officer

FOR OFFICE USE ONLY:

PHOTOSTAT( )    PROCESSED BY: bjf    JACKET: ✓    DA: ✓    CC:_____
DET:_____    CORONER:_____    CATE:_____    ARSON:_____    BICYCLE:_____
OTHERS:  x    SPECIFY: Forward a copy to the Armed Robbery Division

EVIDENCE CONTAINED IN REPORT SUFFICIENT TO WARRANT FOLLOW-UP    YES ( )  NO ( )

File No.    44271-82      DEPARTMENT OF POLICE      Division
Revision:   Yes ( ) No (x)     BATON ROUGE, LOUISIANA
Date:     07-02-82

LBPP.0093

| e No. | 47101 82 | DEPARTMENT OF POLICE | Division |
|---|---|---|---|
| vision: | Yes () No (X) | BATON ROUGE. LOUISIAN. | UP |
| ate: | 07/01/82 | | |

## OFFENSE (X)  SUPPLEMENTARY () REPORT

**For Office Use**

ATTEMPT ()    ACTUAL (X)

CRIME(S):    Armed Robbery                Statute No:

DATE/TIME:  Day of Week: Thur    Month: 07    Day: 01
            Year: 82                Hour: 0345

LOCATION:   Street No: 10920    Street Name: Mead
            Apt. No:            Zone: (3D 3

BUS. WHERE INCIDENT OCCURRED:

VICTIM () / COMPLAINANT (X)   WITNESS ()   ARRESTEE ()   OTHER (

Last Name: Lartigue   First Name: Robert   MI. L   /Suffix:
DOB: 07/18/39   Age: 52   Race: W   Sex: M   Res/Phone: 261-2717
Bus. Phone: 292-9270   Residence Address: 1655 Hooper Road
City: Baton Rouge   State: LA   Zip:

REPORT TAKEN: In Person (X) By Letter () By Phone () Other (

CLEARED:   Yes () No (X) How?

PROPERTY INVOLVED: Yes (X)   No (.

| Type | Description | Status | Serial # | Value |
|---|---|---|---|---|
| | | PS | | $356.00 |
| A | Bills | | | |

RECOVERED/FOUND BY WHOM:        Date:

DETAILED REPORT:

. At approximately 0346 hours this date  officers were dispatched to 10920 Mead Drive relative to an armed robbery.

Upon arrival, officers contacted complainant, Lartigue, stated a black male entered the lobby wearing a striped or plaid short sleeve shirt, possibly blue jeans or khakis.  Black male subject then pulled a small caliber pistol out holding it in his right hand and pulled a woman's stocking over his head.  Complainant advised officer that subject told him, "this is a holdup, hand over all your money."  Complainant also advised the black male subject told him to stand up and do as he was told.

Complainant advised after he handed over the money, the black male told him to go to the back of the office  The subject then fled on foot.  The complainant was unable to determine the mode of travel  Officers contacted the Detective Office to come to the scene.  Officers stood by the scene until they arrived.  Detective Dean Thompson was dispatched to the scene.  Officers gave complainant the file number and advised him to call if he had any additional information.  Officers also advised him that someone from the Armed Robbery Division would get in touch with him.

47101-82 Page 2

1  R. Winstead
   Investigating Officer                9059
                                        Number

2  S. Cambre
   Investigating Officer                1937
                                        Number                    Commanding Officer

FOR OFFICE USE ONLY:

PHOTOSTAT( )   PROCESSED BY:cb        JACKET:          DA:          CC:
DET:   X       CORONER:               CATE:            ARSON:       BICYCLE:
OTHERS:        SPECIEY:

EVIDENCE CONTAINED IN REPORT SUFFICIENT TO WARRANT FOLLOW-UP   YES () NO ()

File No.: 47101-82
Revision: Yes ( ) No (x)          DEPARTMENT OF POLICE                    Division
Date: 07-01-82                    BATON ROUGE, LOUISIANA

                                                                          CI

OFFENSE (x)  SUPPLEMENTARY ( ) REPORT

                                                             For Office Use

ATTEMPT ( )    ACTUAL (x)

CRIME(S):   Armed Robbery

                              Statute No: LRS14:64    0 3 0 2 0 /

DATE/TIME:  Day of Week: Thur    Month: 07      Day: 01
            Year: 82             Hour: 0345

LOCATION:   Street No: 10920     Street Name: Mead
            Apt. No:             Zone: 3-D-3

BUS. WHERE INCIDENT OCCURRED: Monarch Inn

VICTIM ( )  COMPLAINANT (x)   WITNESS ( )  ARRESTEE ( )  OTHER ( )

Last Name: Lartigue  First Name: Robert  MI: L.  Suffix:
DOB:     Age: 52  Race: W  Sex: M  Res. Phone: 261-3717
Bus. Phone: 923-9370   Residence Address: 10655 Hooper Road
City: Baton Rouge  State: LA  Zip:

REPORT TAKEN: In Person (x) By Letter ( ) By Phone ( ) Other ( )

CLEARED: Yes ( ) No (x) How?

PROPERTY INVOLVED: Yes (x) No ( )

| Type | Description | Status | Serial # | Value |
|------|-------------|--------|----------|-------|
| A | U.S. Currency | PS | Unkown | $356.00 |

RECOVERED/FOUND BY WHOM:        Date:

DETAILED REPORT:

At approximately 0355 hours this date, Detective was dispatched to 10920 Mead, the Monarch
Inn, relative to an armed robbery.

Upon arrival Detective contacted Uniform Officers Winstead and Cambre who, upon their
arrival, had obtained a brief description of the accused and given it to Headquarters in order
to have a local put out for them, at which time they secured the scene.

Detective contacted listed complainant, Robert Lartigue, who advised that at approximately
0345 hours, while working as the desk clerk behind the front desk at the Monarch Inn, an unknown
black male, described as being in his teens to early 20's, approximately 5'5" to 5'7", medium
build came in wearing a ski cap on top of his head with a woman's stocking mask under it.
Complainant further advised that the black male had a short sleeved brown tannish buttoned-up
shirt on and that the black male walked-up to him pulled the stocking mask over his face pointed
a pistol described as being a two (2) inch blue steel revolver at him, at which tim he advised,
"This is a stick-up don't try and do anything give me the money." Complainant advised that
the black male was very calm. Complainant advised that he had never seen the black male
before. Complainant stated that he might possibly be able to identify the accused if shown

LBPP.0096

47101-82 Page 2

a picture; however, he only saw the accused's face a short time before pulling mask down over his face. Complainant advised that he did not hear or see any vehicle drive-up prior to the accused coming in, and that he did not see or hear any vehicle drive off after the robbery. Complainant stated that after the black male had been handed the money, the black male ordered him to go into the back office, which he did. Complainant stated he waited approximately two (2) minutes before coming out of the back office and calling police. Complainant advised that the accused did not wear gloves, but that he also did not touch anything. Because of this reason Detective did not have the desk dusted for prints. Be advised that while Detective was en route to the armed robbery of the Monarch Inn, Headquarters was sending units to an armed robbery at the Rodeway Inn at the Interstate and Acadian on an armed robbery in which the accused's description was very similar to that of the accused in the armed robbery of the Monarch Inn. The file number of the Rodeway Inn's robbery is 47102-82. No further details at this time. Complainant was advised to contact the Armed Robbery Division should he remember any further information.

1. Detective Dean B. Thompson    4251
   Investigating Officer         Number

2. Sgt. James Mitchell           4200
   Investigating Officer         Number         Set C. L. M. Landon
                                                Commanding Officer

FOR OFFICE USE ONLY:

PHOTOSTAT( )  PROCESSED BY: bjf  JACKET:         DA:        CC:
DET:  x       CORONER:           CATE:           ARSON:     BICYCLE:
OTHERS:       SPECIFY: Forward a copy to Armed Robbery Division
METRO
EVIDENCE CONTAINED IN REPORT SUFFICIENT TO WARRANT FOLLOW-UP  YES () NO ()

LBPP.0097

File No.: 49496-82
Revision: Yes () No (x)
Date: 07-09-82

DEPARTMENT OF POLICE
BATON ROUGE, LOUISIANA

Division

AR

## OFFENSE (x)  SUPPLEMENTARY () REPORT

ATTEMPT ()    ACTUAL (x)

For Office Use

CRIME(S):    Armed robbery

Statute No: RS 14:64    $03040/$

DATE/TIME:    Day of Week: Fri    Month: 07    Day: 09
Year: 82    Hour: 1201

LOCATION:    Street No: 5858    Street Name:
Apt. No:    Zone: 1-F-1 GReeNwell Springs Rd.

BUS. WHERE INCIDENT OCCURRED: Ray Rogers Auto Parts

VICTIM ()  COMPLAINANT (x)  WITNESS ()  ARRESTEE ()  OTHER ()

Last Name: Rogers  First Name: Mike  MI: L  Suffix:
DOB:    Age: 29  Race: W  Sex: F  Res. Phone: 766-9907
Bus. Phone: 927-2080  Residence Address: 1316 Bull Rush
City: Baton Rouge  State: LA  Zip:

VICTIM ()  COMPLAINANT (x)  WITNESS ()  ARRESTEE ()  OTHER ()

Last Name: Bordelon  First Name: Katherine  MI: S  Suffix:
DOB: 10-08-57  Age: 23  Race: W  Sex: F  Res. Phone:
Bus. Phone:    Residence Address: 3745 Elm Dr.
City: Baton Rouge  State: LA  Zip:

VICTIM ()  COMPLAINANT (x)  WITNESS ()  ARRESTEE ()  OTHER ()

Last Name: Sasser  First Name: Maurice  MI: B  Suffix:
DOB: 01-03-35  Age: 37  Race: W  Sex: M  Res. Phone: 928-7769
Bus. Phone: 927-2080  Residence Address: 6645 Harry Dr. #80-316 Grism
City: Baton Rouge-Bakersfield  State: LA-CA  Zip:

VICTIM ()  COMPLAINANT (x)  WITNESS ()  ARRESTEE ()  OTHER ()

Last Name: Rogers  First Name: Barbara  MI:  Suffix:
DOB:    Age: 43  Race: W  Sex: F  Res. Phone: 766-2767
Bus. Phone: 927-2080  Residence Address: 1578 S. Columbine
City: Baton Rouge  State: LA  Zip:

REPORT TAKEN: In Person (x)  By Letter ()  By Phone ()  Other ()

CLEARED:  Yes ()  No (x)  How?

PROPERTY INVOLVED: Yes (x)  No ()

| Type | Description | Status | Serial # | Value |
|------|-------------|--------|----------|-------|
| A | Cash currency US | | | $undetermined |

49496-82 Page 2

RECOVERED/FOUND BY WHOM:        Date:

DETAILED REPORT:

At approximately 1201 hours this date detectives were dispatched to 5858 *Greenwell Springs Rd Relative To* an armed robbery in progress. Upon arrival in the area detective contacted Uniform Officer Beird and learned that a black male approximately 5ft 9 medium build light skin and another black male approximately 6ft 1 dark skin 150 lbs., both with pantyhose stockings over their face tied in a knot on the top had robbed the place and had last been seen running east on Greenwell Springs Road. Suspects were armed with a .357 Magnum Pistol and a sawed off shotgun. Description was broadcast to all units and uniform officers secured the scene while detectives conducted investigation. At this time detective separated all witnesses and contacted victim number one Mike Rogers. Mike Rogers advised the following. Around 1200 noon he was counting the money from the Texas Dance Hall which he owns and manages, in the rear of Ray Rogers Auto Parts in a locked office, when he heard a knock at the door and his mother let in Katherine, one of the employees at the front counter, and she was being held around the throat by a black male with a stocking over his face which was tied in a knot. Black male was approximately 5ft 10 and he advises 160 to 165 medium features brown skin black male not dark and not light. *He had a* small tight hair do, used no profanity no taller than 5ft 10, had no hair on his face that he could actually see and he had stared at him as best he could. He stated the other black male appeared to be approximately 6ft 1 maybe 6ft 2 and this black male had his other employee around the throat and these two stayed at the door covering door area. Black male number one armed with the revolver came in demanded all of the cash which was all laid out on the counter. Mike stated that he put the money in a miller light box long neck type with the two folding hinged cardboard tops. Exact amount of cash unknown at this time. He also stated that the black male took his wallet and a pistol, the pistol was a .357 Magnum Dan Wesson blue steel three inch barrel also the wallet contained personal property drivers license assorted credit cards and $400.00 in cash. He stated that the money that was taken was proceeds from the Texas Dance Hall.

Victim complainant number two be Kathy Borderlon white female advised that she was standing by the counter next to a small stool when she noticed a strange look on the face of her co-worker Maurice Sasser. She looked up and noticed that a black male approximately 6ft tall or so had a sawed off shotgun pointed directly at her. She stated that the black male appeared to mean business and seemed very calm. He walked toward her grabbed her around the chest area spund her around and grabbed her by the throat and told her go in the back. At this time she started toward the rear of the auto part store when he says no the back office and they went toward the office. She was forcibly dragged from her position behind the counter approximately 20ft to an office door at which time she was told to be quiet and knock on the door and request the lady inside to open the door. She knocked normally and tried to speak normally and Ms. Rogers opened the door at which time she was drug in and they stood in front of Mike Rogers and the black male demanded the money. Ms. Borderlon stated that the black male appeared to be large in the upper body area and medium everywhere else. She stated he had no strong body odor of anything that was unusual about him that she could remember other than that he had thick eyebrows and a mustache. She further stated that she did not actually see number two again.

Complainant number three Maurice Sasser stated that he was behind the counter and two black males came in with stockings over their head one with a pistol and one with what appeared to be a single barrel sawed off shotgun very short and demanded that they immediately go to the back office. He stated he started toward the rear of the store and realized after he was grabbed that they didn't want him to go to the back they wanted him to go to the office. They were forcibly

49496-82 **Page 3**

drug over to the office area and allowed to go to the door and Kathy knocked and asked to be let in at which time they were drug into the office and the robbery went down. He stated that the black male that held him appeared to be approximately 6ft 1 maybe 2, 170 lbs., dark skin no tatoos or any other noticeable marks that he could distinquish. He stated that the other black male seemed to be a light skin and that the black male that held him never said a word that suspect number one did all the talking.

At this time detective interviewed victim number four Barbara Rogers white female age 43 and she stated that she heard a knock at the door got up and opened the door at which time two black men entered holding the two employees from the front. The two black men did not seemed bothered at all that she had two dogs barking and growling at their feet they seemed not even to notice them. They demanded the money and they wanted it right away. She stated that she could not give a good description other than the fact that the black male suspect number one who held the revolver was not real dark and had a small hairdo and that the pantyhose he had about his head appeared to be a heavy duty type not a normal type light pantyhose and that they were tied on the top in a knot and that suspect number one seemed to do all the talking but did not have a real thick heavy black accent like some of them do that come in the business. She stated number two had a knit shirt on and that he seemed to be tall.

At this time detective learned from Mr. Ray Rogers white male age 56 the owner of the business that some information had been dropped off to him that two suspects one named Square and one name Earl Reese who works somewhere in Scotlandville at an Evans Upholstery Shop had possibly had something to do with the robbery and that supposedly had been set up by a Fredrick Knighten black male 6ft 3, 152 lbs., approximately 25 years of age DOB 11-15-57 Louisiana #4386743 and that this black male had set the entire thing up. Detective was then unable to verify this information at this time but follow up to be continued along these lines. Suspect Fredrick Knighten is believed to live in King Court Apartments #135.

There was no actual physical scene at the auto parts place and a check of the entire area recovered nothing. Complainants all stated that black males touched nothing in anyway form or fashion other than the two complainants that were physical removed from the front to the rear. No profanity was used, no loud threats were made. They all stated that suspects appeared to be extremely professional and did not appear to be nervous at all during the commission of the crime. After the money was obtained by suspect number one all four were made to lie on the floor in the corner and told not to move. The exit was made swiftly by the two black males with the large light miller box containing the cash, the wallet and the pistol. No vehicle was heard to leave outside and officers were unable to locate any witnesses who may have seen the actual robbery go down. Follow up to be continued this date.

1. Det. Dennis Kelley    /6874/
   Investigating Officer    Number

2. _____    _____    _____
   Investigating Officer    Number    Commanding Officer

FOR OFFICE USE ONLY:

PHOTOSTAT( ) PROCESSED BY:ph ___ JACKET: ___ DA: ___ CC: ___
DET: ___  CORONER: ___  CATE: ___  ARSON: ___  HCYCLE: ___
OTHERS: ___ SPECIFY: ___

EVIDENCE CONTAINED IN REPORT SUFFICIENT TO WARRANT FOLLOW-UP   YES () NO ()



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
EBR-File3811-PartC.pdf

**Description:**
Other: EBR - File#3811-Part C

LBPP.0101

 

OFFENSE ( xX )  SUPPLEMENTARY ( )  REPORT

Department of Police

Baton Rouge, Louisiana

| **INFORMATION** | **PLEASE PRINT** | FOR OFFICE USE |
|---|---|---|

FILE NO. __14041__    YEAR __1982__

TEMPT    Yes _____ No __X__

:IME (S)    Specify: __RS.14:64 ARMED ROBBERY__

\TE/TIME    Day of Week __FRIDAY__    Month __FEB.__

Date __26__    Year __1982__    Hour __0735__

)CATION    Street No. __5707__    Apt. No. _____

Street Name __QUIDA MAE__    Zone _____

Bus. Where Incident Occurred: __STOP-N GO__

IECK ONE:

ICTIM    ( )    Last Name  |N|I|C|K|E|N|S| | | | | | | |

OMPLAINANT ( )    First Name __ALICE__    Initial __B__

Race __W__    Sex __F__    Age __24__

Res. Phone __664-2072__    Bus. Phone __357-7745__

Residence Address: __563 EAST ST. BR., LA.__

OW REPORT    In Person __X__    Letter _____

AKEN    By Phone _____    Other _____

ASE CLEARED    No __X__    Yes _____    How? _____

ROPERTY STOLEN  (XX )  ADDITIONAL PROPERTY STOLEN  ( )  PROPERTY LOST OR STOLEN  ( )

| Type | | | Description | Ser. No. (s) | Value |
|---|---|---|---|---|---|
| A | Currency, Notes, Etc. | a | CASH (INCLUDING ONE 50.00 bill | | $630.00 |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

form no  13

LBPP.0102



| Date | 2-26-82 | File No. | 14041 |
|------|---------|----------|-------|

No rings, earings, scars, tatoo's. Had short finger nails and talked low and quietly
and nice and was very calm. Suspect never looked outside or appeared to be nervous to
Nickens. Nickens stated after she went in the back room she heard a car start up and
leave. She stated she saw him touch nothing while in the store. When she came out
of the back room about 5-10 minutes she pushed the alarm button and called her super-
visor. Det's were unable to locate anyone in the area at this time that say anything
Two school girls to be contacted, and BFI truck driver. Local put out and investigation
to be continue.

Investigating Officer(s) ___ DENNIS KELLEY 6874/ P. DOUGHTY 8656 ___ Code ___

SGT. ALFORD

Approved ___ Date ___

(COMMANDING OFFICER)

LBPP.0103



FILE NO

OFFENSE (x) SUPPLEMENTARY ( ) REPORT
Department of Police
Baton Rouge, Louisiana

| **INFORMATION** | **PLEASE PRINT** | FOR OFFICE USE |
|---|---|---|

FILE NO. __15511__     YEAR __1982__

TEMPT          Yes _____ No __X__

IME(S)         Specify: ___ARMED ROBBERY___

TE/TIME        Day of Week __THURSDAY__ ___ Month __MARCH__
               Date __04__ ___ Year __1982__ Hour __0230__

CATION         Street No. __7370__ ___ Apt. No. _____
               Street Name ___AIRLINE HWY___ Zone __1E1__
               Bus. Where Incident Occurred: ___BELLMONT HOTEL___

.CK ONE:
:TIM    ( )    Last Name |W|I|L|K|E|N|S| | | | |    _Tim Wilkes_
MPLAINANT ( )  First Name ___TIMOTHY___ Initial _____
               Race __W__ Sex __M__ Age __23__
               Res. Phone __292-7507__ Bus. Phone __357-8612__
               Residence Address: __24465 HOO SHOO TOO RD.__
                                   __BATON ROUGE, LA.__

W REPORT       In Person __X__ Letter _____
KEN            By Phone _____ Other _____

SE CLEARED     No __X__ Yes _____ How? _____

OPERTY STOLEN ( X ) ADDITIONAL PROPERTY STOLEN ( ) PROPERTY LOST OR STOLEN ( )

| ype | | | | Description | | Ser. No. (s) | Value |
|---|---|---|---|---|---|---|---|
| A | Currency, Notes, Etc. | X | U.S. CURRENCY | | APPROX. | $250.00- | $300.00 |
| B | Jewelry & Precious Metals | | | | | | |
| C | Clothing and Furs | | | | | | |
| E | Office Equipment | | | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | | | |
| G | Firearms | | | | | | |
| H | Household Goods | | | | | | |
| I | Consumable Goods | | | | | | |
| J | Livestock | | | | | | |
| K | Miscellaneous | | | | | | |

form no. 13

LBPP.0104

PROPERTY RECOVERED ( )    PROPERTY FOUND ( )

By Whom _____    Date _____

| Type | | | Description | Ser. No. (s) | Value |
|------|---|---|---|---|---|
| A | Currency, Notes, Etc. | | | | |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

## DETAILED REPORT:

At approx. 0230 hours detective was dispatched to 7370 Airline Hwy. (Bellmont Hotel) relevant to an armed robbery. Upon arrival detective contacted the two desk clerk, Tim Wilke the victim, and a Mr. Alexander J. Rines of 343 Wiltz Dr., age 31, phone #387-5360. Mr. Wilkes advised he was doing some paper when he thought he saw someone and looked up. He stated he saw a b/m, approx. 25-30 yrs., 6'0", 145 lbs., wearing a flat brown hat, a brown waist length leather jacket, dark shirt and pants, armed with a sawed off-shot gun. The subject told Wilkes "all the money". At this time Wilkes advised he started to back up when the b/m stated again give me all the money. Wilkes told Rines to give the subject the money at which time Mr. Rines stated he gave the b/m approx. $250-$300.00. Wilkes stated the b/m ran out a door located on the west side of the building. Moments later the security guard, Ed Ross of 4926 Mohican, phone #355-2233 came to the desk and was told of the incident by Wilkes and Mr. Ross stated he went out the back door and saw a b/m driving away on a black motorcycle towards Airline Hwy. Both desk clerks stated they could identify the subject if they saw him again. INVESTIGATION PENDING.

FRANK  L.  PAXTAO    5932                Date of Report ____ 03-04-82

INVESTIGATING OFFICER              NUMBER


INVESTIGATING OFFICER              NUMBER

DETECTIVE
                                              LT. A. SANSONE
DIVISION                          COMMANDING OFFICER

FOR OFFICE USE ONLY

Received by _____ Typed by _____    Type _____ F. P. Jacket _____ Juv. Div. _____
Stamped by _____ Corrected by _____  Det. Div. _____ D.A.'s Office _____
Checked by _____ Distributed by_____  Auto Theft _____ Coroner_____
Coded by _____ Filed by _____        City Court _____ Other _____ Specify: _____

 

FILE NO

OFFENSE ( X )   SUPPLEMENTARY ( )   REPORT
Department of Police
Baton Rouge, Louisiana

| **INFORMATION** | **PLEASE PRINT** | FOR OFFICE USE |
|---|---|---|

FILE NO. __47031__          YEAR _____1982_____

EMPT          Yes _____ No __X__

IE(S)          Specify: __ARMED ROBBERY__

E/TIME          Day of Week ___WEDNESDAY___  Month ___JUNE___
                Date ____30____  Year __1982__  Hour __2150__

ATION          Street No. __427__          Apt. No. _____
                Street Name ___LAFAYETTE___ - Zone _____
                Bus. Where Incident Occurred: __TRAVEL LODGE__

K ONE:

TIM          ( )     Last Name  G R E M I L L I O N
PLAINANT ( )     First Name ___SADIE___          Initial _____
                Race __W__     Sex __M__     Age _____
                Res. Phone __926-2389__    Bus. Phone __387-0421__
                Residence Address: __3302 LOVE OAK #A103__

V REPORT          In Person __X__     Letter _____
KEN               By Phone _____    Other _____

SE CLEARED          No __X__   Yes _____   How? _____

| OPERTY STOLEN ( )     ADDITIONAL PROPERTY STOLEN ( )     PROPERTY LOST OR STOLEN ( ) | | | | |
|---|---|---|---|---|
| pe | | Description | Ser. No. (s) | Value |
| A | Currency, Notes, Etc. | x  UNDETERMINED AMOUNT OF CASH | | |
| B | Jewelry & Precious Metals | | | |
| C | Clothing and Furs | | | |
| E | Office Equipment | | | |
| F | Televisions, Radios, Stereos, Etc. | | | |
| G | Firearms | | | |
| H | Household Goods | | | |
| I | Consumable Goods | | | |
| J | Livestock | | | |
| K | Miscellaneous | | | |

form no. 13

LBPP.0106

OPERTY RECOVERED  (  )    PROPERTY FOUND   (  )

By Whom _____   Date _____

| Type | | | Description | Ser. No. (s) | Value |
|------|--|--|-------------|--------------|-------|
| A | Currency, Notes, Etc. | | | | |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |

**TAILED REPORT:**

At approx. 2200 6-30-82, det. was dispatched to the Travel Lodge Motel, 427 Lafayette, relative to an armed robbery.  Upon arrival det. contacted the night manager, Sadie Gremillion, w/f, who stated that she was working the desk alone, when a b/m, 5'8-5'10", slender build, wearing kaki pants and kaki shirt and a ladies stocking over his face, entered the east door, approached the front desk, aimed a small black revolver at her and said "give me all your money or i'll kill you."  Gremillon took the entire money tray from the register and placed it on the desk.  The b/m observed a $50.00 bill on the bottom of the register and demanded Gremillion give it to him or he would kill her.

Gremillion gave the b/m the $50.00 bill and he then made her get in the back room and shut the door.  The b/m then emptied the cash money from the tray and exited from the east door. After the b/m left, Gremillion called for police.  Gremillion stated that even though the b/m had a stocking mask over his face and a dark baseball on his head, she could see his features through the thin stocking and stated she thought she could identify the subject. CASE OPEN, INVESTIGATION CONTINUING.

| PATRICK ENGLADE | 7609 | | Date of Report ____ 06-30-82 |
|---|---|---|---|
| INVESTIGATING OFFICER | NUMBER | | |

| INVESTIGATING OFFICER | | NUMBER | |
|---|---|---|---|
| ARMED ROBBERY | | | SGT. ALFORD |
| DIVISION | | | COMMANDING OFFICER |

**FOR OFFICE USE ONLY**

| | | |
|---|---|---|
| Received by _____ | Typed by _____ | Type _____ F. P. Jacket _____ Juv. Div. _____ |
| Stamped by _____ | Corrected by _____ | Det. Div. _____ D.A.'s Office _____ |
| Checked by _____ | Distributed by_____ | Auto Theft _____ Coroner _____ |
| Coded by _____ | Filed by _____ | City Court ____ Other _____ Specify: _____ |

LBPP.0107

  

OFFENSE ( XX )   SUPPLEMENTARY ( )   REPORT
Department of Police
Baton Rouge, Louisiana

| **INFORMATION** | **PLEASE PRINT** | FOR OFFICE USE |
|---|---|---|

FILE NO. _____40582_____    YEAR _1982_____

**EMPT**    Yes _____ No _____X_____

**ME(S)**    Specify: ___RS.14:64 ARMED ROBBERY___

**E/TIME**    Day of Week ___WED.___    Month _____ JUNE
Date ___10___    Year ___1981___    Hour ___0910___

**ATION**    Street No. ___3100___    Apt. No. _____
Street Name ___HIGHLAND ROAD___    Zone _____
Bus. Where Incident Occurred: ___BURGER KING___

**K ONE:**
**TIM** ( )
**MPLAINANT** ( )
Last Name |H|O|L|L|O|W|A|Y| | | | | |
First Name ___STUART___    Initial _____
Race ___W___    Sex ___M___    Age ___34___
Res. Phone ___766-8240___    Bus. Phone ___383-7511___
Residence Address: ___550 LEE DR. APT. #158___
___B.R., LA.___

**N REPORT**    In Person ___x___    Letter _____
**KEN**    By Phone _____    Other _____

**SE CLEARED**    No ___x___    Yes _____    How? _____

**PERTY STOLEN** ( x )    ADDITIONAL PROPERTY STOLEN ( )    PROPERTY LOST OR STOLEN ( )

| 'pe | | Description | Ser. No. (s) | Value |
|---|---|---|---|---|
| A | Currency, Notes, Etc. | U.S. CURRENCY | APPROX. | $1,500.00 |
| B | Jewelry & Precious Metals | | | |
| C | Clothing and Furs | | | |
| E | Office Equipment | | | |
| F | Televisions, Radios, Stereos, Etc. | | | |
| G | Firearms | | | |
| H | Household Goods | | | |
| I | Consumable Goods | | | |
| J | Livestock | | | |
| K | Miscellaneous | | | |

form no. 13

LBPP.0108

PROPERTY RECOVERED   (  )   PROPERTY FOUND   (  )

By Whom _____    Date _____

| Type | | | Description | Ser. No. (s) | Value |
|------|---|---|-------------|--------------|-------|
| A | Currency, Notes, Etc. | | | | |
| B | Jewelry & Precious Metals | | | | |
| C | Clothing and Furs | | | | |
| E | Office Equipment | | | | |
| F | Televisions, Radios, Stereos, Etc. | | | | |
| G | Firearms | | | | |
| H | Household Goods | | | | |
| I | Consumable Goods | | | | |
| J | Livestock | | | | |
| K | Miscellaneous | | | | |
| | | | | | |

**ETAILED REPORT:**

On 6-10-81, approx. 0937 the below detective responded to 3100 Highland Road, Baton Rouge, La., Burger King Restuarant. Detective contacted officer Mullins who had secured the scene and broadcasted the description of the wanted subject. Detective interviewed the following employees:
1) Stewart Holloway w/m/34, 550 Lee Dr. apt. #158, BR., La., 766-8240 (manager)
2) Carl Jackson b/m/39, 262 E. Washington, BR., La., 344-9229 (clerk)
3) Josphine Cotton b/f/43, 3628 Amarillo St., BR., La., 355-1998 (clerk)
4) Eunice Rheams b/f/28, 5218 Jackson Ave., BR., La. 357-9345

Holloway stated he drove his vehicle, 1981 Fairmont, lic. #355A735 and parked it in front of the restuarant. Upon unlocking the front door Holloway was confronted by said black male who requested to use the bathroom Holloway advised the resturant was closed. (note: other employees were already inside working). Black male stated, "then you have a problem," and produced a 4" blue steel revolver from under his suit coat. Subject ordered Holloway into the resturant at gun point (right hand holding gun) and demanded Holloway to open the safe. Holloway called other employees and requested them to remain calm. Subject placed Jackson, Cotton, and Rheams into the walkingfreezer. Subject ordered Holloway to open the safe Holloway removed two brown capital bank bags. Subject told Holloway to removed all currency and hand it to him, (subject).

Holloway gave Tues. receipts and petty cash totaling approx. fifteen hundred dollars ($1500.00). Holloway was then placed into the freezer with others. Subject took Holloway's keys and stole his vehicle, (said described).

| | |
|---|---|
| DET. K. O. CHAMBERS                9296 | Date of Report ____ 06-10-81 |
| INVESTIGATING OFFICER          NUMBER | |
| | |
| INVESTIGATING OFFICER          NUMBER | |
| ARMED ROBBERY | CPL. B. BANNISTER |
| DIVISION | COMMANDING OFFICER |

**FOR OFFICE USE ONLY**

| | |
|---|---|
| Received by _____ Typed by _____ | Type _____ F. P. Jacket _____ Juv. Div. _____ |
| Stamped by _____ Corrected by _____ | Det. Div. _____ D.A.'s Office _____ |
| Checked by _____ Distributed by _____ | Auto Theft _____ Coroner _____ |
| Coded by _____ Filed by _____ | City Court _____ Other _____ Specify: _____ |

LBPP.0109

| Date | 06-10-81 | | File No. | 405 82 |
|------|----------|--|----------|--------|

Holloway stated all stay inside the freezer for approx. ten minutes before unsizewing to safety look to exit and then calling the police. Detective contacted the following witnesses at Capital Bank, located next door.
1) Larry Bizette w/m/22, 1007 Oakhill Pkwy., BR., La.
2) Irma Juarez w/f/33, 4144 St. Andrews, BR., La., 356-2944
3) Barbara Leduff w/f/32, 9957 Bookerline, BR., La. 769-3516
4) Elise McGehee w/f/22, 455 McGehee Dr., BR., La. 275-5636
5) Eldridge Etienne, b/m/26, 6332 San Junn Dr., BR., La. 357-1329

Bank employees stated the black male stayed behind the bank for approx. one hour. Based upon all description given by witnesses the following was determined.
1) black male 5'10"-5'11", 160-170 #, late twenties
2) short black afro sliked down straight back
3) clean face except for light mustache
4) wearing mirror type sunglasses
5) navy blue 3 piece pin strip suit
6) gold watch on left hand
7) gold chain attahhed to belt and going into pocket
8) calm and not nervous
9) black vinil spring closed case
10) armed with 4" blue steel revolver
11) med. brown complex.
12) long side burns
13) well dressed.

| nvestigating Officer(s) | K.O. CHAMBERS   9296 | Code |
|-------------------------|----------------------|------|
| Approved | CPL. B. BANNISTER | Date |
| | (COMMANDING OFFICER) | |

 

Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
EBR-ArmedRobberyReport.pdf

**Description:**
Other: EBR- Armed Robbery Report

 

## OFFENSE ( )    COMPLAINT (X) REPORT
### SHERIFF'S OFFICE
### EAST BATON ROUGE PARISH, LOUISIANA

| (Information) | (For Office Use Only) |
|---|---|
| File No. 81- 25731 | Tran. 001_____ 003_____ 005 ✓ |

| | | |
|---|---|---|
| **ATTEMPT** | Yes_____ No._____ | O |
| **CRIME(s) OR COMPLAINT** | Specify: Hold up, armed robbery | 03 07 01 |
| **DATE & TIME OF INCIDENT** | Day of Week Wednesday<br>Month Nov.<br>Day 4<br>Year 1981<br>Hour 0:09 | 09-1 |
| **LOCATION** | Street Number 5655<br>Street Name Halsey St.<br>Zone_____ | 5655<br>1708<br>151 |
| **VICTIM OR COMPLAINANT** | First Initial or Name Bob<br>Second Initial or Name_____<br>Last Name M° Kinney<br>Suffix_____<br>Color W  Sex M  Age 23<br>Residence Phone Number 292-9662<br>Street Number 10434<br>Street Name Jefferson Hwy. Apt. C<br><br>Business where incident occurred: ✓<br>American Bank - Flk. + Airline<br>Business Phone Number _____ | Mr. Winsted<br><br>COPY ISSUED<br>TO: Briny Methony |
| **CLEARED** | Unfounded _____ Adult Arrest _____<br>Juvenile Arrest _____ Complaint Withdrawn _____ | 2 |

## PROPERTY STOLEN: ITEM NO. ( 1347 ) For stolen property filed in NCIC.

| Type | | | Description | Serial No.(s) | Value |
|---|---|---|---|---|---|
| 001 | Currency, Notes, etc. | X | Cash 4-20's + 2-10's | A | 100.00 |
| 002 | Jewelry & Precious Metals | | | | |
| 003 | Furs | | | | |
| 004 | Clothing | | | | |
| 006 | Miscellaneous | X | 1-vehicle 1973 Ford LTD<br>Tag Tenn. 19E 950 | | 1200.00 |

LBPP.0112

OFFICE USE ONLY

PROPERTY RECOVERED: Date Item Cancelled in NCIC

| Type | | Description | Serial No.(s) | Value |
|---|---|---|---|---|
| 001 | Currency, Notes, etc. | | | |
| 002 | Jewelry & Precious Metals | | | |
| 003 | Furs | | | |
| 004 | Clothing | | | |
| 006 | Miscellaneous | | | |

INVESTIGATING
OFFICER(s)

1. Dy. J. B. M⁰Hale 3956
Division U/P Central Sub
2.
Division

Detailed Report:

In above date + time Dy. was dispatched to 3855 Halsey St. to the residents
Mr. Warren D. Winstill, uncle of comp. comp. advised Dy. that approx. 23:30 p.
comp. went to the American Bk. at Ath Rd. + Airline Hwy. to use the mint-24
achine. Comp. advised after getting $50.⁰⁰ from his acct. one B/M subject, 6'2",
170#, slim build, mustache, approx. 23 yrs, with short afro, wearing green
ny full jacket, blue jeans + white cowboy boots, approached comp. at above
cation pointing what appeared a .38 pistl. Subject told comp. to get him
100.⁰⁰ out of the machine. Comp. advised subject the machine wouldn't
give that amt. Subject at this time, also had on gray + white railroad
type hat. Subject told comp. to get somemore money or he would
blow his brains out. Comp. got $50.⁰⁰ more dollars out of his acct.
At this time subject told comp. to get into his car. Comp's car was
locked. Comp. went to drivers side of his 1973 Ford LTD, green,
tag Tenn. 19E950, vehicle had mag. wheels; upon opening his

Date of Report _____ Approved by _H. Stacy_ 11/16/31
(Commanding Officer)

LBPP.0113



**CONTINUATION SHEET**

DATE 11/4/81                     FILE No. 81-25731

chicle comp. advised subject told him to move over he would
ride. Comp. told subject he would drive, subject told comp. to
move over or get his brains blown out. Comp. moved to
passenger side & subject drove comp. vehicle down the service
rd approx. 1/4 mile and told comp. to get out. At this time
subject drove west bound on service road. Comp. went to a phone
called his uncle Mr. Winsted, then return to Winsted resident
and called this office. Comp. also advised Dy. that when subject
entered drivers side of the car, subject put on a ski mask. Comp. also
advised that while getting the second 50.00 out of the machine
the subject was holding the gun at comp. head and at this
time another vehicle pulled up into the parking lot of the bank
& left immediately. Comp. was unable to give description or
any information on this vehicle. Dy. contacted this office &
gave veh. description & subject description on local # 1347.

VESTIGATING OFFICER(S) Dy. J. L. Mc/ride 3956        CODE _____

PPROVED _____              DATE _____
                    (COMMANDING OFFICER)

LBPP.0114

# VEHICLE THEFT ( ✓ ) RECOVERY ( ) REPORT
## SHERIFF'S OFFICE
### EAST BATON ROUGE PARISH, LOUISIANA

**(Information)**                    **(For Office Use Only)**

File No. *81 - 25731*

Tran. 001_____ 003_____ 005_____

**'EMPT**   Yes ✓  No_____

*O*

**ENSE**   Number *19E950*
State *TENN.*
Year *1980*
Type *P.C.*

*07   0 0   0 0*
*07   0 1   0 0*

**IICLE**   Ident. No.(VIN)_____

Year *1973*
Make *FORD*
Model *LTD*
Style_____
Color(s) *GREEN*

Value $ *1200.00*
Insured by *Maryland Casualties*

*D - 1,200 00*

Keys Left in Ignition? *No*
Doors Locked? *Yes*

**TE & TIME**   Day of Week *Wednesday*
Month *Nov.*
Day *4*
Year *1981*
Hour *0:09*

*01-1*

**CATION**   Street Number *10434*
Street Name *Jefferson Hwy., Apt. C.*
Zone_____

*5655*
*1708*
*1 S1*

**:TIM**   First Initial or Name *Bob*
Second Initial or Name_____
Last Name *McKinney*
Color *W*  Sex *M*  Age *23*
Residence Phone No. *293-9662*

Business where incident occurred:
*American BK. PVK + Airline*
Business Phone No._____

*O*

LEARED            Unfounded ___✓___ Adult Arrest _____
                  Juvenile Arrest _____ Withdrawn _____

RECOVERED BY      Name _____
                  Address _____
                                                            O
                                                        D-1, 200 ax

CONDITION         Specify: _____

RADIOGRAM         Item No. _1347_
                  Cancelled? _____

INVESTIGATING     1. Dy. Of Br. M? Bride 3956
OFFICER(s)        Division W/P Central Sub        A  ✓
                  2. _____
                  Division _____

Vehicle Stored @ _____ Authority _____
Owner Notified by _____ Date _____ Time _____
Returned to Owner by _____ Date _____ Time _____

Detailed Report:

        see offense report.

_____

_____

_____

_____

_____

_____

_____

_____

Date of Report _11/4/81_    Approved by _Lt Story_ _11/6/81_  0730
                                              (Commanding Officer)

## FOR OFFICE USE ONLY

| | |
|---|---|
| Received by_____ Typed by _____ | Type _____ F.P. Jacket _____ Juv. Div. _____ |
| Stamped by_____ Corrected by _____ | Det. Div. _____ D. A.'s Office _____ |
| Checked by_____ Distributed by _____ | Auto Theft _____ Coroner _____ |
| Coded by_____ Filed by _____ | City Court _____ Other _____ , Specify _____ |

LBPP.0116




CONTINUATION SHEET

DATE  11-7-81                                    FILE NO.  81-25731

Follow-up investigation in response to an
Robbery. Comp. One Robert L. McKinney who resides
t 5655 Halsey drive.

Det. Wright received a phone call from Dy.
Norman Guerin of Gretna Sub-Station, that he
wanted a det. to check out a vehicle possibly tak-
n an armed Robbery. The vehicle was said to
be a 1973 Ford LTD blue in color, current Tenn.
license # 19-E950. This vehicle is said to be
located at Progress Road just off of Hwy. 19.

Det. Wright proceeded to this location
which was said to be 1450 Progress Road. The
person who called in to the Station Sub about
the vehicle was one Johnny Bill Bjorn 38 who
sides at 1450 Progress Rgt. ? " 19". Bell stated
that the vehicle had to be parked there
during the early morning hours on the 4th on
5th of this month. Bill states the vehicle
was not locked and the keys were dropped in
the grass near the vehicle.

Det's checked with communications and
found that the vehicle had been taken in an
armed Robbery of an individual on 11-4-81. Local
number #1347 was issued on that case. Det.
Wright checked for prints in the vehicle but
to no avail. Above item was cancelled. Dealer.

INVESTIGATING OFFICER(S)  Det. T. Wright = 216          CODE _____

PROVED _____                         DATE _____
              (COMMANDING OFFICER)

                                                        LBPP.0117

  

(2)

CONTINUATION SHEET

DATE: 11-7-81          FILE No. 81-25731

Wrecker Service was called out to tow the vehicle since the owner could not be found.

After having the vehicle towed, Det. Wright proceeded to 5655 Halary, in order to locate Robert L. McKinney. Upon his arrival, it was found that no one was at home. A note was left for Mr. McKinney. At approx. 15:30 hrs Mr. McKinney phoned communications. Det. Wright set up a interview with Mr. McKinney for the next day.

On 11-8-81 at 10:00 A.M. Mr. McKinney had a interview with McKinney. He states that a B/M who is described as 6'3" to 6'4" 170 lbs., robbed him at gun point. This subject was wearing a green colored jacket, blue jeans with brown belt, tan alligator cowboy boots. The weapon was a blue steel 38 caliber and was with hollow point bullets. The assailant was also medium brown complected, the mustache and medium afro (B/M).

The incident occurred in following: The victim was at the midnight shift in the american bank at north park shopping center, to plant ford. He had gotten $50.00 with the mail card, when he observed a B/M walking on the service road from a southwest direction. The subject was wearing the appropriate clothing and was then wearing a grey striped railroad cap.

INVESTIGATING OFFICER(S) Det. L. Wright #1686          CODE _____

APPROVED _____          DATE _____
(COMMANDING OFFICER)

LBPP.0118

  

**CONTINUATION SHEET**

DATE  11-7-81                    FILE No.  81-25731

as the victim walked out of the mint 34 building,
we observed this B/m subject pull the railroad cap
off and place a green stull cap on his head. The assailant
then pulled the cap over his face and opened the
fatigue jacket.

The assailant then walked up to the victim
with a 38 caliber revolver in hand, forced the victim
back into the mint 34 bldg. The assailant forced
the victim to utilize his mint card twice and
get $100.00. This was done 2 times, each time
for $50.00. As the assailant and victim were
in the bldg., a car drove up, it was occupied
by a female and her child, the vehicle was a
station wagon. The assailant at that time pull
the cap off from over his face partially, and told
the victim to be cool. Presently this lady saw
what was going on, and she drove away. The
victim was forced in his vehicle from the
drivers side, told to ride over to the passenger
side, and place his hands on the passenger
window. The assailant drove back around
to the swamp road and headed southwest
approximately one hundred yards down the road, the
assailant forced the victim out of the vehicle.
The assailant kept driving southwest. The assailant
did not say anything that would give det's

VESTIGATING OFFICER(S)  Well:  S. Wright #1686          CODE

PROVED _____          DATE _____
(COMMANDING OFFICER)

LBPP.0119



**CONTINUATION SHEET**

DATE  11-8-81          FILE No.  81- 25731

a clue to his identity. The victim was given
release for his vehicle. no further at this
time. L.W. #1686

note: The victim thinks he can identify the
assailant if he saw him again. L.W.

INVESTIGATING OFFICER(S) Det. L. Wright #686          CODE _____
APPROVED  Major B. O. Connor          DATE 11-10-81
(COMMANDING OFFICER)

# ARREST REPORT
## SHERIFF'S OFFICE
### EAST BATON ROUGE PARISH, LOUISIANA

| | (Information) | (For Office Use Only) |
|---|---|---|
| | File No. 81-15882 , 81-25731 | Tran. 002____ 004____ |
| TEMPT | Yes____ No X | 0 |
| ARGE(s) | Specify: 2 Ct's Armed Robbery | 03 07 01 |
| TE & TIME | Day of Week Wednesday | |
| | Month July | |
| | Day 14 | |
| | Year 1982 | |
| | Hour 0930 | 09-1 |
| CATION | Street Number 354 | 354 |
| | Street Name Lake Crest | 2357 |
| | Zone____ | 1A1 |
| CUSED | First Initial or Name John | |
| | Second Initial or Name Earl | |
| | Last Name Square | |
| | Suffix____ | |
| | First Name____ | |
| IAS | First Initial or Name____ | |
| | Second Initial or Name____ | |
| | Last Name____ | |
| | Suffix____ | |
| | First Name____ | |
| SIDENCE | Number & Street 354 Lake Crest | |
| | City & State Baton Rouge, La. | |
| CKET NO. | (To be filled in by R. & I. Division) | |
| TE OF BIRTH | Month July | |
| | Day 1 | |
| | Year 1958 | |
| ACE OF BIRTH | City & State New Orleans, La. | |
| SCRIPTION | Age 24 Race Black Sex Male | 24 2 1 |
| .C. | (To be filled in by R. & I. Division) | 1 |

.IED PRESS 32476

Date  7-14-82                    File No.  81-15882,81-25731

on John E. Square under city file #3811-82.

Taped statement from John E. Square will be placed in

evidence envelope #20296.


Sgt. Bobby Callendar/as


vestigating Officer(s)_____Code_____

pproved_____Date_____
                        ( COMMANDING OFFICER )

LBPP.0122

 

Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
CourtMinutes8-82-1291-83-10441-83-1045.pdf

**Description:**
Other: Court Minutes 8-82-129, 1-83-1044, 1-83-1045

Page 7
4-12-84

No. 8-82-90
State of Louisiana
vs
Ronald Jackson

Charge: Attempted Simple Burglary. Sentence (Contempt of Court fine) deferred until April 16, 1984; 9:00 a.m.  The accused was notified of said date in open Court. Cancel assignment date of April 13, 1984.

No. 4-84-322
State of Louisiana
vs
Joseph Avila

Charge: Simple Battery.  This matter came before the Court for arraignment pursuant to previous assignment.  The accused was present in Court in proper person; the State being represented by Ms. Brenda Creswell, Assistant District Attorney.

Upon being apprised of right to defense counsel, the Court appointed the Public Defender's Office to represent the accused in this matter.  Through counsel, the accused waived formal arraignment and the accused pled "not guilty".  Trial in this matter was assigned for July 26, 1984; 9:00 a.m.  The accused was notified of said date in open Court; notify all others of same.

No. 8-82-129
State of Louisiana
vs
John E. Square

Charge: Armed Robbery (Eleven Counts).  This matter came before the Court for a motion to suppress and assign a trial date previously filed herein and pursuant to previous assignment.  The accused was present in Court with counsel, Ms. Kathleen S. Richey of the Public Defender's Office; the State being represented by Mr. Jeff Hollingsworth, Assistant District Attorney.

The introduction of evidence was begun and halted.  Motion to Suppress in this matter was hereby withdrawn by defense counsel reserving the right to refile.

Through counsel, the accused informed the Court that he wished to withdraw his former plea of "not guilty" and "not guilty by reason on insanity and change his plea to "guilty".  Whereupon, the Court inquired of the accused if this was his wish.  Upon receiving an affirmative response from the accused, the Court ordered that he be sworn and that the reporter electronically and stenographically record voir dire examination of the accused relative to his understanding of the significance of the proposed plea.

The Court inquired into the age, occupation, education, physical health and mental health of the accused.

The Court further advised the accused of his right to counsel, to trial by jury, and the right to confront witnesses against him, the right to subpoena defense witnesses, the right to a public and speedy trial, and the right to compel the State to prove the guilt of the accused beyond a reasonable doubt.

The Court inquired of the State and the defense counsel whether there had been any plea bargain discussions between them.

The Court further inquired of the accused if any force, threats, promises, or inducements were offered or used in order to compel a "guilty" plea.

The accused was further advised of his priviledge against compulsory self-incrimination.

The Court then inquired of the accused if he had been previously convicted of any crimes which might possibly have an effect upon the sentence in this case.

In response to examination by the Court, the accused stated that he waived his right against self-incrimination, his right to trial by jury, and his right to confront and cross-examine his accusers and the witnesses against him.

The Court explained to the accused the nature of and the elements required to constitute the crime charged against him.  The Court further explained to the accused the maximum penalty assessable for the crime charged.

The Court being of the opinion that the accused has knowingly, voluntarily, and intelligently waived the above rights and further being of the opinion that the accused completely understands the nature of the charge against him as well as the possible penalty, then ruled that the plea was being made voluntarily, accepted the plea of "guilty" and ordered said plea to be recorded.

Through counsel, the accused informed the Court that he wished to waive his legal

Page 8
4-12-84

delays in sentencing and wished to be sentenced at this time. Whereupon, the Court sentenced the accused to be confined in the custody of the Louisiana Department of Corrections for a period of forty (40) years at hard labor on each count without benefit of probation, parole, or suspension of sentence; to run concurrently with #1-83-1044, and 1-83-1045 and concurrently with any other sentence that the accused is now serving.

The accused, through counsel, waived all appeal rights. The accused was remanded to the custody of Sheriff for processing.

Nos. 1-83-1044, & 1-83-1045
State of Louisiana
vs
John E. Square

Charges: Armed Robbery (Two Counts). These matters came before the Court for assignment of trial date and a motion to suppress previously filed herein and pursuant to previous assignment. The accused was present in Court with counsel, Ms. Kathleen S. Richey of the Public Defender's Office; the State being represented by Mr. Jeff Hollingsworth, Assistant District Attorney.

The introduction of evidence was begun and halted. Motion to Suppress was hereby withdrawn by defense counsel reserving the right to refile.

Through counsel, the accused informed the Court that he wished to withdraw his former pleas of "not guilty" and change his pleas to "guilty". Whereupon, the Court inquired of the accused if this was his wish. Upon receiving an affirmative response from the accused, the Court ordered that he be sworn and that the reporter electronically and stenographically record voir dire examination of the accused relative to his understanding of the significance of the proposed plea.

The Court inquired into the age, occupation, education, physical health and mental health of the accused.

The Court further advised the accused of his right to counsel, to trial by jury, and the right to confront witnesses against him, the right to subpoena defense witnesses, the right to a public and speedy trial, and the right to compel the State to prove the guilt of the accused beyond a reasonable doubt.

The Court inquired of the State and the defense counsel whether there had been any plea bargain discussions between them.

The Court further inquired of the accused if any force, threats, promises, or inducements were offered or used in order to compel a "guilty" plea.

The accused was further advised of his priviledge against compulsory self-incrimination.

The Court then inquired of the accused if he had been previously convicted of any crimes which might possibly have an effect upon the sentence in this case.

In response to examination by the Court, the accused stated that he waived his right against self-incrimination, his right to trial by jury, and his right to confront and cross-examine his accusers and the witnesses against him.

The Court explained to the accused the nature of and the elements required to constitute the crime charged against him. The Court further explained to the accused the maximum penalty assessable for the crime charged.

The Court being of the opinion that the accused has knowingly, voluntarily, and intelligently waived the above rights and further being of the opinion that the accused completely understands the nature of the charge against him as well as the possible penalty, then ruled that the plea was being made voluntarily, accepted the plea of "guilty" and ordered said plea to be recorded.

Through counsel, the accused informed the Court that he wished to waive his legal delays in sentencing and wished to be sentenced at this time. Whereupon, the Court sentenced the accused to be confined in the custody of the Louisiana Department of Corrections for a period of forty (40) years at hard labor on each count without benefit of probation, parole, or suspension of sentence; to run concurrently with each other and concurrently with #8-82-129, and concurrently with any other sentence that the accused is now serving.

The accused, through counsel, waived all appeal rights. The accused was remanded to the custody of the Sheriff for processing.



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
BilloflnformationEBR8-82-129.pdf

**Description:**
Other: Bill of Information EBR#8-82-129

THE NINETEENTH JUDICIAL DISTRICT COURT
FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

STATE OF LOUISIANA

VERSUS

Filed _____ 8|4 _____, 198__

_____ Deputy Clerk

JOHN EARL SQUARE   (B/M  DOB:  7-1-58)

354 Lake Crest Avenue

Baton Rouge, Louisiana
DOA:  7-14-82
DA FILE NO.  5175-3-072

No.  8-82-120     SEC.  III

**BILL OF INFORMATION**

Armed Robbery (eleven counts)
(Offense)(s)

Surety:  Parish Prison
Address:
Agency File No. 2032; 3350; 3811; 3806; 14041;
15551; 40582; 47031; 47102; 47101, and 49496

OSSIE BROWN, DISTRICT ATTORNEY for the Nineteenth Judicial District, Parish of East
Baton Rouge, State of Louisiana, charges that_____ John Earl Square

between January 8, and July 9, 1982

committed the offense (s) of Armed Robbery (Eleven Counts) (felonies)

violating Louisiana Revised Statutes __14:64_____, in that

Count 1:  On or about January 8, 1982, John Earl Square, while armed with a dangerous
weapon, robbed Dennis White,

Count 2:  On or about January 15, 1982, John Earl Square, while armed with a dangerous
weapon, robbed Sam Coniglio,

Count 3:  On or about January 16, 1982, John Earl Square, while armed with a dangerous weapon,
robbed Deepak Agarwal,

Count 4:  On or about January 16, 1982, John Earl Square, while armed with a dangerous
weapon, robbed Doug Grapp,

Count 5:  On or about February 26, 1982, John Earl Square, while armed with a dangerous
weapon, robbed Alice Nickens,

Count 6:  On or about March 4, 1982, John Earl Square, while armed with a dangerous
weapon, robbed Timothy Wilkes and Alexander Rines,

Count 7:  On or about June 10, 1982, John Earl Square, while armed with a dangerous
weapon, robbed Stuart Holloway,

Count 8:  On or about June 30, 1982, John Earl Square, while armed with a dangerous
weapon, robbed Sadie Gremillion,

Count 9:  On or about July 1, 1982, John Earl Square, while armed with a dangerous
weapon, robbed Wanda Davis,

CERTIFIED
TRUE COPY
APR 17 1984
ORIGINAL - DEPUTY CLERK



Page TWO        Eleven Counts Armed Robbery
                              (Offense)(s)

J 8 0 0 9 2    0 5 8 1

John Earl Square
                        (defendant)

_____
                        (defendant)

_____
                        (defendant)

Count 10:  On or about July 1, 1982, John Earl Square, while armed with
a dangerous weapon, robbed Robert Lartigue, and

Count 11:  On or about July 9, 1982, John Earl Square, while armed with
a dangerous weapon, robbed Michael Rogers,

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

CERTIFIED
TRUE COPY
APR 17 1984
PBC:js   BY DEPUTY CLERK

OSSIE BROWN, DISTRICT ATTORNEY

By:  OSSIE BROWN
District Attorney
Nineteenth Judicial District of Louisiana



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
BillofInformationEBR1-83-1045.pdf

**Description:**
Other: Bill of Information EBR#1-83-1045

THE NINETEENTH JUDICIAL DISTRICT COURT
FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

**STATE OF LOUISIANA**

**VERSUS**

Filed _____

_JOHN EARL SQUARE, B/M, DOB: 7-1-58_

_354 BON CREST_

_BATON ROUGE, LA_

_DOA:  7-14-82_

NO. __1-83-1045__ SEC. __IV__

| BILL OF INFORMATION |
|---|
| _ARMED ROBBERY_ |
| (Offense)(s) |

Surety: _PARISH PRISON_
Address: _____
Agency File No. _EBRSO  81-15882_
DA#: _6023-4-093_

OSSIE BROWN, DISTRICT ATTORNEY for the Nineteenth Judicial District, Parish of East

Baton Rouge, State of Louisiana, charges that _____ _JOHN EARL SQUARE_ _____

on or about the ____ _NINTH_ ____ _(9TH)_ ____ day of ____ _JULY_ ____ 19_81_

committed the offense (s) of ____ _ARMED ROBBERY_ ____ _( FELONY )_

violating Louisiana Revised Statutes ____ _14:64_ ____, in that

_John Earl Square, while armed with a dangerous weapon, robbed Sandy D'Avy,_

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

_PBC/kk_
_1-20-83_

CERTIFIED
TRUE COPY

APR 17 1984

BY _____
DEPUTY CLERK

OSSIE BROWN, DISTRICT ATTORNEY

By: _PREMELA B. CHUMBLEY_
Assistant District Attorney
Nineteenth Judicial District of Louisiana



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Supervision Condition

**Filename:**
BillofInformationEBR1-83-1044.pdf

**Description:**
Other: Bill of Information EBR#1-83-1044

THE NINETEENTH JUDICIAL DISTRICT COURT
FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

STATE OF LOUISIANA

VERSUS

Filed_____

_____
Deputy Clerk

JOHN EARL SQUARE, B/M, DOB: 7-1-58

354  BON CREST

BATON ROUGE, LA

DOA:  7-14-82

NO._____1-83-1044_____ SEC.___IV___

**BILL OF INFORMATION**

ARMED ROBBERY
                    (Offense)(s)

Surety.___PARISH PRISON___
Address:_____
Agency File No. EBRSO  81-25721
DA#:  6029-4-092

OSSIE BROWN, DISTRICT ATTORNEY for the Nineteenth Judicial District, Parish of East

Baton Rouge, State of Louisiana, charges that_____JOHN EARL SQUARE_____

_____

_____

on or about the _____FOURTH___ (4TH)_____ day of ___NOVEMBER_____, 19_81___,

committed the offense (s)  of ___ARMED ROBBERY___ (FELONY)_____.

violating Louisiana Revised Statutes _____14:64_____, in that

John Earl Square, while armed with a dangerous weapon, robbed Bob McKinney,

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

PBC/kk
1-20-83

OSSIE BROWN, DISTRICT ATTORNEY

By:  PREMELA B. CRUMBLEY
Assistant District Attorney
Nineteenth Judicial District of Louisiana

LBPP.0132



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Transfer Application

**Filename:**
Application.pdf

**Description:**
Offender's Application

*** INTERSTATE COMPACT OFFENDER APPLICATION ***



# Interstate Commission for Adult Offender Supervision
## OFFENDER'S APPLICATION FOR INTERSTATE COMPACT TRANSFER

### SECTION 1: STATE INFORMATION

| To: CALIFORNIA | Date: 03 26 2018 | Phone #: 225-922-0327 |
|---|---|---|
| From: LOUISIANA | | Fax #: 225-922-2072 |

### SECTION 2: OFFENDER INFORMATION

| Offender's full name (Last, First, MI): SQUARE, JOHN E | Offender number: 112000 |
|---|---|
| | Sending State #: Receiving State #: |

AKA:

| SS# (if available): | FBI# (if available): 179834AA5 | Sex: MALE | Race: BLACK | DOB: 07/01/1958 |
|---|---|---|---|---|

I, JOHN SQUARE , am applying for transfer of my parole/probation/other supervision from LOUISIANA (sending state) to CALIFORNIA (receiving state). I understand that this transfer of supervision will be subject to the rules of the Interstate Commission for Adult Offender Supervision.

I understand that my supervision in another state may be different than the supervision I would be subject to in this state, and that the receiving state will determine the manner in which I will be supervised. I agree to accept any differences that may exist because I believe that transferring my supervision to CALIFORNIA (receiving state) will improve my chances for making a good adjustment in the community. I FULLY UNDERSTAND AND ACKNOWLEDGE ALL OF THE ABOVE CONDITIONS AND FREELY AND KNOWINGLY WAIVE ANY CHALLENGE TO THESE REQUIREMENTS OF TRANSFER, INCLUDING THE CONDITIONS OF SUPERVISION IN THE STATE TO WHICH I REQUEST TRANSFER. In doing so I respectfully request the authorities to whom this application is made to consider my request for transfer of supervision.

In support of my application for transfer, I make the following statements:
1. If I am allowed to transfer my supervision to CALIFORNIA (receiving state), I plan to live with CARLITA SQUARE (WIFE) at (full address/telephone #) 6545 SEINE CT. HIGHLAND, CA 92346, 909-647-8302 until I am allowed by the supervising authorities to change my residence.
2. I will comply with the terms and conditions of my supervision that have been placed on me, or that will be placed on me by LOUISIANA (sending state) and CALIFORNIA (receiving state).
3. I understand that if I do not comply with all the terms and conditions that the sending state or the receiving state, or both, placed on me, that it will be considered a violation and there may be consequences including return to the sending state.
4. I agree to the release of any drug or alcohol treatment information from LOUISIANA (sending state) to any authorized person in CALIFORNIA (receiving state) for the purpose of transferring my supervision. This consent remains in effect from this date 03 26 2018 (today's date) until I revoke this consent.
5. I agree to return to LOUISIANA (sending state) at any time I am directed to by the sending state or the receiving state. I know that I may have a constitutional right to insist that the sending state extradite me from the receiving state or any other state where I may be found. This is commonly called the right to extradition. But I also understand and acknowledge that I have agreed to return to the sending state when ordered to do so either by the sending or receiving state. Therefore, I agree that I will not resist or fight any state to return me to the sending state and I AGREE TO WAIVE ANY RIGHT I MAY HAVE TO EXTRADITION. I WAIVE THIS RIGHT FREELY, VOLUNTARILY AND INTELLIGENTLY.

Offender's signature: _John E. Square_ Date: 3/26/2018

Printed name: _John E. Square_

Witness: _Patrice Tolfert_ Date: 3/26/2018

Printed name: _Patrice Tolfert_

*** SOURCE: http://www.interstatecompact.org/Tools/InterstateForms.aspx ***



Offender Name: John Square
Offender #: 153299
Compact Case #: 1192259
Document Name: Psi Report

**Filename:**
PSI.pdf

**Description:**
PSI

LBPP.0135

 

# STATE OF LOUISIANA

## DIVISION OF PROBATION & PAROLE

### Baton Rouge

CONFIDENTIAL

PRE-PAROLE INVESTIGATION REPORT - REGION III

DOCKET:                          10/24/03

RECORDED NAME:                   John Square

TRUE NAME:                       John Earl Square

DOC NUMBER:                      102098

SID NUMBER:                      000903954

RACE & SEX:                      Black/Male

DOB & AGE:                       07/01/1958

OFFENDER CLASS:                  Second Felony Offender

OFFENSE(S):                      Armed Robbery-13 counts

SENTENCING DATE(S):              4-12-1984

SENTENCE:                        EBR# 1-83-1044( Armed robbery ) &
                                 1-83-1045( Armed robbery ), 40 years at hard
                                 labor, each count without benefit of
                                 probation, parole or suspension of sentence;
                                 to run concurrently with each other and
                                 concurrently with EBR# 8-82-129.
                                 EBR# 8-82-129( Armed robbery- 11 counts ),
                                 40 years at hard labor on each count without
                                 benefit of probation, parole, or suspension of
                                 sentence; to run concurrently with EBR#
                                 1-83-1044 and EBR# 1-83-1045 and
                                 concurrently with any other sentence that the
                                 accused was serving.

PARISH(ES) OF CONVICTION:        East Baton Rouge

PAROLE DATE:                     7-1-2003

GOOD TIME DATE:                  Not eligible



Re: SQUARE, John
DOC # 102098
Page 2

**FULL TERM DATE:**          7-12-2022

**DATE PREPARED:**          10-1-2003

LBPP.0137

Re: SQUARE, John
DOC # 102098
Page 3

## I. PRESENT OFFENSE (S):

### A. Official Statement:

Under EBR # 8-82-129, Ossie Brown, District Attorney for the Nineteenth Judicial District, Parish of East Baton Rouge, State of Louisiana, charges that John Earl Square between January 8, and July 9, 1982 committed the offense(s) of Armed Robbery (Eleven Counts) (Felonies) violating Louisiana Revised Statutes 14:64, in that

Count 1: On or about January 8, 1982, John Earl Square, while armed with a dangerous weapon, robbed Dennis White,

Count 2: On or about January 15, 1982, John Earl Square, while armed with a dangerous weapon, robbed Sam Coniglio

Count 3: On or about January 16, 1982, John Earl Square, while armed with a dangerous weapon, robbed Deepak Agarwal,

Count 4: On or about January 16, 1982, John Earl Square, while armed with a dangerous weapon, robbed Doug Grapp,

Count 5: On or about February 26, 1982, John Earl Square, while armed with a dangerous weapon, robbed Alice Nickens,

Count 6: On or about March 4, 1982, John Earl Square, while armed with a dangerous weapon, robbed Timothy Wilkes and Alexander Rines,

Count 7: On or about June 10, 1982, John Earl Square, while armed with a dangerous weapon, robbed Stuart Holloway,

Count 8: On or about June 30, 1982, John Earl Square, while armed with a dangerous weapon, robbed Sadie Gremillion,

Count 9: On or about July 1, 1982, John Earl Square, while armed with a dangerous weapon, robbed Wanda Davis,

Count 10: On or about July 1, 1982, John Earl Square, while armed with a dangerous weapon, robbed Robert Lartigue, and

Count 11: On or about July 9, 1982, John Earl Square, while armed with a dangerous weapon, robbed Michael Rogers,

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Under EBR # 8-82-129, on 04/12/94, the subject appeared in court for a motion to suppress and assign a trial date pursuant to previous assignment. At that time, the subject advised the court that he wished to withdraw his former plea of not guilty and

 

Re: SQUARE, John
DOC # 102098
Page 4

not guilty by reason of insanity and change his plea to guilty. After examination by the court, the subject's guilty plea was accepted. Through counsel the subject waived delays in sentencing and was sentenced at that time. The subject was ordered confined in the custody of the Louisiana Department of Corrections for a period of forty (40) years at hard labor on each count, without benefit of probation, parole or suspension of sentence; to run concurrently with EBR # 1-83-1044 and 1-83-1045, and concurrently with any other sentence that the subject was then serving.

Under EBR # 1-83-1044, Ossie Brown, District Attorney for the Nineteenth Judicial District, Parish of East Baton Rouge, State of Louisiana, charges that John Earl Square on or about the Fourth (4th) day of November, 1981, committed the offense(s) of Armed Robbery (felony) violating Louisiana Revised Statues 14:64, in that John Earl Square, while armed with a dangerous weapon, robbed Bob McKinney, contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Under EBR # 1-83-1045, Ossie Brown, District Attorney for the Nineteenth Judicial District, Parish of East Baton Rouge, State of Louisiana, charges that John Earl Square on or about the Ninth (9th) day of July, 1981, committed the offense(s) of Armed Robbery (felony) violating Louisiana Revised Statutes 14:64, in that John Earl Square, while armed with a dangerous weapon, robbed Sandy D'Avy, contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Under EBR # 1-83-1044 and # 1-83-1045, on 04/12/94, the subject appeared in court for assignment of trial date and motion to suppress. At that time the subject advised the court that he wished to withdraw his former plea of not guilty and not guilty by reason of insanity and change his plea to guilty. After examination by the court, the subject's guilty pleas were accepted. Through counsel the subject waived delays in sentencing and was sentenced at that time. The subject was ordered to be confined in the custody of the Louisiana Department of Corrections for a period of forty (40) years at hard labor on each count without benefit of probation, parole, or suspension of sentence; to run concurrently with each other and concurrently with EBR # 8-82-129 and concurrently with any other sentence that the subject was then serving.

Police reports from the Baton Rouge City Police and from the East Baton Rouge Parish Sheriff's Office indicate that during the times mentioned in the Bill of Information, the subject, because he was heavily involved with cocaine, robbed numerous hotels, convenience stores and a bank in the Baton Rouge area to support his habit.

## B. Offender's Statement:

The subject is not available locally for interview purposes. The following statement is taken from a Clemency Investigation, completed by our office on 05/05/00.

"On 02/15/00, the subject was interviewed at the Louisiana State Police Barracks. He stated that he has been incarcerated for eighteen (18) years and has tried to turn his life around by counseling inmates about the negative effects of drugs and prison. He stated that he wishes to be released earlier than March of 2003 so he can be united with his wife of nine years and work off-shore."

 

Re: SQUARE, John
DOC # 102098
Page 5

## C. Complainant's Statement :

The victim under EBR # 1-84-1044 is listed as Bob McKinney. The last known phone number for Mr. McKinney was (423)585-5405. The last known address for Mr. McKinney was Morris Town, TN. On 08/29/03, our office called the phone number and left a message asking Mr. McKinney to contact us regarding this investigation. This number has been called on several other occasions by this office and we have not been able to establish contact with Mr. McKinney.

The following statement was given by Mr. McKinney during the Clemency Investigation completed by our office on 10/16/92.

"Mr. McKinney was contacted on 10/14/92, and he advised he was definitely opposed to any reductions in the subject's sentence. Mr. McKinney advised he had only been in Baton Rouge for a couple of months when the subject robbed him and took his car . Mr. McKinney stated he feels the subject is too dangerous to be released and would probably do the same thing again, if he had the opportunity ."

The victim under EBR # 1-83-1045 was Fidelity National Bank. Fidelity Bank is no longer in business.

There are eleven (11) counts of Armed Robbery under EBR # 8-82-129.

Under Count 1 the victim is listed as Dennis White, who was an employee of Burger King # 1257, located at 2192 South Sherwood Forest Boulevard, Baton Rouge, Louisiana, 70816 (225)272-1270. On 09/09/03, our office contacted the on duty manager at Burger King #1257. He referred us to the Regional Director, Mahendra Mohda (225)752-4728. On 09/11/03, Mr. Mohda indicated that since this offense occurred so long ago that he would have no comment.

The victim under Count 2 is listed as Sam Coniglio, who was an employee of the Oak Manor Motel, located at 8181 Airline Highway in Baton Rouge, Louisiana. That motel is no longer in business and information gathered during the Clemency Investigation done by our office in May of 2000, indicates that Mr. Coniglio is deceased.

The victim under Count 3 was listed as Deepak Agarwal, who was an employee of the Prince Murat Inn, formally located at 1480 Nicholson Drive in Baton Rouge, Louisiana. This business no longer exist. Attempts to locate Mr. Agarwal have been unsuccessful.

The victim under Count 4 was listed as Doug Grapp who was an employee of the Best Western Inn, located at 10920 Mead Road, Baton Rouge, Louisiana. This business no longer exists. Our office has not been able to locate Mr. Grapp.

The victim under Count 5 was Alice Nickens who worked at the Stop-N-Go, formerly located at 5707 Quida Mae Drive, Baton Rouge, Louisiana. This business no longer exists. Attempts to contact Ms. Nickens have been fruitless.

There were two victims under Count 6, Timothy Wilkes and Alexander Rines who both

 

Re: SQUARE, John
DOC # 102098
Page 6

worked for the Bellemont Motor Hotel, located at 7370 Airline Highway, Baton Rouge, Louisiana 70805. On 10/01/03, our office spoke with Timothy Wilkes at (225)665-0226 (TNT Enterprises). Mr. Wilkes stated that he had to take antianxiety medication for several years after the Armed Robbery and that he was really shaken-up by it. Mr. Wilkes stated that due to the long amount of time that has passed since the robbery that he did not wish to give a statement. Attempts were made to contact Alexander Rines to no avail.

On 10/01/03, our office spoke with Alex Lewis, who was the owner of the Bellemont at the time the robbery occurred (225)924-4828. Mr Lewis now is employed at Patrician Management. Mr. Lewis stated he does not remember the incident particular since the hotel was robbed numerous times. Mr. Lewis indicated that he did not wish to make a statement regarding this investigation.

The victim under Count 7 is listed as Stuart Holloway, who was an employee of the Burger King # 211, located at 3100 Highland Road, Baton Rouge, Louisiana. On 09/11/03, our office contact store # 211's manager at (225)383-7511. We were again referred to Mr. Mohda (see comments from count 1).

The victim under Count 8 is Sadie Gremillion, who was an employee of the Travel Lodge motel, formally located at 427 Lafayette Street, Baton Rouge, Louisiana. This business no longer exist. All efforts to contact Ms. Gremillion have proven unsuccessful.

The victim under Count 9 is Wanda Davis, who was an employee of the Road Way Inn, formally located at 2445 South Acadian Thruway, Baton Rouge, Louisiana. This business is also closed. Our office has had no success in finding Ms. Davis.

The victim under Count 10 is Robert Lartigue, who was an employee of the Monarch Inn, formally located at 10920 Mead Road, Baton Rouge, Louisiana. This business no longer exist. On 10/01/03, our office contacted Mr. Robert (Bob) Lartigue, at his residence (225)261-3717, 10655 Hooper Road, Baton Rouge, Louisiana. Mr. Lartigue stated that he feels the subject should remain incarcerated for the full forty (40) years, as the sentencing judge intended.

The victim under Count 11 is Michael Rogers who was the owner of Ray Rogers Auto Parts, formally located at 5858 Greenwell Springs Road, Baton Rouge, Louisiana. This business no longer exist.

On 10/01/03, our office attempted to contact Michael or Barbara Rogers at their listed phone of (225)766-5824, 1578 South Columbine Street, Baton Rouge, Louisiana, 70808. This officer tried to explain to Mrs. Barbara Rogers the nature of our call but she advised she was a senior citizen and had a fixed income and was really not interested in anything that we had and that she was really sorry about that and hung up on me.

## D. Additional Information :

It is noted for the board that the subject was initially arrested on 09/12/79 for the Armed Robbery of Fidelity National Bank. On 02/02/82, the subject was sentenced to the

LBPP.0141



Re: SQUARE, John
DOC # 102098
Page 7

Department of Corrections for a period of twenty-five years (25); however, an appeal was filed and the subject was apparently released on post conviction bond, as he committed all the instant offenses during the time that he was out on bond.

## II. CRIMINAL RECORD:

### A. Juvenile Record:

The juvenile record of this subject has been destroyed due to the age of the subject. During the completion of a Clemency Investigation by our office in May of 2000, it was found that the subject was arrested on 10/10/73 and charged with Burglary and Theft. On 10/16/73, he was counseled and warned. No other information was available.

B. Adult Record: Please refer to the attached Louisiana State Police Rap Sheet with dispositions noted.

On 11/01/75 the subject was arrested by the Baton Rouge City Police for the offense of Misdemeanor Theft. On 01/19/76, the subject was found not guilty.

On 09/28/76, the subject was arrested by the East Baton Rouge Parish Sheriff's Office and charged with Misdemeanor Theft. On 03/08/77, this charge was nolle prossed.

On 09/13/79, the subject was arrested by the East Baton Rouge Parish Sheriff's Office and charged with Armed Robbery of a Bank. The subject was billed with Armed Robbery under EBR # 10-79-111. On 08/28/81 the subject was found guilty of the charge of Armed Robbery. On 02/02/82, the subject was sentenced to twenty-five (25) years at hard labor. The subject appealed and the court granted a motion for post conviction bond and set bond at $100,000. As indicated earlier in the Additional Information section of this report, the subject committed all the instant offenses, while he was out on this bond.

On 03/13/80, the subject was arrested by the Baton Rouge City Police for contempt of court. No disposition could be found for this arrest.

On 07/14/82, the subject was arrested by the Baton Rouge City Police and charged with nineteen (19) counts of Armed Robbery and one (1) count of Attempted Armed Robbery. All this was consolidated under EBR # 1-83-1044, EBR # 1-83-1045, and EBR # 8-82-129, the instant offenses.

1. Pending Charges: None indicated.

2. Detainers: None indicated.

3. Probation or Parole Record:

Juvenile: None indicated.

Adult: None indicated.

LBPP.0142



Re: SQUARE, John
DOC # 102098
Page 8

C. Crimes Against the Person : On 09/13/79 the subject was arrested by the East Baton Rouge Parish Sheriff's Office and charged with Armed Robbery of a Bank. The subject was billed under EBR # 10-79-111 with Armed Robbery. On 08/28/81, the subject was found guilty of Armed Robbery and on 02/02/82, the subject was sentenced to twenty-five (25) years at hard labor. On 07/14/82, the subject was arrested by the Baton Rouge City Police and charged with nineteen (19) counts of Armed Robbery and one (1) count of Attempted Armed Robbery. This arrest is the instant offense.

## III. COMMUNITY ATTITUDE :
Opposed
A. Sentencing Judge : Leo P. Higginbotham was succeeded by Judge Michael Erwin, Nineteenth Judicial District Court.
Date Contacted : 08/29/03
Comments:
Fines and/or Court Costs :          ○ Yes ● No

Opposed
B. District Attorney : Doug Moreau, Nineteenth Judicial District Court
Date Contacted : 08/29/03
Comments: 13 counts of 14:64

Opposed
C. Sheriff: Colonel Michael Barnett, East Baton Rouge Sheriff's Office
Date Contacted: 08/29/03
Comments:

Opposed
D. Chief of Police : Deputy Chief John Cupit, Baton Rouge City Police
Date Contacted: 08/29/03
Comments:

E. Offender's Family : Carlita Square, wife
Date Contacted:
Comments:

F. Victim's Impact Statement :
Date Contacted:
Comments: Please refer to Complaintant's Statement.
Restitution:

## IV. RESIDENCE PLAN :

LBPP.0143

 

Re: SQUARE, John
DOC # 102098
Page 9

**Address:** Residence plan for the subject is in California and is being investigated through Interstate Compact.
**Contact Person:**
**Date of Contact:**

## V. EMPLOYMENT PLAN:

**Employer:**
**None submitted.**
**Date of Contact:**

## VI. COMMUNITY RESOURCES:

A. Mental Health

Baton Rouge District is served by the Baton Rouge Mental Health Center and the Margaret Dumas Health Center. Due to severe budget cuts over the past few years, these centers are no longer taking new patients.

B. Substance Abuse

Baton Rouge District is served by the Capital Area Center for addictive Disorders; however, due to severe budget cuts over the past few years, this service has been seriously reduced. Offenders often must wait 4 to 6 weeks to get their appointment and are only given group treatment after that.

C. Vocational Rehabilitation/GED

Baton Rouge District has both vocational rehabilitation and GED resources.

D. Alcoholics Anonymous/Narcotics Anonymous

Baton Rouge District has numerous meeting places and times throughout this area for both of these organizations.

E. Community Service

Baton Rouge District has limited community service resources.

F. Other

None.

VII.   **SOCIAL HISTORY:**

 

The subject is not available for the gathering of social history for this investigation. The following social history information was obtained during a Clemency Investigation completed by our office in May of 2000.

"Mr. Square advised that he was one of three children born to the legal union of George and Georgie Square and that he grew up in Scotlandville and graduated from Scotlandville High School in 1976. The advised he was well taken care of and provided for and suffered no unusual illnesses or problems as a child. The subject advised he was employed with Georgia Pacific after graduating from high school. He indicated that he began using cocaine, associating with other drug users, and eventually was arrested on the instant offenses. The subject advised that his family members have never been in trouble and feels that drugs are responsible for his behavior. The subject indicated that he has three children from his marriage to Freda Williams from whom he is now divorced. The subject advised that while in prison, he took both Paralegal and Drug Counseling Courses. He stated he currently runs the State Dining Room in the Capital. He further advised he has been married to Carlita Square for nine (9) years. He stated if he is released early he would like to work off-shore or as a drug counselor."

## VIII.  RECOMMENDATION:

### A. Financial Resources Analysis and Supervision Fee and /or Restitution Payment Recommendation :

No restitution is requested by any of the known victims. Should the subject be granted the privilege of parole release our office believes he is capable and should be ordered to pay a parole supervision fee of $53.00 per month to help defray the cost of his supervision.

### B. Summary and Recommendation :

John Earl Square is a forty-five (45) years old, second felony offender, who is presently serving forty (40) years at hard labor without the benefit of probation, parole or suspension of sentence for the offenses of Armed Robbery - 13 counts.

Local law enforcement, the District Attorney's Office, and the presiding Judge are all opposed to the subject being granted parole release.

This subject was found guilty under EBR # 10-79-111 of Armed Robbery and while awaiting his appeal of a twenty-five (25) year sentence, he obtained post conviction bond and committed all of the instant offenses.

In the view of this office, the subject was given a tremendous break when he was allowed to plea guilty under three different EBR #'s and receive a rather lenient sentence of forty (40) years in the Department of Corrections with out benefit of probation, parole, or suspension of sentence.

Through this subject's actions, he exposed himself to the possibility of nineteen counts of ninety-nine (99) years of incarceration.

 

Re: SQUARE, John
DOC # 102098
Page 11

Our office and several of the victims that we were able to contact after this lengthy
period of time, are all in agreement that this subject should remain incarcerated until his
good time parole supervision date due to the vast number of Armed Robberies
committed by the subject.

Respectfully submitted,

James P. Patin
DISTRICT ADMINISTRATOR

Thomas Eskola
Probation & Parole Officer

JPP:TPE:km
10/03/03

 

JOHN BEL EDWARDS
Governor

# State of Louisiana
Board of Pardons and Parole

04/03/2018

**TO:**     Baton Rouge District

**FROM:**   PAROLE BOARD

**RE:**     John Earl Square
            DOC #102098

Based on your report, the Board has voted to:

Recall the warrant of 03/06/2018.

Respectfully,

Parole Board

Cc:

Post Office Box #4324 • Baton Rouge, Louisiana 70821-9324 • www.doc.la.gov
**Pardon** — (225) 342-5421 • Fax (225) 342-2289  **Parole** — (225) 342-6622 • Fax (225) 342-3721
An Equal Opportunity Employer

FROM: ?225-922-0389

?225-922-0389     # 1/ 3

EL EDWARDS
overnor



JAMES M. Le BLANC
Secretary

State of Louisiana
Department of Public Safety and Corrections
Division of Probation and Parole

Baton Rouge
**ACTIVITY REPORT**

NAn Earl Square
DC098
Sp Case: Yes

DATE: 03/26/2018
Case Type: Good Time
Offender Class: third

Whilned:

Date of Parole Warrant:
03/06/2018

When Detained:

1.  FUT OFFENSE:

    r Sex Offense:  ☐ Yes ☐ No

    Paroled: 12/12/2017     Compliance Date  Expiration Date: 01/12/2027

2.  ATIONS CHARGED:

| CONDI | | | |
|---|---|---|---|
| | PLEA | | PROBABLE CAUSE FOUND |

3.

4.  ROMMENDATION: (Certification is made that all recommendation options have been
carefully eated in accordance with established criteria.)

    Re Warrant.

5.  JUSTIFICTION  Please refer to the Activity Report dated 02/28/2018 where we requested a flashed warrant.
This is to ade the subject reported to Baton Rouge District this date and was signed up on supervision and
signed the cect ICOTS paper work to have his case possibly transferred to California. At this time we are
requesting ththe warrant be recalled, we have also faxed the cancel flash.

Signed: _____

John Cox
Probation & Parole Officer

Approved: *Coris S. Woods*

Corlis Woods
Probation & Parole Supervisor

MAR 27 2018

LBPP.0148

## FAX FLASH CANCELLATION REQUEST
### Direct to 225-342-0211

Date:   03/26/2018

Name:   John . Square        R/S:  Black/Male      DOB:  07/01/1958

DOC #: 102098

DKT#:

On  we requested that the above case be flashed and we  received a copy of the Flash Notice.

Please Cancel the NCIC Flash for the following reason:

    WARRANT EXECUTED

       A.     DATE ARRESTED:

       B.     ARRESTING AGENCY:

       C.     NAME OF JAIL FACILITY:
           (1)    In Custody
           (2)    On Bond
           (3)    Pending Charges

✗ WARRANT VACATED/RECALLED (No Longer Wanted) ✗

DATE WARRANT RECALLED: 03/06/2018
NOTE:  NCIC Flashes are to be canceled within twenty-four (24) hours of the date of apprehension, or of
the date the warrant was vacated or recalled.  If over twenty-four (24) hours have elapsed, explain why:
(i.e., Arrested over the weekend, etc.)

Signed:  _____        District:  Baton Rouge

Probation & Parole Officer

LBPP.0149

```
Reference: Unknown
Msg ID    :
Msg Key   : CW
Date/Time: 20180327155314
Ent Agy   :
Requester:
User      :
ORI       :
Source    : NCIC
Control   :
Summary   : NCIC Response

TXT: MSG 1362028B8E CJDOCP01 07DA7F NC2K      B67D23 20180327 15:53:14
LA017055G
CTL/
ATN/

1L011362028B8E3CW
LA017055G
CLEAR NAM/SQUARE, JOHN E OCA/LSP102098
TRACKING: 03/27/2018, 15:53:14
- MKE: CW
- Source: NCIC
- ISN: 0551004IZD
- REF: UNKNOWN
=======================================================================
```

LBPP.0150

BFD

5/26/18

Reported for Trial

(Case, Words & Faxed)

```
Reference: Unknown
Msg ID    :
Msg Key   : AM
Date/Time: 20180326113353
Ent Agy   :
Requester:
User      :
ORI       :
Source    : NLETS
Control   :
Summary   : NLETS Response

TXT: MSG 0082375377 CJDOCP01 07D9C7 NLETS    047866 20180326 11:33:53
LA017055G.
CTL/
ATN/

AM.WVFBINF00
09:33 03/26/2018 11262
09:33 03/26/2018 03566 LA017055G
*0082375377
TXT (LA017055G,LALSP0000}
*****REFERENCE ARREST IN BATON ROUGE, LA (ORI/LA017075G)*****
TO:   DPS CORR PROB PAR
      BATON ROUGE, LA
NCIC CJIS SYSTEMS OFFICE - FOR INFORMATION
CAUTION:   CAUTION-QUERY NCIC FOR REASON OF CAUTION
           AND POSSIBLE CROSS REFERENCE INFORMATION
***RECORD UPDATE IS DUE TO PROCESSING OF A NON-RECENT ARREST FINGERPRINT
CARD.   SUBJECT MAY NO LONGER BE IN CUSTODY.***
ON 2018/03/26, ARREST FINGERPRINT CARD FOR SQUARE,JOHN
WITH DOB OF 07011958, DATE OF ARREST 03262018 AND LOCAL IDENTIFICATION
NUMBER LA903954 WAS IDENTIFIED WITH FBI/179834AA5. SUBJECT ARRESTED
BY DOC-PROB/PAR-DST OFF (ORI/LA017075G), BATON ROUGE. OUR
RECORDS INDICATE YOUR AGENCY HAS AN ACTIVE WANT FOR THIS INDIVIDUAL
AS SQUARE,JOHN, CASE NUMBER LSP102098, ENTERED
IN NCIC (NIC/W613328639).   SUBJECT'S IDENTIFICATION RECORD,
INCLUDING CURRENT ARREST INFORMATION, IS AVAILABLE VIA THE
INTERSTATE IDENTIFICATION INDEX.   FOLLOW-UP ACTION BY YOU WITH
THE ARRESTING AGENCY MAY BE APPROPRIATE.

FBI CJIS DIVISION
CLARKSBURG, WV
TRACKING: 03/26/2018, 11:33:53
- MKE: AM
- Source: NLETS
- ISN: 0550002WBJ
- REF: UNKNOWN
=================================================================
```

LBPP.0151



EW-C

DIST: BRD    DOC: 102098    NCIC#:W 613328639

DATE ENTERED: 3-13-18    ENTERED BY: ED    ORI# LA017055G

OCA: 102098    DOW: 20180306 OFF:5011    ORG OFF: 1299    CAUTION:05

NAME: Square    John    E.
LAST    FIRST    MIDDLE

SEX: M    RAC: B    HGT: 602    WGT: 357    HAR: Blk    EYES: Bro    SKN: Brk

DOB: 19580701    POB: LA.    SMT: tat L wrist

SSN: ▓▓▓▓▓▓▓    MNU:OA-LA 903954

FBI: 179834 AA5    FPC: PO POPM POPO PIal 202317

OLN: 8105395    OLS: LA.    OLY: 2021

AFT HRS/WKN CONTACT LA024025C ORG CHG Armed Robbery 13 dr,

poss marijuana
WILL EXTRADITE

AKA:
1. Square, John    7. _____
2. Square, John Earl    8. _____
3. _____    9. _____
4. _____    10. _____
5. _____    11. _____
6. _____    12. _____

DOB:

_____    _____    _____

SMT: tat L leg

_____

SOC:

_____    _____    _____

_____    _____    _____

OLN: _____    OLS: _____    OLY: _____
OLN: _____    OLS: _____    OLY: _____

LBPP.0152

```
Reference: Unknown
Msg ID   :
Msg Key  : ZW
Date/Time: 20180313091314
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NCIC
Control  :
Summary  : NCIC Response Hit

TXT: MSG 13620289E9 CJDOCP01 07D53B NC2K     AC1FSB 20180313 09:13:13
LA017055G
CTL/
ATN/STOUT

1L0113620289E92ZW
LA017055G

***MESSAGE KEY ZW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.
MKE/WANTED PERSON - CAUTION
CMC/05 - VIOLENT TENDENCIES
EXL/1 - FULL EXTRADITION
ORI/LA017055G NAM/SQUARE, JOHN E SEX/M RAC/B POB/LA
DOB/19580701 HGT/602 WGT/307 EYE/BRO HAI/BLK FBI/179834AA5
SKN/DRK SMT/TAT L WRS
FPC/P0P0PMP0P0PI21202317 MNU/0A-LA903954 SOC/
OLN/8705395 OLS/LA OLY/2021
OFF/PAROLE VIOLATION - SEE MIS
OOC/ROBBERY
DOW/20180306 OCA/LSP102098
NOA/N
MIS/AFT HRS/WKN CONTACT LA024025C ORG CHG ARMED ROBBERY 13 CTS, POSS MARIJUANA
MIS/WILL EXTRADITE
DNA/N
ORI IS DPS & CORR PROB & PAR OFF TERM 2 BATON ROUGE 225 342-6611
AKA/SQUARE, JOHN
AKA/SQUARE, JOHN EARL
SMT/TAT L LEG
NIC/W613328639 DTE/20180313 1011 EDT DLU/20180313 1012 EDT
TRACKING: 03/13/2018, 09:13:14
- MKE: ZW
- Source: NCIC
- ISN: 054N0022P4
- REF: UNKNOWN
==============================================================
```

LBPP.0153

```
Reference: Unknown
Msg ID    :
Msg Key   : EN
Date/Time: 20180313091259
Ent Agy   :
Requester:
User      :
ORI       :
Source    : NCIC
Control   :
Summary   : NCIC Response

TXT: MSG 13620289E8 CJDOCP01 07D539 NC2K      AC1F4E 20180313 09:12:58
LA017055G
CTL/
ATN/

1L0113620289E83EN
LA017055G
SUPP NAM/SQUARE, JOHN E OCA/LSP102098
TRACKING: 03/13/2018, 09:12:59
- MKE: EN
- Source: NCIC
- ISN: 054N0022NB
- REF: UNKNOWN
=================================================================
```

LBPP.0154

```
Reference: Unknown
Msg ID   :
Msg Key  : EW-C
Date/Time: 20180313091103
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NCIC
Control  :
Summary  : NCIC Response

TXT: MSG 13620289E7 CJDOCP01 07D537 NC2K     AC1EFD 20180313 09:11:02
LA017055G
CTL/
ATN/

1L0113620289E73EW-C
LA017055G
NAM/SQUARE, JOHN E NIC/W613328639
OCA/LSP102098
TRACKING: 03/13/2018, 09:11:03
- MKE: EW-C
- Source: NCIC
- ISN: 054N0022B6
- REF: UNKNOWN
=================================================================
```

LBPP.0155

Reference: Unknown
Msg ID   :
Msg Key  : QH
Date/Time: 20180312101201
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NCIC
Control  :
Summary  : NCIC Response

TXT: MSG 13620289BA CJDOCP01 07D49D NC2K    AB50C5 20180312 10:12:01
LA017055G
CTL/
ATN/STOUT

7L0113620289BA2QH
LA017055G
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/SQUARE,JOHN E SEX/M RAC/B DOB/19580701 PUR/C ATN/STOUT
NAME                              FBI NO.         INQUIRY DATE
SQUARE,JOHN EARL                  179834AA5       2018/03/12

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   B   1958/07/01  602    190    BRO  BRO  Y

BIRTH PLACE
LOUISIANA

FINGERPRINT CLASS      PATTERN CLASS
PO PO PM PO PO
PI 21 20 23 17

ALIAS NAMES
SQUARE,JOHN                        SQUARE,JOHN E

SCARS-MARKS-
TATTOOS        SOCIAL SECURITY
TAT L LEG      ████████████████
TAT L WRS

IDENTIFICATION DATA UPDATED 2015/09/28

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 LOUISIANA       - STATE ID/LA903954

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END
TRACKING: 03/12/2018, 10:12:01
- MKE: QH
- Source: NCIC
- ISN: 054M00257S
- REF: UNKNOWN
===================================================================

LBPP.0156

```
Reference: Unknown
Msg ID   :
Msg Key  : B6
Date/Time: 20180312101201
Ent Agy  :
Requester:
User     :
ORI      :
Source   : DMV
Control  :
Summary  : DMV Response

TXT: MSG 13620289BA CJDOCP01 07D499 DMV    72AA00 20180312 10:12:00
LA017055G.
CTL/
ATN/STOUT

B6.LA017055G.             .13620289BA.STOUT
CLS/I OLN/  8705395       DISC/03
SQUARE JOHN EARL
354 LAKECREST AVE
BATON ROUGE       70807
DOB 19580701 RAC/B SEX/M EYE/BRN WGT/205 HGT/602
RES/0,0,00   EXP 20210914 SSN

..VALID..
TRACKING: 03/12/2018, 10:12:01
- MKE: B6
- Source: DMV
- ISN: 054M00257H
- REF: UNKNOWN
==================================================================
```

LBPP.0157

```
Reference: Unknown
Msg ID    :
Msg Key   : QWA
Date/Time: 20180312101201
Ent Agy   :
Requester :
User      :
ORI       :
Source    : NCIC
Control   :
Summary   : NCIC Response

TXT: MSG 13620289BA CJDOCP01 07D49A NC2K      AB50C4 20180312 10:12:00
LA017055G
CTL/
ATN/STOUT

1L0113620289BA2QWA
LA017055G

NO NCIC WANT NAM/SQUARE, JOHN E D0B/19580701 RAC/B SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
TRACKING: 03/12/2018, 10:12:01
- MKE: QWA
- Source: NCIC
- ISN: 054M00257M
- REF: UNKNOWN
=============================================================
```

LBPP.0158

**JOHN BEL EDWARDS**
Governor

Issue Husba
Warrant

$\frac{GP}{3,618}$

E

**JAMES M. Le BLANC**
Secretary

State of Louisiana
Department of Public Safety and Corrections
Division of Probation and Parole

Baton Rouge
**ACTIVITY REPORT**

**RECEIVED**

**MAR 0 2 2018**

**PAROLE BOARD**

NAME: John Square
DOC #: 102098
Specialized Case: Yes

DATE: 02/28/2018
Case Type: Good Time
Offender Class: second

Where Detained:

Date of Parole Warrant:

When Detained:

RECEIVED

MAR 1 %

NCIC

1. PRESENT OFFENSE: Armed Robbery, Possession of Marijuana

   Prior Sex Offense: ☐ Yes ☒ No

   Date Paroled: 12/12/2017 ✓   Compliance Date  Expiration Date: 01/12/2027

2. VIOLATIONS CHARGED:

| CONDITION | PLEA | PROBABLE CAUSE FOUND |
|-----------|------|----------------------|
|           |      |                      |

3.

4. RECOMMENDATION: (Certification is made that all recommendation options have been carefully evaluated in accordance with established criteria.)

   Warrant  Flash? ● Yes ○ No    Absconded on or About: **12/19/2017**
   (If Yes, attach signed certificate, and photos & prints, if available)

5. JUSTIFICATION  The subejct was released on GTPS and returned to California without completing ICOTS transfer or intake. I made contact with the subejct on 1/26/18, and forwarded him a copy of the ICOTS agreement to be signed and returned. On 02/19/18, I spoke with the subejct regarding his returning the signed agreement. The subejct argued with me and advised he was having "his attorney" review the agreement. The subejct has left the state without permission and appears to be unwilling to cooperate. We would request that a warrant be issued for his arrest.

Signed:
John Cox
Probation & Parole Officer

Approved:
Corlis Woods
Probation & Parole Supervisor



Page 2

Re: John Square  102098                                                          Baton Rouge

6. BOARD ACTION REGARDING PREVIOUS VIOLATIONS:

| Date | Action | Conditions |
|------|--------|------------|
| If revoked under Technical Revocation during current period of supervision: Date of Warrant that resulted in Technical Revocation: Date Detained that resulted in Technical Revocation: | | |

## ** FOR HDQ USE ONLY **

HQ APPROVAL

NOTES:

## Recommendation by Probation & Parole

☐ **ISSUE WARRANT**
   ☐ **Flash**

☐ **RETURN TO SUPV**

☐ **RETURN FOR HEARING**

☐ **WAIVE FEES/FORGIVE ARREARAGES**

☐ **CONTINUE ON SUPERVISION**

☐ **CLOSE CASE/OFFENDER DECEASED**

☐ **PRELIMINARY HEARING DEFERRED**

☐ **RECALL WARRANT DATED:**

☐ **ALLOW BOND**

☐ **TERMINATE**
   ☐ **UNSAT**
   ☐ **SAT**

☐ **REPRIMAND**

☐ **SUSPEND SUPV per policy**

☐ **RESCIND**

☐ **REINSTATE ACTIVE SUPERVISION**

Page 3

Re: John  Square  102098

Baton Rouge

☐ TECHNICAL REVOCATION
   ☐ 15 days        ☐ 45 days
   ☐ 30 days        ☐ Until Expiration
   ☐ Other

CUSTODIAL TREATMENT:
   ☐ SHISAP
   ☐ LTCW
   ☐ CONCORDIA
   ☐ Other:

☐ Revocation
   ☐ FINAL HEARING WAIVED
   ☐ NEW FELONY CONVICTION - AUTOMATIC
   Sentencing Date:
      ☐ DORMAN CASE

☐ IN LIEU OF REVOCATION
   ☐ TWP          ☐ CONCORDIA
   ☐ DOC SAP      ☐ SHISAP

☐ ADD /☐ REMOVE /☐ MODIFY
CONDITIONS

☐ DELAY REVOCATION HEARING
   ☐ PENDING CHARGES
   ☐ ATTORNEY REQUEST

LBPP.0161

12/12/2017  18:34     31 878464           DWCC TRAIN RECLASST          PAGE 01/02

STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
BATON ROUGE, LOUISIANA
DIMINUTION OF SENTENCE

Know All Men By These Presents: That JOHN B SQUARE B/M 07/01/1958
DOC No 00102098 an offender in the OAS-WEST B R IN HOUSE WORK R is eligible to b
released by diminution of sentence in accordance with R.S. 15:571.5 and it is
ordered that the offender shall be released in the same manner as if on
parole on DECEMBER 12, 2017 .

Docket Number(s): EBR 1831044    EBR 1831045    JFD 15010    EBR 882129

and that said offender remain within the limits of BATON ROUGE DISTRICT Probation and
Parole Office until JANUARY 12, 2027 ; or until other action may be taken by the Committee
on Parole. Said offender shall report to:

Probation and Parole Office - Address          Residence - Address

        ADMINISTRATOR                              TO BE SECURED
        GERRI GARON
        2751 WOODDALE BLVD.; SUITE 400
        BATON ROUGE, LA.   70805
        (225) 922-0227

Be It Also Known, that this release is upon the condition that the said offender
has agreed to observe and perform each and all of the conditions and directives
shown below and on the back of this certificate, all of which are hereby made
and agreed to be conditions precedent to his/her release:

A. AA/NA meetings _____ per week          *************************************************
B. Mental health evaluation and treatment        Additional requirements applicable to
C. Substance abuse evaluation and treatment       sex offenders:
D. Pay restitution, Victim reparation            M. No Contact with minor children
E. Pay fines and/or costs of court               N. Comply with conditions of R.S. 15:542, et seq
F. No contact with victim(s) or victim family    O. Comply with conditions of R.S. 15:538, et seq
G. No contact with codefendant(s)                P. Comply with conditions of R.S. 15:574.4.3
H. GED, Vo-Tech, or other education plan          *************************************************
I. Comply with treatment plans recommended
J. Curfew 10 pm to 6 am
K. Electronic Monitoring
L. Comply with Conditions of R.S. 15:574.4.2     Q. Other:_____

                                                  The above named subject was released on
BRING THIS CERTIFICATE ON INITIAL                       DECEMBER 12, 2017
VISIT TO PROBATION AND PAROLE OFFICE

                                                  _____
                                                  WARDEN

                                                  ORIGINAL-HDQ

LBPP.0162

 

12/12/2017  18:34    318927  4          DWCC TRAIN/PR3  SST          PAGE  02/02

## STATEMENT OF GENERAL CONDITIONS UNDER WHICH DIMINUTION OF SENTENCE/PAROLE SUPERVISION IS GRANTED

This Certificate of Parole shall not become operative until the following conditions are agreed to by the offender.

1.   Upon release I will report no later than 48 hours to the Probation and Parole Office, Department of Public Safety & Corrections, which is listed on this Certificate.

2.   I will submit a monthly report by the fifth (5th) of every month until I complete my supervision. I will report to my Parole Officer when ordered to do so.

3.   I will live at the address on this Certificate. If I must move from this address, I will get permission from my Parole Officer before doing so. In addition, I will not leave the State of Louisiana without written permission from my Parole Officer.

4.   I will not engage in criminal activity, nor will I associate with people who are known to be involved in criminal activity. I will avoid bars and casinos. I will refrain from the illegal use of drugs or alcohol.

5.   I shall not have in my possession or control any firearms or dangerous weapons.

6.   I will work at a job approved by my Parole Officer. If I become unemployed, I will immediately report this to my Parole Officer.

7.   I will truthfully answer all questions directed to me by my Parole Officer.

8.   I will submit myself to available medical, mental health or substance abuse exams, treatment or both, when ordered to do so by my Parole Officer. Also, I will submit to drug and alcohol screens at my own expense.

9.   I agree to visits at my residence or place of employment by my Parole Officer at any time. I also agree to searches of my person, property, residence, and/or vehicle, when reasonable suspicion exists that I am or have been engaged in criminal activity.

10.   I will pay supervision fees in an amount set by the Louisiana Department of Public Safety & Corrections pursuant to Louisiana Revised Statutes. Payments are due on the first day of each month.

11.   I do hereby waive extradition to the State of Louisiana from any jurisdiction in or outside of the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Louisiana.

12.   I understand that should my parole be revoked for any reason, I will forfeit all good time earned and /or any additional credits earned, or that could have been earned on that portion of my sentence served prior to the granting of parole. I am to serve the remainder of my sentence as of the date of my release on parole.

I understand that if I am arrested while on parole, the Committee on Parole has the authority to place a detainer against me which will in effect prevent me from making bail pending disposition of any new charges. I understand all of the above conditions which have been read to me and I do solemnly promise and agree to conform to the above conditions. I understand that the Committee on Parole has authorized the imposition of Administrative Sanctions in accordance with La. R.S. 15:574.7. Additionally, I understand that under R.S. 15:574.4.2 the Committee on Parole may also require, either at the time of my release on parole or at any time while remain under parole, that I conform to any of the conditions of parole which are appropriate to the circumstances of my particular case.

DATED: 12/12/2017

WITNESSED: _____

Offender Signature _____

Offender DOC No.: 127098

 

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**

Last Name: SQUARE                First Name:  JOHN

DOC#:      102098              RACE /SEX:   Black / Male

Arrival Date: 03/30/2015      Height: 6' 2"      Weight: 282

*John Square*

LBPP.0164

SEP-08-2011 09:28 From: FF    3378212105    Met    P.12/21



LBPP.0165

SEP-08-2011 09:29 From: FF 3376212105 Mr U P.13/21

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

| | | | LA0270000 | LA0270000 |
| | 08/01/2011 | SO | |
| | | JENNINGS, LA | |

LA

| 6545 | SEINE COURT | | HIGHLAND | |

CTMCAR    04-01-2011.159-19.TOT.POSS OF NARC W/INT.E YEARS.CUSTODY OF COMMIT SLVE TO FBM
C/R

7-249 (Rev 6-11-03) 108 448/00048

LBPP.0166

Bobby Jindal
Governor



James M. Le Blanc
Secretary

**State of Louisiana**
**Department of Public Safety & Corrections**
**Louisiana Parole Board**

08/17/2011

John Square
DOC #102098
Lake Charles District

Dear John Square:

The Parole Board has reviewed the violation report advising that you have been convicted of a felony while on parole.

Your parole has been revoked as provided by law under R.S. 15:574.10. The revocation is for the remainder of your sentence as of the date of your release on parole. You will not be entitled to a revocation hearing as per State of Louisiana ex rel. Theda Bertrand vs. Hunt, 325 So. 2d 788 (La. 1976).

Sincerely,

C. A. Lowe, Jr.
Parole Board Chairman

Cc:     Sheriff's Office
        Jan Cole - PCC
        Date Made Available:

DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
DIVISION OF PROBATION & PAROLE
LAKE CHARLES DISTRICT OFFICE

VIOLATION REPORT

DATE: 08/09/2011

NAME: John Square   DOC #: 102098 Case Type: Parole

WHERE DETAINED: Jefferson Davis Parish Jail   DATE OF PAROLE WARRANT: 07/11/2011   WHEN DETAINED: 07/25/2011

TECHNICAL VIOLATOR:  ○ Yes ● No

1.    PAROLE SUMMARY: (Briefly describe subject's conduct on second page)

PRESENT OFFENSE: Armed Robbery, Armed Robbery, Armed Robbery
        Prior Sex Offense:  ☐ Yes ☒ No

Offender Class:  second Date Paroled: 11/03/2003        Expiration Date: 07/12/2022

Conduct while on parole: ○ Good ○ Fair ● Poor

2.    BOARD ACTION REGARDING PREVIOUS VIOLATIONS:

| Date | Action | Conditions |
|------|--------|------------|
| If revoked under ACT 402 during current period of supervision.<br>Date of Warrant that resulted in ACT 402 revocation:<br>Date Detained that resulted in ACT 402 revocation: | | |

3.    VIOLATIONS CHARGED:

| CONDITION<br>2,8,9 | PLEA<br>Refused to sign | PROBABLE CAUSE FOUND |
|--------------------|-------------------------|----------------------|

4.

5.    RECOMMENDATION: (Certification is made that all recommendation options have been carefully evaluated in accordance with established criteria.)

8/12/2011   ( New felony, automatic revocation (court documents attached).

Selected Recommendations must be justified on Page 2.

Signed: _____        Approved: _____
          Cecil R. Ashford                              Arthur O. Sneed, Jr.

RECEIVED

PAROLE BOARD



RE: John Square                    DOC # 102098

1.       Parole conduct (continuation from Page 1): John Square has violated the conditions of his parole in the following manner:

2. That I will remain within the limits fixed by the Certificate of Parole. If I have good cause to leave these limits, I will obtain written permission from the Parole Agent and the approval of the Division of Probation and Parole before doing so.

Upon his release to parole, Square was transferred to the State of California via Interstate Compact. As per a recent Compact Services Violation Report received by Louisiana, Square absconded supervision in California on or about 7/17/2011. He left the jurisdiction of the State of California as evidenced by his arrest of 7/23/2011 by the Jefferson Davis Parish Sheriff's Department on the charge of Possession of Marijuana (felony).

8. That I will live and remain at liberty and refrain from engaging in any type of criminal conduct.

Square has continued to engage in criminal activity as evidenced by his arrest of 7/23/2011 by the Jefferson Davis Parish Sheriff's Department on the charge of Possession of Marijuana (felony).

9. I agree to live and work at the places stated in my parole plan and will not change residence or employment until after I have permission to do so from the Parole Agent.

Square changed his residence on or about 7/15/2011 without permission from or reporting the change to the supervising officer.

5.       Recommendation Justification (continuation from Page 1): Square was served with a Notice of Preliminary Hearing on 7/27/2011 and refused to sign the document. Unbeknownst to this officer, Square entered a guilty plea on March 21, 2011 to the charge of Possession of Marijuana Over Sixty (60) Pounds But Less Than Two Thousand (2000) Pounds in the 31st Judicial District Court under docket JFD CR 190-10. On 8/01/2011 Square was sentenced in this matter to serve five (5) years at Hard Labor in the LA. Department of Corrections. This sentence is to be served without benefit of probation, parole or suspension of sentence with credit for time served. Please see attached certified copies of the Bill of Information and sentencing minutes. In light of the fact that Square was convicted of a new felony crime during the current period of parole supervision, this officer recommends an automatic revocation of parole.

 

Bobby Jindal
Governor

James M. Le Blanc
Secretary

# State of Louisiana
## Department of Public Safety & Corrections
### Division of Probation & Parole
## NOTICE OF PRELIMINARY HEARING

TO: John Square
DATE: 07/26/2011

DOC #: 102098
Docket Number(s): EBR #01-83-1044, EBR
#08-82-129, EBR #01-83-1045

### SECTION I

### RIGHTS OF THE PAROLEE

An alleged violator shall be afforded a preliminary hearing conducted by an independent hearing officer, to determine if there is probable cause to believe there has been a violation of the conditions of his parole.

The alleged violator shall be given written notice as to the time and place of the preliminary hearing and the specific violation(s) he/she is alleged to have committed.

The alleged violator shall have the right to be represented by retained counsel, to speak in his/her own behalf, and/or bring documents or individuals who can give relevant information to the hearing officer.

The offender shall have the right to cross-examine adverse witnesses unless the hearing officer determines that this would subject them to risk or harm.

If an alleged parole violator is indigent and unable to employ counsel, he/she has the right to request appointed counsel to represent him/her at the preliminary hearing. If such a request is made, the offender's eligibility for appointed counsel shall be made in compliance with the Supreme Court's guidelines.

The preliminary hearing will be held as soon as possible after the arrest and detention of an alleged violator. The preliminary hearing is for the resolution of factual, not legal issues. Legal issues may, of course, be dealt with in other forums.

Based on the information before him, the hearing officer should determine if there is probable cause to hold the offender for the final decision of the Parole Board on a revocation. The hearing officer shall make a summary, or digest indicating the reasons for his decision and the evidence on which it was based.

The alleged violator shall be given a written copy of the hearing officer's decision and a summary of the proceedings.

If held more than sixty (60) days on a violation detainer, the alleged violator has a right to a revocation hearing before the Parole Board on his written request.

### SECTION II

### BILL OF PARTICULARS

It is alleged that you have violated the conditions of your parole in the following manner:

2. That I will remain within the limits fixed by the Certificate of Parole. If I have good cause to leave these limits, I will obtain written permission from the Parole Agent and the approval of the Division of Probation and Parole before doing so.



Upon his release to parole, Square was transferred to the State of California via Interstate Compact. As per a recent Compact Services Violation Report received by Louisiana, Square absconded supervision in California on or about 7/17/2011. He left the jurisdiction of the State of California as evidenced by his arrest of 7/23/2011 by the Jefferson Davis Parish Sheriff's Department on the charge of Possession of Marijuana (felony).

8. That I will live and remain at liberty and refrain from engaging in any type of criminal conduct.

Square has continued to engage in criminal activity as evidenced by his arrest of 7/23/2011 by the Jefferson Davis Parish Sheriff's Department on the charge of Possession of Marijuana (felony).

9. I agree to live and work at the places stated in my parole plan and will not change residence or employment until after I have permission to do so from the Parole Agent.
Square changed his residence on or about 7/15/2011 without permission from or reporting the change to the supervising officer.

I hereby acknowledge receipt of notification of my rights and the alleged violation(s).

[            ] I do not want a Preliminary Hearing and plead guilty to all violations

[            ] WAIVER OF FINAL PAROLE REVOCATION HEARING (Formerly DF-6C)

        I admit that I am in violation of the conditions of my parole in the manner outlined by my Parole Officer in the Notice of Preliminary Hearing. In signing this waiver, I fully understand that I waive my rights and privileges to a final parole violation hearing before the Board of Parole, and that the Board, in all probability, will REVOKE my parole pursuant to La.R.S. 15:574.9A.

        As an alternative to revocation, however, I understand, that without any promise or guarantee, the Board may:

        (1) Continue my parole under the same or modified conditions of parole, and/or issue a formal reprimand if the violation is a misdemeanor or a technical violation of Parole conditions.
        OR
        (2) Order that I be committed to a Community Rehabilitation Center or Substance Abuse Program operated by, or under contract with the Department of Public Safety & Corrections for a period not to exceed six months.

[            ] I want a Preliminary Hearing and request appointed counsel.

[            ] I want a Preliminary Hearing and do not request appointed counsel.

[            ] DEFER PRELIMINARY HEARING (formerly DF-6D)

        I hereby defer my preliminary hearing and agree to remain in custody (jail) until the felony charge(s) pending against me are disposed of. I further agree to postpone my final parole revocation hearing before the Parole Board until the felony charge(s) pending against me are disposed of.

[            ] As a first technical violator, I understand my parole/GTPS could be revoked. If revoked, I could receive a sentence up to ninety days. I hereby waive my hearing before the Parole Board and admit my guilt as a technical violator. As a result of my revocation, I will be required to serve a sentence of up to ninety (90) days.

[            ] As a first technical violator, I understand my parole/GTPS could be revoked. If revoked, I could receive a sentence up to ninety days. I hereby waive my hearing before the Parole Board and admit my guilt as a technical violator. As

a result of my revocation, I want to serve my sentence up to ninety (90) days at a custodial treatment facility.

My rights have been fully explained to me and I understand them.

_REFUSED  TO  SIGN_ _____
John Square
Defendant

_7/27/11_ _____
Date Served

In view of the foregoing, a Preliminary Hearing has been scheduled for _____ at _____ The hearing will be conducted at _____.

_____
Cecil R. Ashford
Probation and Parole Officer

JEREMY R. BROUSSARD
JEFFERSON DAVIS PARISH DEPUTY SHERIFF

CRA

Filed March 30, 20 10

*Korena L. Esthay*
Clerk

To the bar personally comes John Square w/atty Charles L Bull and being

formally arraigned on this 3 day of May, 20 10, pleads not guilty to

the charge herein contained, and prays for trial by jury.

*Korena L. Esthay*
Clerk, District Court, Jefferson Davis Parish

**STATE OF LOUISIANA**

**VS. NO. CR — 190 -10**

**JOHN EARL SQUARE**

**CHARGE:**
**POSSESSION OF MARIJUANA OVER 60 POUNDS BUT LESS THAN 2000 POUNDS**

**FILED:   MARCH 30, 2010**

I HEREBY CERTIFY THAT THE ABOVE AND
FOREGOING FINGERPRINTS ON THIS
BILL ARE THE FINGERPRINTS OF THE

LBPP.0173

Monday, August 1, 2011

MINUTES OF COURT
THIRTY-FIRST JUDICIAL DISTRICT COURT
JEFFERSON DAVIS PARISH, LOUISIANA

The Court met with Hon. Steve Gunnell, Judge presiding, Bennett R. Lapoint, Asst. District Attorney, Lynette Latiolais-Emfinger, Court Reporter, Carl Deshotel, Deputy Sheriff, Linda F. Stringer, Deputy Sheriff, Rebecca Freeland, Deputy Clerk of Court and Roena L. Esthay, Deputy Clerk of Court in attendance.

The Court dispensed with the reading of the minutes of the previous session and approved the same as written.

STATE OF LOUISIANA
VS
JOHN EARL SQUARE

CR-190-10

CHARGES:POSS MARIJUANA OVER 60 LBS LESS THAN 200 FELONY

Case called for sentencing. The defendant is present with his attorney, CHARLES BULL, JR. Whereupon, the Court sentenced the defendant to serve five (5) years at hard labor with the Department of Corrections. This sentence to be served without the benefit of probation, parole or suspension of sentence. The defendant is given credit for time previously served. The State moved to recall the bench warrant and set aside the bond forfeiture. The Court grants this motion.

A TRUE COPY OF THE MINUTE ENTRY

Jennings, Louisiana

Deputy Clerk of Court

LBPP.0174



ICOTS - Microsoft Internet Explorer provided by LA DPS&C

https://icots.interstatecompact.org/ICOTS/offenders/153299

File   Edit   View   Favorites   Tools   Help

Q ▾   [        ]   Go   ▾   Tools   ▾   OO  Calho ▾ OO   Ask a Question   ☆ — 4

ICOTS

| Assistants | Compact Workload | Offenders | Reports | Users | Administrators | Help |

View Offender Profile    Manage Offender Demographics    Manage Special Statuses

**Name:** John Square
**Alias:** —
**SSN:** —
**FBI #:** —
**State OID:** LA.102098
**ICOTS Offender #:** 153299
**DOB:** 07/01/1958
**Race:** Black
**Sex:** Male
**National Origin:** —
**Gang Affiliation:** —

**Supervision Type:** Parole
**Special Status:** None
**Supervising State:** California
**Supervising User:** —
**Primary Address:** 6545 Seine Court Highland, CA 92346

Register Interest                                                    Show hist

### All Compact Cases

| | ICOTS Case # | Sending State | Receiving State | Milestone Dates | Status | Supervision End Date |
|---|---|---|---|---|---|---|
| ⊙ | 160280 | Louisiana Gregg Smith | California California Compact Office Member | Opened On: 01/23/2009 | Accepted | 07/12/2022 (change) |

Associated Compact Activities

start    |  Daphine Denney - In...  |  Windows Media Player  |  ICOTS - Microsoft Int...  |  MSWNT-C (16268)

Case 3:17-cv-00266-BAJ-EWD    Document 17-1    10/16/20    Page 176 of 200

 

```
TE: 03/24/11            DPS&C CORRECTIONS SERVICES              CINQMAS
ME: 07:21:16288     CAJUN II - MASTER RECORD INQUIRY      SCREEN 1 OF 3
                     P E R S O N A L   D A T A
ST NAME...:  SQUARE              FIRST..:  JOHN          MI:   E
FFIX......:                      ADDRESS:  6545 SEINE CT
TY........:  HIGHLAND            STATE..:  CA   ZONECODE:
PCODE.....:  92346-                        PHONE.....:  (909) 425-5985
CE........:  BLACK                         SEX.......:  MALE
RTH DATE..:  07/01/1958                    BIRTH CITY:  NEW ORLEANS
RTH STATE.:  LOUISIANA                     DOC NUMBER:  00102098
NR........:    DNA:  Y TEST DATE:  20031029   STRIKE:   NO
ANSFER DATE: 11/03/2003   SUPV:   P    REASON...:  COMMIT/PROB/GTPS/PA
SIGNED LOC.: PROBATION & PAROLE HQ    PHYS. LOC:  CALIFORNIA
TAINER..:              NCIC FLASH:  NO    WARRANT..:
TAL DOC...:  0400000                   GT DATE..:  NOT ELIGIB
D DATE....:  07/12/2022               GT ACT...:  ACT 138
 DATE.....:  01/08/2006  ( GTPS )     P&P MAX..:
ROLE ELG DT: 07/01/2003               PROB EXP.:
ER CONTACT.: CARLITA SQUARE           PHONE....:  (909) 425-2946
ATUS:   ACTIVE ONLINE       ALIAS:  NO    AGENT:  AGENT      HQO
ECLASS STATUS:  S      XMIT FROM HERE->
RETURN TO MENU  F3=PREV.SCREEN  F4=CINQPRE  F5=CINQALIAS F6=COFNPRO F7=STRIKE
```

LBPP.0176

 

| Interstate Commission for Adult Offender Supervision | **COMPACT ACTION REQUEST** |
|---|---|

| To:<br>California | Date:<br>09/10/2010 | Type of supervision:<br>[X] Parole<br>[ ] Probation | Is this case:<br>[ ] Registered Sex Offender<br>[ ] Victim sensitive |
|---|---|---|---|
| From:<br>Louisiana | Phone #:<br>225-342-6609 | Fax #:<br>225-342-1615 | |

### OFFENDER INFORMATION

| Offender's full name (last, first, MI):<br>Square, John | Offender number: 153299<br>Sending state#: 102098<br>Receiving state#: |
|---|---|

AKA:

| SS#: (if available) | FBI#: (if available) | Sex:<br>M | Race:<br>Black | DOB:<br>07/01/1958 |
|---|---|---|---|---|

### REQUEST

Specialization Indicator: --

Please send a PR for the subject with a current address and phone number. A request was sent via CAR on 10/16/09 with no reply. This is a 2nd request.

| Supervising Officer/Location:<br>Lauren Altazin | Date:<br>09/10/2010 | Compact Administrator/Designee:<br>Gregg Smith | Date:<br>09/10/2010 |
|---|---|---|---|

IS CMS
DATE 4|10|10
ENTERED BY. ᒉ

 

| Interstate Commission for Adult Offender Supervision | COMPACT ACTION REQUEST |
|---|---|

| To: California | Date: 10/16/2009 | Type of supervision: ☒Parole ☐Probation | Is this case: ☐Registered Sex Offender ☐Victim sensitive |
|---|---|---|---|
| From: Louisiana | Phone #: 225-342-6609 | Fax #: 225-342-1615 | |

**OFFENDER INFORMATION**

| Offender's full name (last, first, MI): Square, John | Offender number: 153299 Sending state#: 102098 Receiving state#: |
|---|---|

AKA:

| SS#: (if available) | FBI#: (if available) | Sex: M | Race: Black | DOB: 07/01/1958 |
|---|---|---|---|---|

**REQUEST**

Please send a progress report for this offender. Thanks!

| Supervising Officer/Location: | Date: | Compact Administrator/Designee: Gregg Smith | Date: 10/16/2009 |
|---|---|---|---|

**REPLY**

| Supervising Officer/Location: | Date: | Compact Administrator/Designee: | Date: |
|---|---|---|---|
| | | | |

LBPP.0179

 

| Interstate Commission for Adult Offender Supervision (Revised 10/18/06) | | **COMPACT ACTION REQUEST** | |
|---|---|---|---|
| To:<br>Deputy Compact Administrator<br>9825 Goethe Rd., Suite 200<br>Sacramento, CA 95827 | Date:<br>07/15/2008 | Type of supervision:<br>☒ Parole<br>☐ Probation<br>☐ Other: | Is this case:<br>☐ Registered Sex Offender<br>☐ Victim sensitive |
| From:<br>LA | Phone #:<br>225-342-6610 | Fax #:<br>225-342-1615 | |

| OFFENDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| Offender's full name (last, first, MI):<br>Square , John | | Offender number:      102098<br>Sending state#:            Receiving state#: | | | |
| AKA: | | | | | |
| SS#: (if available) | | FBI#: (if available)<br>179834AA5 | Sex:<br>Male | Race:<br>Black | DOB:<br>07/01/1958 |

**REQUEST**

Request:
Louisiana request a Progress Report on this offender. Thank you.

| Supervising Officer/Location:<br>Gregg Smith,<br>Headquarters | Date:<br>07/15/2008 | Compact Administrator/Designee: | Date:<br>07/15/2008 |
|---|---|---|---|

**REPLY**

Reply:

| Supervising Officer/Location: | Date: | Compact Administrator/Designee: | Date: |
|---|---|---|---|

LBPP.0180

 

STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DIVISION OF PROBATION AND PAROLE
INTERSTATE COMPACT OFFICE
PO BOX 94304, CAPITOL STATION
BATON ROUGE, LOUISIANA 70804-9304

06/21/2006

To:     Nancy Sears
        Deputy Compact Administrator
        9825 Goethe Rd., Suite 200
        Sacramento, CA 95827

RE:     SQUARE, JOHN                          ☒ PAROLE        ☐ PROBATION
        DOC #: 102098
        DOB: 7/1/58
        Race/Sex: Black/Male

        Please continue under supervision.

        Comments/Other: REFER TO YOUR CASE CLOSURE NOTICE DATED 5/11/2006. THE
        SUBJECT'S FULL TERM DATE IS 7/12/2022.

Sincerely,

EUGENIE C. POWERS
DIRECTOR/COMPACT ADMINISTRATOR

Gregg Smith
Deputy Compact Administrator

        Attachments: COPY OF PAROLE CERTIFICATE ✓

LBPP.0181

## Interstate Commission for Adult Offender Supervision
(Revised 04/01/04)

# CASE CLOSURE NOTICE

| To: INTERSTATE | Date: 5/11/2006 | Type of supervision: ☒ Parole ☐ Probation ☐ Other: | Is this case: ☐ Sex offender ☐ Victim sensitive |
|---|---|---|---|
| From: CALIFORNIA | Phone #: (909) 383-4694 | Fax #: (909) 384-7403 | County: SAN BERNARDINO |

### OFFENDER INFORMATION

| Offender's full name (last, first, MI): SQUARE, JOHN | Offender number: | |
|---|---|---|
| AKA: | Sending state# 102098 | Receiving state# 121756 |

| SS#: (if available) | FBI#: (if available) 179834AA5 | Sex: M | Race: BLA | DOB: 7/1/1958 |
|---|---|---|---|---|

Instant offense:
**ROBBERY**

Supervision termination date:

| REASON FOR CLOSURE | CLOSURE DATE |
|---|---|
| ☐ Early discharge from supervision from sending state | |
| ☒ Term of supervision has ended | 2/12/06 |
| ☐ Offender has returned to sending state | |
| ☐ Absconded | |
| ☐ Serving new sentence in receiving state (please explain)* | |
| ☐ Retaken by sending state | |
| ☐ Notification of death | |
| ☒ Other (please explain)* | |

* Explanation
SUBJECT HAS REACHED HIS CONTROLLING
DISCHARGE DATE OF 2-12-06. DISCHARGE
FROM PAROLE BY ORDER OF LAW. CLOSE
INTEREST IN CASE.

Comments:

| Supervising Officer/Title: | Date: 5-15-06 | Compact Administrator/Deputy Compact Administrator/Designee: | Date: 5-15-06 |
|---|---|---|---|

CALIFORNIA
DEPT. OF CORRECTIONS
& PAROLE

**Interstate Commission for Adult Offender Supervision**    **PROGRESS REPORT**
(Revised 08/15/04)

2006 FEB -8  PH 12: 54    2005 NOV 21  PH 5: 24

| To: Louisiana | Date: 11/7/2005 | Type of supervision: ☒ Parole ☐ Probation ☐ Other: | Is this case: ☐ Sex offender ☐ Victim sensitive |
| From: CA | Phone #: (909) 383-4694 | Fax #: (909) 384-7403 | |

**OFFENDER INFORMATION**

| Offender's full name (last, first, MI): SQUARE, JOHN | Offender number: | |
| AKA: | Sending state#: 102098 | Receiving state#: L21756 |
| SS#: (if available) | FBI#: (if available) 179834AA5 | Sex: M | Race: BLA | DOB: 7/1/1958 |

Type of Report: ☒ Annual    ☐ As requested

Address: 6545 SEINE CT

| City: HIGHLAND | State: CA | Zip: 92346 | Telephone: (909) 425-5985 |

**HOME/LIVING SITUATION:**
ON 9/29/05, THIS AGENT CONDUCTED A HOME VISIT AT SUBJECT'S RESIDENCE AT 6545 SEINE CT IN HIGHLAND. SUBSEQUENT HOME VISITS WERE DONE AT THE RESIDENCE BY THIS AGENT ON 5/3/05, AND7/12/05. THIS IS A STABLE RESIDENCE WHERE SUBJECT IS RESIDING.

**EMPLOYMENT:**
ON 4/1/04, SUBJECT STARTED WORKING WITH JANI KING AT 500 N STATE COLLEGE BLVD, IN ORANGE, CA. SUBJECT IS SELF EMPLOYED AND RUNS THE CLEANING BUSINESS. THE SUBJECT HAS A TOTAL OF 12 ACCOUNTS AND EARNS $9723.00 MONTHLY, WITH $3276.00 GOING TO PAYROLL. SINCE SUBJECT HAS BEEN IN THE STATE OF CALIFORNIA ON PAROLE HE HAS BEEN EMPLOYED.

Company name:
JANI KING

Address:
500 N. STATE COLLEGE BLVD.

| City: ORANGE | State: CA | Zip: 92868 | Telephone: (714) 990-2221 |

**PROGRESS, PERFORMANCE, AND ATTITUDE:**
SINCE SUBJECT PAROLED TO THE STATE OF CALIFORNIA ON 11/6/03, HIS PERFORMANCE HAS BEEN OUTSTANDING. SUBJECT HAS REMAINED VIOLATION FREE AND HAS HAD A STABLE RESIDENCE AND MAINTAINED EMPLOYMENT. SUBJECT HAS BEEN A MODEL PAROLEE.

**RECOMMENDATIONS/REQUESTS:**
SINCE SUBJECT REPORTED TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ON 11/6/03, HIS PERFORMANCE ON PAROLE HAS BEEN OUTSTANDING. SUBJECT HAS MAINTAINED EMPLOYMENT AND HAS MAINTAINED A STABLE RESIDENCE. SUBJECT HAS REMAINED VIOLATION FREE AND COULD BE SAFELY RELEASED INTO THE

LBPP.0183

P.002
P.002/002
P.002

Progress Report

COMMUNITY WITHOUT PUTTING THE PUBLIC AT RISK. THIS AGENT RECOMMENDS
SUBJECT RECEIVE AN EARLY TERMINATION FROM PAROLE.

2

| Supervising Officer/Location: | Date: | Compact Administrator/Designee: | Date: |
|---|---|---|---|
| K. POWERS SBERDO #2 | 11/7/2005 | | 11-8-05 |

TOTAL P.002

TOTAL P.002

LBPP.0184

 

STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DIVISION OF PROBATION AND PAROLE
INTERSTATE COMPACT OFFICE
PO BOX 94304, CAPITOL STATION
BATON ROUGE, LOUISIANA 70804-9304

01/07/2006

To:    1 C A.

RE:                                    ☐ PAROLE    ☐ PROBATION
       DOC #:
       DOB:
       Race/Sex: /

Your violation report for the above Louisiana parolee dated  has been received.

Please execute our warrant (certified copies are attached) and proceed to a preliminary hearing. The results, with your recommendation, should be forwarded to our office.

Please deliver the attached reprimand.

✓ Please continue under supervision.

Please advise us on the status of our investigation request dated .

Please provide a current Progress and Conduct Report.
Comments/Other: Refer to your case closure notice dated 5-11-06.
The subject's full term date is 7-12-2022.

Sincerely,

EUGENIE C. POWERS
DIRECTOR/COMPACT ADMINISTRATOR

_____
Gregg Smith
Deputy Compact Administrator

Attachments: ✓ copy of parole certif.

Idaho sent to Id in error

**Interstate Commission for Adult Offender Supervision**
(Revised 04/01/04)

**PROGRESS REPORT**

NE for early Release until 11-6-05

| To: | Date: 5/3/2005 | Type of supervision: ☒ Parole ☐ Probation ☐ Other: | Is this case: ☐ Sex offender ☐ Victim sensitive |
|---|---|---|---|
| From: CA | Phone #: (909) 383-4694 | Fax #: (909) 384-7403 | County: SAN BERNARDINO |

**OFFENDER INFORMATION**

| Offender's full name (last, first, MI): SQUARE, JOHN | Offender number: Sending state#: 102098    Receiving state#: 121756 |
|---|---|

AKA:

| SS#: (if available) | FBI#: (if available) 179834AA5 | Sex: M | Race: BLA | DOB: 7/1/1958 |
|---|---|---|---|---|

Type of Report: ☒ Annual    ☐ As requested

Address: 6545 SEINE CT

| City: HIGHLAND | State: CA | Zip: 92346 | Telephone: (909) 425-5985 |
|---|---|---|---|

**HOME/LIVING SITUATION:**
ON 7/1/04, THIS AGENT CONDUCTED A HOME VISIT AT SUBJECT'S RESIDENCE AT 6545 SEINE CT IN HIGHLAND. SUBSEQUENT HOME VISIT WERE DONE AT THE RESIDENCE BY THIS AGENT ON 8/3/04, 9/16/04,10/27/04,11/10/04,12/8/04, 1/28/05,2/26/05 AND 3/18/05. THIS IS A STABLE RESIDNCE WHERE SUBJECT IS RESIDING.

**EMPLOYMENT:**

Company name:
ON 4/1/04, SUBJECT STARTED WORKING WITH JANI KING AT 500 N STATE COLLEGE BLVD, IN ORANGE,CA. SUBEJCT IS SELF-EMPLOYED AND RUNS THE CLEANING BUSINESS. THE SUBEJCT HAS A TOTAL OF 26 ACCOUNTS AND EARNS $6700.00 MONTHLY. SINCE, SUBJECT HAS BEEN IN THE STATE OF CALIFORNIA ON PAROLE HE HAS BEEN EMPLOYED.

Address:
500 N STATE COLLEGE BLVD

| City: ORANGE | State: CA | Zip: 92868 | Telephone: (714) 990-2221 |
|---|---|---|---|

**PROGRESS, PERFORMANCE, AND ATTITUDE:**
SINCE SUBJECT PAROLED TO THE STATE OF CALIFORNIA ON 11/6/03, HIS PERFORMANCE HAS BEEN OUTSTANDING. SUBJECT HAS REMAINED VIOLATION FREE AND HAS HAD A STABLE RESIDENCE AND MAINTAINED EMPLOYMENT. SUBJECT HAS BEEN A MODEL PAROLEE.

**RECOMMENDATIONS/REQUESTS:**
SINCE SUBEJCT REPORTED TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS PAROLE DIVISION ON 11/6/03, HIS PERFORMANCE ON PAROLE HAS BEEN OUTSTANDING. SUBJECT HAS MAINTAINED EMPLOYMENT AND HAS MAINTAINED A STABLE RESIDENCE. SUBJECT HAS REMAINED VIOLATION FREE AND COULD BE SAFELY RELEASED INTO THE COMMUNITY WITHOUT PUTTINGTHE PUBLIC AT RISK. THIS AGENT RECOMMENDS SUBJECT RECEIVE AN EARLY TERMINATION FROM PAROLE.

LBPP.0186

TOTAL P.002

Progress Report                                                                    2

| Supervising Officer/Title: | Date: | Compact Administrator/Deputy | Date: |
| K. BOWERS | 5/3/2005 | Compact Administrator/Designee: | |

LBPP.0187

 

E OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS

**PLY TO INVESTIGATION / PAROLE PROGRESS AND CONDUCT REPORT**
**TERSTATE FORM A & 4**
2 1534 (1/91)

REPLY TO INVESTIGATION

ACCEPTED (ORIGINAL TO SENDING STATE, COPY TO ISU, COPY TO FIELD FILE)

REJECTED (ORIGINAL TO ISU, COPY TO FIELD FILE)

| X | PROGRESS REPORT (ORIGINAL TO SENDING STATE, COPY TO FIELD UNIT) |

FROM (DATE)  5/3/04    TO (DATE)    11/3/04

| NUMBER | NAME (LAST,FIRST,MI) | ALSO KNOWN AS (AKA) | REGION/UNIT |
|---|---|---|---|
| 1756 | SQUARE, JOHN | N/A | IV SBD  4 |

| DING STATE | SENDING STATE'S NUMBER | SENDING STATE ADDRESS & ZIP CODE |
|---|---|---|
| UISIANA | 102098 | PO BOX 94304, CAPITAL STATION, BATON ROUGE, LO |

RESS OF PAROLEE                                                                        PHONE NUMBER OF PAROLEE

,45 SEINE COURT, HIGHLAND, CA.92346                        ( 909 )  4255986

MES AND RELATIONSHIP OF OTHERS IN HOME:

CARLITA SQUARE/WIFE

ANS OF SUPPORT:

JANI KING
500 N. STATE COLLEGE BOULEVARD
ORANGE, CA. 92868

*file,* *VSS* *5-5-04*

NDUCT/REMARKS:

Per subject's CII dated 5/3/2004, subject has no arrest/convictions noted.
Subject has no investigations pending and has been disciplinary free for
the past 6 months.

Agent of Record met subject on 5/3/2004. Subject appeared cordial and
upbeat. During the interview session, subject presented his employment
paperwork and his future plans. A review of subject's field file reveals
that his wife is established in the community and church. She has 2 master
degrees and is a teacher at a local high school. Additional notes show that
subject's residence appears appropriate and is suitable for living.
Conversations with past Agent of Records that supervised subject, note
subject has been compliant and demonstrated a positive attitude. However,
due to the severity of the commitment offense, continued supervision is
recommended.

Please inform the California Parole and Community Services Division of any
changes in subject's discharge date.

| BMITTED BY (PAROLE AGENT) | DATE | PHONE NUMBER |
|---|---|---|
| .H.WILSON, PA I | 5/3/2004 | ( 909 ) 383-4694 X2020 |

| ME OF FACILITY OR UNIT | ADDRESS |
|---|---|
| AN BERNARDINO PAROLE UNIT #4 | 303 W.5TH STREET SAN BERNARDINO, CA. 92401 |

| | UNIT SUPERVISOR'S SIGNATURE | DATE | REJECTION REVIEWED BY (SUPERVISOR, INTERSTATE UNIT) | DATE |
|---|---|---|---|---|
| PPROVED/REJECTED* | | 5/3/04 | | |

LL REJECTIONS WILL BE SENT DIRECTLY TO THE CALIFORNIA INTERSTATE UNIT FOR REVIEW

LBPP.0188

LETS Message Ack Received.

-------------------------------------------------

sg - 05032004185223426, Date - 05/03/2004, Time - 11:52:23
H
          R. INQUIRY SUCCESSFUL

-------------------------------------------------

sg - 05032004185224427, Date - 05/03/2004, Time - 11:52:24
J
L01
A036045G
HIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
ECORD REQUEST FOR FBI/179834AA5. THE FOLLOWING WILL RESPOND TO YOUR
GENCY:
FBI            - FBI/179834AA5
ND

-------------------------------------------------

lsg - 05032004185227428, Date - 05/03/2004, Time - 11:52:27
J
L01
A036045G
TN/SERRANO-WILSON I21756
HIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-179834AA5.
ECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
HOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                  - FBI IDENTIFICATION RECORD -

HEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
IRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                              FBI NO.        DATE REQUESTED
SQUARE,JOHN EARL                  179834AA5      2004/05/03

SEX   RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M     B     1958/07/01  602     190     BRO   BRO   LOUISIANA

FINGERPRINT CLASS   PATTERN CLASS
PO PO PM PO PO       WU WU WU WU WU WU LS LS LS LS
PI 21 20 23 17              RS          WU      WU WU

1-ARRESTED OR RECEIVED 1982/02/02
   AGENCY-HUNT CORR CENTER SAINT GABRIEL (LA024025C)
      AGENCY CASE-102098
      CHARGE 1-ARMED ROBBERY 14 CTS

   COURT-
      DISPOSITION-CONVICTED-
      CHARGE-ARMED ROBBERY 14 CTS
      SENTENCE-
      40-25-40-40-40-40-40-40-40-40-40-40-40-40-40-CC YR

2-ARRESTED OR RECEIVED 1982/07/14
   AGENCY-POLICE DEPARTMENT BATON ROUGE (LA0170200)
      AGENCY CASE-55962
      CHARGE 1-19 CTS ARMED ROBBERY
      CHARGE 2-ATT ARMED ROBBERY



COURT-
    1984/04/12 DISPOSITION-CONVICTED-
    CHARGE-19 CTS ARMED ROBBERY
    SENTENCE-40Y CONFINEMENT
    CONC W EACH OTHER ALL OTHER SENT NOW SERV
    1984/04/12 DISPOSITION-CONVICTED-
    CHARGE-ATT ARMED ROBBERY
    SENTENCE-40Y CONFINEMENT
    CC W EACH OTHER & ALL OTHER SENT NOW SERVING

LL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
INGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

HE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
FFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

ND OF RECORD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF CALIFORNIA
**INTERSTATE COOPERATIVE CASE OPENING / CLOSING NOTICE**
CDC 1638 (1/91)

DEPARTMENT OF CORRECTIONS
DISTRIBUTION:
ORIGINAL & COPY TO ISU
COPY TO FIELD FILE

Thule

☒ OPENING NOTICE - DATE OPENED: 11/16/03 ☐ CLOSING NOTICE ☐ CLOSING NOTICE - DATE CLOSED: _____

| OTHER STATE'S INMATE / PAROLEE I.D. NUMBER | NAME (LAST, FIRST, MIDDLE) | | I NUMBER (ASSIGNED BY COMPUTER) |
|---|---|---|---|
| 881541 | Square, John Earl | | L 21756 |

| OTHER STATE (NAME IN FULL) | | UNIT | COUNTY OF RESIDENCE |
|---|---|---|---|
| Louisiana | 102098 | San Bernardino 2 | San Bernardino |

COMMITMENT OFFENSE(S)
Armed Robbery

**IDENTIFICATION DATA - FOR OPENING NOTICE ONLY**

| DATE OF BIRTH | PLACE OF BIRTH | RACE | HEIGHT | FBI NUMBER | WEIGHT | EYES | SOC | HAIR |
|---|---|---|---|---|---|---|---|---|
| 07/01/58 | New Orleans, Louisiana | Black | 6'1" | 179834AA5 | 290 lbs. | Brown | ████ | Black |

SEX
Male

**CLOSING REASON**

☐ DISCHARGE ☐ NEW FEDERAL COMMITMENT
☐ RETURN TO CUSTODY IN SENDING STATE AS PAROLE VIOLATOR ☐ PAROLEE AT LARGE
☐ NEW CALIFORNIA COMMITMENT ☐ TRANSFER TO (STATE)
☐ NEW (OUT OF STATE) COMMITMENT ☐ DEATH
(STATE)

SUBMITTED BY: (PAROLE AGENT)
_Michael D. Denison_

APPROVED BY: (UNIT SUPERVISOR)
_Hervey Allen, Aes 11/6/03_

NOV-14-2003 15:14    916 255 2757    LBPP.0191





# DEPARTMENT OF
# PUBLIC SAFETY AND CORRECTIONS

"MIKE" FOSTER, JR., GOVERNOR

RICHARD L. STALDER, SECRETARY

October 28, 2003

MARITA WILLIAMS
Compact Administrator
GOETHE RD. SUITE 500
SACRAMENTO, CA. 95827

RE: JOHN E. SQUARE
B/M DOB: 19580701
LA. DOC# 102098

Dear Ms. WILLIAMS:

Thank you for your report of recent date wherein you indicated your willingness to accept the above-named subject for supervision in your state.

Attached herewith is a copy of the Certificate of Parole affecting his/her release on **11/03/03.** Prior to release he/she will be given your instructions for reporting his/her arrival and should he/she fail to report, please advise Interstate Compact Office of Louisiana.

Thank you for your cooperation and please be assured of our desire to cooperate in all matters of mutual interest.

Very Truly Yours,

Mona Wagner
Fn:

Fred Y. Clark
Chairman, Board of Parole

FYC:egf
encl.
cc: inmate file




**LIBBY**
**TIGNER/AVC/CORRECTIONS**

10/27/2003 02:40 PM

To    MONA WAGNER/CORRECTIONS@CORRECTIONS
cc
bcc
Subject    JOHN SQUARE

Mona, this is the inmate I talked to you about. Please , please, please make sure we get his certificate before Monday 11/3/03 on this inmate. His wife is purchasing airline tickets for her and him and it would be refundable if we don't get the certificate on time. Can you please make sure it gets in the pony mail no later than Wednesday. Thanks for all of your help. Libby

LBPP.0193

PAROLE BOARD

VISITOR FORM

Date: 10/24/03

Inmate's Name: ~~10269~~ John Square

DOC Number: 102098

Institution:

| VISITOR | RELATIONSHIP | PRESENT AT HEARING (For Board Use Only) |
|---|---|---|
| Gwendolyn Simmons | Sister | |
| (Penny) CARLitA SquARe | Wife | |
| SANDRA DOMING | PARALEGAL | |
| KEITH D JONES | ATTORNEY | |
| | | |
| | | |
| | | |
| | | |

TRANSPORTING OFFICER'S NAME
(Indicate Title, Rank, etc.)

PRESENT AT HEARING
(For Board Use Only)



OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

LY TO INVESTIGATION / PAROLE PROGRESS AND CONDUCT REPORT
RSTATE FORM A & 4
534 (1/91)

REPLY TO INVESTIGATION

[X] ACCEPTED (ORIGINAL TO SENDING STATE, COPY TO ISU, COPY TO FIELD FILE)

☐ REJECTED (ORIGINAL TO ISU, COPY TO FIELD FILE)

☐ PROGRESS REPORT (ORIGINAL TO SENDING STATE, COPY TO FIELD UNIT)

FROM (DATE)                        TO (DATE)

| MBER | NAME (LAST, FIRST, MI) | | ALSO KNOWN AS (AKA) | REGION/UNIT |
|---|---|---|---|---|
| .541 | SQUARE, JOHN | | N/A | IV/SBD #2 |
| NG STATE | SENDING STATE'S NUMBER | SENDING STATE ADDRESS & ZIP CODE | | |
| IISIANA | 102098 | PO BOX 94304, CAPITAL STATION, BATON ROUGE, LO | | |
| SS OF PAROLEE | | 70804 | | PHONE NUMBER OF PAROLEE |
| 5 SEINE COURT HIGHLAND, CA 92346 | | | | ( 909 ) 4255986 |

ES AND RELATIONSHIP OF OTHERS IN HOME:
CARLITA SQUARE- WIFE

NS OF SUPPORT:
Wife. Subject will seek employment upon arrival in California.

DUCT/REMARKS:
Agent of Record met Subject's wife on 10/8/03. Wife appears very stable and
established in the community. She has two master degrees and is currently a
teacher. Subject's wife's residence appears appropriate for subject to live
in (4 bedrooms).

Subject's parole plan, per wife, appears positive: Subject desires to
enroll at University of California at Riverside, to work on a counseling
certificate.

California will accept subject's case, per Interstates Compact Agreement.
Subject has a parole hearing on 10/24/03. If subject is paroled, please
instruct him to report to the San Bernardino #2 Parole Office with in five
working days following his parole date.

Additionally, please inform California Parole and Community Services
Division of Subject's earliest possible discharge

**REPORT TO ADDRESS BELOW**

| MITTED BY (PAROLE AGENT) | DATE | PHONE NUMBER |
|---|---|---|
| ichael Harrison | 10/8/03 | ( 909 ) 383-4694 |
| ME OF FACILITY OR UNIT | ADDRESS | |
| an Bernardino #2 | 303 W Third St. San Bernardino, Ca 92401 | |

| SUPERVISOR'S SIGNATURE | DATE | REJECTION REVIEWED BY (SUPERVISOR, INTERSTATE UNIT) | DATE |
|---|---|---|---|
| PPROVED/REJECTED* | 10-9-03 | | |

LL REJECTIONS WILL BE SENT DIRECTLY TO THE CALIFORNIA INTERSTATE UNIT FOR REVIEW

AVC   10/6/03

﹖1 OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

PLY TO INVESTIGATION / PAROLE PROGRESS AND CONDUCT REPORT
ERSTATE FORM A & 4
1534 (1/91)

| | REPLY TO INVESTIGATION |
|---|---|
| x | ACCEPTED (ORIGINAL TO SENDING STATE, COPY TO ISU. COPY TO FIELD FILE) |
| | REJECTED (ORIGINAL TO ISU, COPY TO FIELD FILE) |

PROGRESS REPORT (ORIGINAL TO SENDING STATE, COPY TO FIELD UNIT)
FROM (DATE) _____        TO (DATE) _____

| NUMBER | NAME (LAST, FIRST, MI) | | ALSO KNOWN AS (AKA) | REGION/UNIT |
|---|---|---|---|---|
| 1541 | SQUARE, JOHN | | N/A | IV/SBD #2 |

| ﹖ING STATE | SENDING STATES NUMBER | SENDING STATE ADDRESS & ZIP CODE | |
|---|---|---|---|
| ﹖UISIANA | 102098 | PO BOX 94304, CAPITAL STATION, BATON ROUGE, LO |

RESS OF PAROLEE                                  70804                    PHONE NUMBER OF PAROLEE
.45 SEINE COURT HIGHLAND, CA 92346                                ( 909 ) 4255986

﹖MES AND RELATIONSHIP OF OTHERS IN HOME:
CARLITA SQUARE- WIFE

ACCEPTED

﹖ANS OF SUPPORT:
Wife. Subject will seek employment upon arrival in California.

﹖NDUCT/REMARKS:

Agent of Record met Subject's wife on 10/8/03. Wife appears very stable and established in the community. She has two master degrees and is currently a teacher. Subject's wife's residence appears appropriate for subject to live in (4 bedrooms).

Subject's parole plan, per wife, appears positive: Subject desires to enroll at University of California at Riverside, to work on a counseling certificate.

California will accept subject's case, per Interstates Compact Agreement. Subject has a parole hearing on 10/24/03. If subject is paroled, please instruct him to report to the San Bernardino #2 Parole Office with in five working days following his parole date.

Additionally, please inform California Parole and Community Services Division of Subject's earliest possible discharge date.

## RECEIVED

OCT 1 3 ᴜᴜ3

## PAROLE BOARD

| ﹖UBMITTED BY (PAROLE AGENT) | DATE | PHONE NUMBER | |
|---|---|---|---|
| Michael Harrison | 10/8/03 | ( 909 ) 383-4694 | |
| NAME OF FACILITY OR UNIT | | ADDRESS | |
| San Bernardino #2 | | 303 W Third St. San Bernardino, Ca 92401 | |

| APPROVED/REJECTED* | DATE | REJECTION REVIEWED BY (SUPERVISOR, INTERSTATE UNIT) | DATE |
|---|---|---|---|
| (UNIT SUPERVISOR'S SIGNATURE) | 10-9-03 | | |

*ALL REJECTIONS WILL BE SENT DIRECTLY TO THE CALIFORNIA INTERSTATE UNIT FOR REVIEW

AVC  10|15

 

# STATE OF LOUISIANA

DIVISION OF PROBATION & PAROLE

Baton Rouge

CONFIDENTIAL

PRE-PAROLE INVESTIGATION REPORT - REGION III

DOCKET:                          10/24/03

RECORDED NAME:                   John Square

TRUE NAME:                       John Earl Square

DOC NUMBER:                      102098

SID NUMBER:                      000903954

RACE & SEX:                      Black/Male

DOB & AGE:                       07/01/1958

OFFENDER CLASS:                  Second Felony Offender

OFFENSE(S):                      Armed Robbery-13 counts

SENTENCING DATE(S):              4-12-1984

SENTENCE:                        EBR# 1-83-1044( Armed robbery ) &
                                 1-83-1045( Armed robbery ), 40 years at hard
                                 labor, each count without benefit of
                                 probation, parole or suspension of sentence;
                                 to run concurrently with each other and
                                 concurrently with EBR# 8-82-129.
                                 EBR# 8-82-129( Armed robbery- 11 counts ),
                                 40 years at hard labor on each count without
                                 benefit of probation, parole, or suspension of
                                 sentence; to run concurrently with EBR#
                                 1-83-1044 and EBR# 1-83-1045 and
                                 concurrently with any other sentence that the
                                 accused was serving.

PARISH(ES) OF CONVICTION:        East Baton Rouge

PAROLE DATE:                     7-1-2003

GOOD TIME DATE:                  Not eligible   1\8\06

 

Re: SQUARE, John
DOC # 102098
Page 2

**FULL TERM DATE:**                    7-12-2022

**DATE PREPARED:**                    10-1-2003

 

Re: SQUARE, John
DOC # 102098
Page 3

## I. PRESENT OFFENSE (S):

### A. Official Statement:

Under EBR # 8-82-129, Ossie Brown, District Attorney for the Nineteenth Judicial District, Parish of East Baton Rouge, State of Louisiana, charges that John Earl Square between January 8, and July 9, 1982 committed the offense(s) of Armed Robbery (Eleven Counts) (Felonies) violating Louisiana Revised Statutes 14:64, in that

Count 1: On or about January 8, 1982, John Earl Square, while armed with a dangerous weapon, robbed Dennis White,

Count 2: On or about January 15, 1982, John Earl Square, while armed with a dangerous weapon, robbed Sam Coniglio

Count 3: On or about January 16, 1982, John Earl Square, while armed with a dangerous weapon, robbed Deepak Agarwal,

Count 4: On or about January 16, 1982, John Earl Square, while armed with a dangerous weapon, robbed Doug Grapp,

Count 5: On or about February 26, 1982, John Earl Square, while armed with a dangerous weapon, robbed Alice Nickens,

Count 6: On or about March 4, 1982, John Earl Square, while armed with a dangerous weapon, robbed Timothy Wilkes and Alexander Rines,

Count 7: On or about June 10, 1982, John Earl Square, while armed with a dangerous weapon, robbed Stuart Holloway,

Count 8: On or about June 30, 1982, John Earl Square, while armed with a dangerous weapon, robbed Sadie Gremillion,

Count 9: On or about July 1, 1982, John Earl Square, while armed with a dangerous weapon, robbed Wanda Davis,

Count 10: On or about July 1, 1982, John Earl Square, while armed with a dangerous weapon, robbed Robert Lartigue, and

Count 11: On or about July 9, 1982, John Earl Square, while armed with a dangerous weapon, robbed Michael Rogers,

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Under EBR # 8-82-129, on 04/12/94, the subject appeared in court for a motion to suppress and assign a trial date pursuant to previous assignment. At that time, the subject advised the court that he wished to withdraw his former plea of not guilty and

Re: SQUARE, John
DOC # 102098
Page 4

not guilty by reason of insanity and change his plea to guilty. After examination by the court, the subject's guilty plea was accepted. Through counsel the subject waived delays in sentencing and was sentenced at that time. The subject was ordered confined in the custody of the Louisiana Department of Corrections for a period of forty (40) years at hard labor on each count, without benefit of probation, parole or suspension of sentence; to run concurrently with EBR # 1-83-1044 and 1-83-1045, and concurrently with any other sentence that the subject was then serving.

Under EBR # 1-83-1044, Ossie Brown, District Attorney for the Nineteenth Judicial District, Parish of East Baton Rouge, State of Louisiana, charges that John Earl Square on or about the Fourth (4th) day of November, 1981, committed the offense(s) of Armed Robbery (felony) violating Louisiana Revised Statues 14:64, in that John Earl Square, while armed with a dangerous weapon, robbed Bob McKinney, contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Under EBR # 1-83-1045, Ossie Brown, District Attorney for the Nineteenth Judicial District, Parish of East Baton Rouge, State of Louisiana, charges that John Earl Square on or about the Ninth (9th) day of July, 1981, committed the offense(s) of Armed Robbery (felony) violating Louisiana Revised Statutes 14:64, in that John Earl Square, while armed with a dangerous weapon, robbed Sandy D'Avy, contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Under EBR # 1-83-1044 and # 1-83-1045, on 04/12/94, the subject appeared in court for assignment of trial date and motion to suppress. At that time the subject advised the court that he wished to withdraw his former plea of not guilty and not guilty by reason of insanity and change his plea to guilty. After examination by the court, the subject's guilty pleas were accepted. Through counsel the subject waived delays in sentencing and was sentenced at that time. The subject was ordered to be confined in the custody of the Louisiana Department of Corrections for a period of forty (40) years at hard labor on each count without benefit of probation, parole, or suspension of sentence; to run concurrently with each other and concurrently with EBR # 8-82-129 and concurrently with any other sentence that the subject was then serving.

Police reports from the Baton Rouge City Police and from the East Baton Rouge Parish Sheriff's Office indicate that during the times mentioned in the Bill of Information, the subject, because he was heavily involved with cocaine, robbed numerous hotels, convenience stores and a bank in the Baton Rouge area to support his habit.

## B. Offender's Statement:

The subject is not available locally for interview purposes. The following statement is taken from a Clemency Investigation, completed by our office on 05/05/00.

"On 02/15/00, the subject was interviewed at the Louisiana State Police Barracks. He stated that he has been incarcerated for eighteen (18) years and has tried to turn his life around by counseling inmates about the negative effects of drugs and prison. He stated that he wishes to be released earlier than March of 2003 so he can be united with his wife of nine years and work off-shore."