UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN EARL SQUARE** | **CIVIL ACTION** |
| **VERSUS** | |
| **KEITH DEVILLE** | **NO. 17-00266-BAJ-EWD** |

RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1).** The Magistrate Judge has issued a **Report And Recommendation (Doc. 19),** recommending that the Court deny Petitioner's application for habeas corpus relief, and further, deny Petitioner a certificate of appealability. (*Id.* at p. 14). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Petition (Doc. 1) and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 19),

**IT IS ORDERED** that Petitioner's **§ 2254 PETITION (Doc. 1)** is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Baton Rouge, Louisiana, this 18th day of November, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**